# EXHIBIT ONE

# AZ State Court Petition

# CV2018-013856

CASE NO. _____

| | | |
|---|---|---|
| JASON LEE VAN DYKE | § | IN THE SUPERIOR COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | COUNTY OF MARICOPA |
| | § | |
| THOMAS CHRISTOPHER RETZLAFF a/k/a | § | |
| Dean Anderson | § | |
| Defendant. | § | STATE OF ARIZONA |

## ORIGINAL PETITION FOR INJUNCTION AGAINST HARASSMENT

### I.    PARTIES

1.1    Plaintiff, Jason Lee Van Dyke, resides at 108 Durango Drive, Crossroads, TX 76227.

Plaintiff's date of birth is April 3, 1980. Plaintiff's daytime telephone number is (469)

964-5346. Plaintiff's e-mail address is jason@vandykelawfirm.com.

1.2    Defendant, Thomas Christopher Retzlaff, resides at 2402 E. Esplanade Avenue, Phoenix,

AZ 85016. On information and belief, Defendant lives in a condominium located at this

address. Plaintiff has no personal knowledge of the condominium number. Defendant's

mailing address is PO Box 46424, Phoenix, AZ 85063.

### II.    RELATIONSHIP OF PARTIES AND PRIORS

2.1    The parties are not now, nor have they ever been married.  The parties do not now, nor

have they ever lived together. The parties are not related by blood or marriage. The

parties have never dated or had any type of romantic or sexual relationship. The only

relationship between the parties is that Defendant is a stalker and Plaintiff is the person

who Defendant is stalking.

2.2    There is no pending action between the parties involving maternity, paternity, annulment,

legal separation, dissolution, custody, parenting time, or support. There is currently a

civil case between the parties styled *Jason Lee Van Dyke v. Thomas Christopher Retzlaff* pending in the U.S. District Court for the Eastern District of Texas in Cause No. 4:18-CV-0247-ALM. In that case, Plaintiff is suing Defendant for libel, intrusion on seclusion, and tortious interference with contract.

2.3     Plaintiff was previously charged with domestic violence on or around November 15, 2000 in Ingham County, Michigan. Those charges were dismissed with prejudice. The dismissal of those charges was not due to any sort of deferred adjudication or similar agreement. Defendant has a lengthy criminal history in Texas which is attached hereto as Exhibit "A" and incorporated by reference herein. Defendant has been declared a "vexatious litigant" in Texas.

### III.     FACTS

3.1     Defendant has been harassing Plaintiff in an ongoing manner for nearly two years. The harassment started on or prior to March of 2017 when Plaintiff was offered a job as a felony prosecutor with the Victoria County District Attorney in Victoria County, Texas. Defendant has admitted that, after he became privy to the job offer, he made several false and defamatory communications to Victoria County District Attorney and, in doing so, procured the rescission of Plaintiff's job offer. A copy of the document in which Defendant admits to this conduct is attached hereto as Exhibit "B" and incorporated by reference herein.

3.2     Plaintiff subsequently became employed as an associate attorney at Karlseng, LeBlanc & Rich L.L.C. ("KLR"). On or around March 25, 2018, Defendant learned of Plaintiff's new employment and used the pseudonym of "Dean Anderson" to send a letter to Plaintiff's

supervisor, Robert Karlseng, which is attached hereto as Exhibit "C" and incorporated by reference herein.

3.3 Defendant subsequently began stalking Mr. Karlseng on a website that is either owned by Defendant or to which Defendant regularly contributes. Defendant posted the information attached hereto as Exhibit "D" on the website commonly known as "BV Files" and which is accessible at www.viaviewfiles.net. Plaintiff's employment with KLR was terminated once Mr. Karlseng became aware of Defendant's posting, and Plaintiff filed the lawsuit referenced in paragraph 2.2 above the following day (March 28, 2018). The lawsuit was initially filed in the 431st District Court in and for Denton County, Texas, but it was later removed by Defendant to the U.S. District Court in and for the Eastern District of Texas.

3.4 Since the filing of that lawsuit, Plaintiff lost a contract with Claude and Catia Rich, which pre-dated his employment with Karlseng, LeBlanc & Rich L.L.C. ("KLR") under which he had been retained to represent them in a claim for negligence and deceptive trade practices for damages related to faulty concrete in the construction of their house. This was Cause No. DC-17-06085, styled *Claude Rich, et al. v. Big D Concrete, Inc., et al.,* in the 160th District Court in and for Dallas County, Texas.

3.5 Continued stalking by Defendant was confirmed when, on May 3, 2018, Plaintiff was approached by attorney Jared Julian (opposing counsel) and informed that he too had been contacted by Defendant. The case was Cause No. 17-10442-431, styled *In The Matter of the Marriage of Jennifer Melisa Jaynes and Chris David Roberts,* and pending in the 431st District Court in and for Denton County, Texas.

3.6 On or around May 22, 2018, Plaintiff was interviewed by Pawl Bazile for an article on "Dangerous.com", a website affiliated with conservative media personality Milo

Yiannopolous, concerning the tortious acts that Defendant has committed against him

over the course of the previous months, as well as the events leading up to Defendant's

stalking of Plaintiff. The article was published on May 24, 2018 in an article entitled

"Leftwing Stalkers Cost Me Two Jobs, Here's How I'm Fighting Back".

3.7 In response to the article, Defendant sent the electronic e-mail communication attached

hereto as Exhibit "E" to Mr. Bazile. The electronic e-mail communication specifically

references Gavin McInnes, who has been a client of Plaintiff since August of 2017, and

who Plaintiff had been retained to represent in Cause No. 2:18-cv-10542-LJM-EAS,

styled *Joel Vanghehnve, et al. v. GotNews, LLC, et al.* in the U.S. District Court for the

Eastern District of Michigan (Plaintiff is also licensed to practice law before that court).

Mr. Bazile contacted Mr. McInnes about the e-mail communication who, in turn,

reached out to Plaintiff concerning its contents.

3.8. The following day, Defendant sent a second e-mail communication to Mr. Bazile. The

e-mail communication is attached hereto as Exhibit "F" and incorporated by reference

herein. As an attachment, Defendant sent Mr. Bazile a copy of a letter that Plaintiff

later confirmed was also sent directly to Mr. McInnes. That attachment is attached

hereto as Exhibit "G" and incorporated by reference herein.

3.9 On May 28, 2018, Plaintiff learned that Defendant had begun blogging about Mr.

McInnes on his "BV Files" blog. Plaintiff has attached relevant copies of this posting

hereto as Exhibit "H" and they are incorporated by reference herein. The blog post

contains pictures of Mr. McInnes' wife and children. It also contains the home address

of Mr. McInnes and encourages members of the domestic terrorist collective known as

"Antifa" to stalk Mr. McInnes and his family at their home. Additional communications

concerning Plaintiff were made by Defendant the same day, and are attached to this motion as Exhibit "I" and incorporated by reference herein.

3.10 On the morning of May 29, 2018, Plaintiff received the electronic mail communication from Defendant, using his "Dean Anderson" pseudonym, attached hereto as Exhibit "J".

3.11 Defendant continued using his "Dean Anderson" pseudonym to send harassing electronic communications to Plaintiff from May 30, 2018 - October 23, 2018 without further serious incident. The next most serious incident occurred on October 24, 2018 when Defendant sent Plaintiff the correspondence attached hereto as Exhibit "K" and incorporated by reference herein.

3.12 The receipt of this correspondence caused Plaintiff to again access Defendant's website, where he found material about his mother and his brother on Defendant's website. That material is attached hereto as Exhibit "L" and incorporated by reference herein. Plaintiff immediately took his mother to the police department in her community to make a report about Defendant and document this behavior.

3.13 Defendant has continued to threaten and harass Plaintiff and his family. The most recent communications are attached hereto as Exhibit "M" and incorporated by reference herein.

## IV.  PROTECTED PERSONS AND PLACES

4.1 The following persons should also be on this order because, for the reasons set forth in paragraphs 3.1 - 3.13 above, Defendant is a danger to them.

| Susan L. Van Dyke | - | 10/24/1948 |
| Joshua L. Van Dyke | - | 6/4/1982 |

4.2   Defendant should be ordered to stay away from the following locations, at all times,

even when I am not present:

108 Durango Drive, Crossroads, TX 76227

13360 Chittamwood Lane, Frisco, TX 75035

4.3   Defendant is a convicted felon and is prohibited from possessing firearms by federal

and state law. However, due to the risk of harm, this Court should also order Defendant

not to possess firearms or ammunition.

## V.   PRAYER

5.1   Plaintiff prays that Defendant be cited to appear and answer. Plaintiff prays that, after

hearing on this petition, this Honorable Court enter an order prohibiting Defendant

from:

A.   Committing any act of harassment against Plaintiff or the other protected

persons, either through his own name, the use of a pseudonym (e.g.

"Dean Anderson"), or on his "BV Files" website located at

www.viaviewfiles.net.

B.   Having any contact with Plaintiff except through attorneys, legal

process, court hearings, and hearings of administrative agencies (e.g.

State Bar of Texas);

C.   Having any contact with the other protected persons except through

attorneys, legal process, court hearings, and hearings of administrative

agencies (e.g. State Bar of Texas);

D.   From going near 108 Durango Drive, Crossroads, TX 76227 or 13360

Chittamwood Lane, Frisco, TX 75035 for any reason;

E.    From having any contact with Plaintiff's employers, persons or entities

with whom Plaintiff has an independent contractor relationship, or any

persons or entities with whom Plaintiff has an attorney-client

relationship, and

F.    From having any contact with any employer of the other protected

persons, or any other person or entity with whom the other protected

persons have an independent contractor relationship.

Respectfully submitted,

Jason L. Van Dyke
108 Durango Drive
Crossroads, TX 76227
P - (469) 964-5346
F - (972) 421-1830
E - jason@vandykelawfirm.com

## VERIFICATION

BEFORE ME, the undersigned authority, on this day personally appeared Jason Lee Van Dyke, who is personally known to me, and who stated to me under oath that the facts stated in the foregoing petition are true and correct to the best of his knowledge.



CHRISTINE SCALLIN
Notary ID #131652665
My Commission Expires
July 23, 2022

_____
Notary Public
State of Texas

EXHIBIT "A"



**Texas Department of Public Safety**
**Criminal History Search**

USER: jasund.vandykelawfirm.com (1565585,1607546) SERVER: DFSWEBSLAVE2 DATE:3/12/2018 9:41:27 AM
LANG:ENGLISH (UNITED STATES) ORIG:PublicSite



# Criminal History Conviction Search

## Search Information

| | |
|---|---|
| BATCH # | 4067597 |
| SEARCH # | 18545141 |
| SEARCH SUMMARY | RETZLAFF,THOMAS CHRISTOPHER |
| USER NAME | JASON@VANDYKELAWFIRM.COM |
| DATE | 2018-03-12T09:41:27.0551929-05:00 |

## RETZLAFF,THOMAS CHRISTOPHER (SID: ▓▓▓▓)

| | |
|---|---|
| SID | ▓▓▓▓ |
| DATE LAST UPDATED | 10/31/2017 |
| SEX | MALE |
| RACE | WHITE |
| ETHNICITY | NON-HISPANIC |
| HEIGHT | ▓▓ |
| WEIGHT | ▓▓ |
| EYES | ▓▓ |
| HAIR | ▓▓ |
| PLACE OF BIRTH | TEXAS |
| NAME(S) | RETZLAFF,T |
| | RETZLAFF,THOMAS |
| | RETZLAFF,THOMAS C |
| | RETZLAFF,THOMAS CHRISTOP |
| | RETZLAFF,THOMAS CHRISTOPHER (PRIMARY) |
| | RETZLAFF,TOM |
| BIRTH DATE(S) | ▓▓▓▓ (PRIMARY) |

## ARREST SUMMARY

| DATE OF ARREST | SEQUENCE CODE | TRACKING NUMBER | AGENCY DESCRIPTION |
|---|---|---|---|
| 9/27/1994 | A | 9014640285 | TEXAS HWY PATROL REG 6 DIST B AUSTIN |
| 8/15/1995 | A | 9015439923 | TEMPLE PD |
| 2/12/1997 | A | 9015495696 | TEMPLE PD |
| 3/6/1997 | A | 0015581217 | BELL CO SO BELTON |
| 3/15/1997 | B | 9015498849 | BELL CO SO BELTON |
| 3/19/1997 | A | 9015499160 | TEMPLE PD |

*Searches based on names, date of birth and other alphanumeric identifiers are not always accurate. The only way to positively link someone to a criminal record is through fingerprint identification. It is your responsibility to make sure the records you access through this site pertain to the person about whom you*

are seeking information. Extreme care should be exercised in using any information obtained from this Web site. Neither the DPS nor the State of Texas shall be responsible for any errors or omissions produced by secondary dissemination of this data.

## ARREST DATE 9/27/1994 (1 CHARGES)

### ARREST DETAIL

| | |
|---|---|
| ARREST DATE | 9/27/1994 |
| SEQUENCE CODE | A |
| TRACKING NUMBER | 9014640285 |
| ARRESTING AGENCY | TEXAS HWY PATROL REG 6 DIST B AUSTIN (TXDPS6500) |

## ARREST DATE 9/27/1994 (CHARGE A001)

### OFFENSE RECORD

| | |
|---|---|
| INTERNAL AGENCY PERSON NUMBER | 38170 |
| ARREST OFFENSE | FLEEING POLICE OFFICER (48010004) |
| ARREST OFFENSE CITATION | 6701D(186)(A) |
| LEVEL AND DEGREE OF OFFENSE | MISDEMEANOR - CLASS B (MB) |
| DATE OF OFFENSE | 9/27/1994 |
| ARREST DISPOSITION DATE | 9/27/1994 |
| ARREST DISPOSITION | HELD (205) |
| ARREST DISPOSITION LITERAL | WILLIAMSON COUNTY |
| PROSECUTOR ORI REFERRED TO | WILLIAMSON COUNTY ATTORNEY (TX246013A) |

### COURT STATUS A

| | |
|---|---|
| AGENCY DESCRIPTION | COUNTY COURT AT LAW 1 GEORGETOWN (TX246093J) |
| COURT OFFENSE | FLEEING POLICE OFFICER (48010004) |
| COURT OFFENSE CITATION | 6701D(186)(A) |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS B (MB) |
| COURT DISPOSITION | CONVICTED (310) |
| COURT DISPOSITION DATE | 2/8/1996 |
| DATE OF SENTENCE/STATUS | 2/8/1996 |
| CAUSE NUMBER | CAU:9437161 |
| FINAL PLEADING | NOT GUILTY (N) |
| COURT CONFINEMENT | 0Y0M180D |
| COURT PROBATION | 0Y6M0D |
| COURT FINE | 1500 |
| COURT COSTS | 253 |
| AGENCY RECEIVING CUSTODY | COUNTY COURT AT LAW 1 GEORGETOWN (TX246015G) |

## ARREST DATE 8/15/1995 (1 CHARGES)

### ARREST DETAIL

| | |
|---|---|
| ARREST DATE | 8/15/1995 |
| SEQUENCE CODE | A |
| TRACKING NUMBER | 9015439923 |
| ARRESTING AGENCY | TEMPLE PD (TX0140700) |

## ARREST DATE 8/15/1995 (CHARGE A001)

## OFFENSE RECORD

| | |
|---|---|
| INTERNAL AGENCY PERSON NUMBER | 098028 |
| INTERNAL AGENCY CASE NUMBER | 95065809 |
| ARREST OFFENSE | HARRASSMENT (53990004) |
| ARREST OFFENSE CITATION | 42.07(A) |
| LEVEL AND DEGREE OF OFFENSE | MISDEMEANOR - CLASS B (MB) |
| DATE OF OFFENSE | 8/15/1995 |
| ARREST DISPOSITION DATE | 8/15/1995 |
| ARREST DISPOSITION | BAIL/RELEASED ON OWN RECOGNIZANCE (206) |
| PROSECUTOR ORI REFERRED TO | COUNTY ATTORNEYS OFFICE BELTON (TX014013A) |

## PROSECUTION DETAIL

| | |
|---|---|
| AGENCY | COUNTY ATTORNEYS OFFICE BELTON (TX014013A) |
| PROSECUTOR ACTION FIELD | PROSECUTOR ACCEPTS THE CHARGE (A) |
| PROSECUTOR OFFENSE CITATION | 42.07(A) |
| PROSECUTOR OFFENSE | HARRASSMENT (53990004) |
| LEVEL AND DEGREE PROSECUTED | MISDEMEANOR - CLASS B (MB) |

## COURT STATUS A

| | |
|---|---|
| AGENCY DESCRIPTION | BELL COUNTY COURT AT LAW 2 BELTON (TX014083J) |
| COURT OFFENSE | CLASS C MISDEMEANOR (99999999) |
| COURT OFFENSE LITERAL | ATTEMPT TO COMMIT HARASSING COMMUNICATION |
| COURT OFFENSE CITATION | X |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS C (MC) |
| COURT DISPOSITION | DEFERRED (312) |
| COURT DISPOSITION DATE | 2/7/1996 |
| DATE OF SENTENCE/STATUS | 2/7/1996 |
| COURT SENTENCE SUSPENDED TIME | 0D |
| COURT SENTENCE SUSPENDED FINE | 400 |
| CAUSE NUMBER | CAU:MR2C955198 |
| FINAL PLEADING | GUILTY (G) |
| COURT CONFINEMENT | 0D |
| COURT PROBATION | 6M |
| COURT FINE | 500 |
| COURT COSTS | 741 |
| AGENCY RECEIVING CUSTODY | BELL COUNTY COURT AT LAW 2 BELTON (TX014015G) |
| COURT PROVISION | DEFERRED ADJUDICATION (378) |

## ARREST DATE 2/12/1997 (1 CHARGES)

### ARREST DETAIL

| | |
|---|---|
| ARREST DATE | 2/12/1997 |
| SEQUENCE CODE | A |
| TRACKING NUMBER | 9015495696 |
| ARRESTING AGENCY | TEMPLE PD (TX0140700) |

## ARREST DATE 2/12/1997 (CHARGE D001)

## COURT STATUS A

| | |
|---|---|
| AGENCY DESCRIPTION | 27TH DISTRICT COURT BELTON (TX014015J) |
| COURT OFFENSE | UNL CARRYING WEAPON PROHIBITED PLACES (52030009) |
| COURT OFFENSE CITATION | 46.03 |
| LEVEL AND DEGREE OFFENSE | FELONY - 3RD DEGREE (F3) |
| COURT DISPOSITION | DEFERRED (312) |
| COURT DISPOSITION DATE | 4/10/1997 |
| CAUSE NUMBER | CAU:47206 |
| FINAL PLEADING | GUILTY (G) |
| COURT PROBATION | 10Y |
| AGENCY RECEIVING CUSTODY | 27TH DISTRICT COURT BELTON (CSCD) |

## COURT STATUS B

| | |
|---|---|
| AGENCY DESCRIPTION | 27TH DISTRICT COURT BELTON (TX014015J) |
| COURT OFFENSE | UNL CARRYING WEAPON PROHIBITED PLACES (52030009) |
| COURT OFFENSE CITATION | 46.03 |
| LEVEL AND DEGREE OFFENSE | FELONY - 3RD DEGREE (F3) |
| COURT DISPOSITION | CONVICTED (310) |
| COURT DISPOSITION DATE | 4/10/1997 |
| DATE OF SENTENCE/STATUS | 2/13/1998 |
| CAUSE NUMBER | CAU:47206 |
| FINAL PLEADING | GUILTY (G) |
| COURT CONFINEMENT | 8Y |
| COURT FINE | 5000 |
| COURT COSTS | 313 |
| AGENCY RECEIVING CUSTODY | 27TH DISTRICT COURT BELTON (TDCJ) |
| COURT PROVISION LITERAL | PROBATION REVOKED/130D CREDIT TIME SERVED |

# ARREST DATE 3/6/1997 (1 CHARGES)

## ARREST DETAIL

| | |
|---|---|
| ARREST DATE | 3/6/1997 |
| SEQUENCE CODE | A |
| TRACKING NUMBER | 0015581217 |
| ARRESTING AGENCY | BELL CO SO BELTON (TX0140000) |

# ARREST DATE 3/6/1997 (CHARGE A001)

## OFFENSE RECORD

| | |
|---|---|
| INTERNAL AGENCY PERSON NUMBER | 91870 |
| ARREST OFFENSE | TAMPERING WITH GOVT RECORD (73990275) |
| ARREST OFFENSE CITATION | 37.10(A) |
| LEVEL AND DEGREE OF OFFENSE | MISDEMEANOR - CLASS A (MA) |
| DATE OF OFFENSE | 3/6/1997 |
| ARREST DISPOSITION DATE | 3/7/1997 |
| ARREST DISPOSITION | BAIL/RELEASED ON OWN RECOGNIZANCE (206) |
| PROSECUTOR ORI REFERRED TO | COUNTY ATTORNEYS OFFICE BELTON (TX014013A) |

## PROSECUTION DETAIL

| | |
|---|---|
| AGENCY | COUNTY ATTORNEYS OFFICE BELTON (TX014013A) |
| PROSECUTOR ACTION FIELD | PROSECUTOR ACCEPTS THE CHARGE (A) |
| PROSECUTOR OFFENSE CITATION | 37.10(A) |
| PROSECUTOR OFFENSE | TAMPERING WITH GOVT RECORD (73990275) |
| LEVEL AND DEGREE PROSECUTED | MISDEMEANOR - CLASS A (MA) |

**COURT STATUS A**

| | |
|---|---|
| AGENCY DESCRIPTION | BELL COUNTY COURT AT LAW 2 BELTON (TX014083J) |
| COURT OFFENSE | TAMPERING WITH GOVT RECORD (73990275) |
| COURT OFFENSE CITATION | 37.10(A) |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS A (MA) |
| COURT DISPOSITION | CONVICTED (310) |
| COURT DISPOSITION DATE | 9/2/1997 |
| DATE OF SENTENCE/STATUS | 9/2/1997 |
| CAUSE NUMBER | CAU:MR2C971676 |
| FINAL PLEADING | GUILTY (G) |
| COURT CONFINEMENT | 325D |
| COURT FINE | 100 |
| COURT COSTS | 157 |
| AGENCY RECEIVING CUSTODY | BELL COUNTY COURT AT LAW 2 BELTON (TX0140000) |

## ARREST DATE 3/15/1997 (2 CHARGES)

**ARREST DETAIL**

| | |
|---|---|
| ARREST DATE | 3/15/1997 |
| SEQUENCE CODE | B |
| TRACKING NUMBER | 9015498849 |
| ARRESTING AGENCY | BELL CO SO BELTON (TX0140000) |

## ARREST DATE 3/15/1997 (CHARGE A001)

**OFFENSE RECORD**

| | |
|---|---|
| INTERNAL AGENCY PERSON NUMBER | 91870 |
| ARREST OFFENSE | THEFT PROP>=$500 < $1500 (23990003) |
| ARREST OFFENSE CITATION | 31.03(E)(3) |
| LEVEL AND DEGREE OF OFFENSE | MISDEMEANOR - CLASS A (MA) |
| DATE OF OFFENSE | 3/6/1997 |
| ARREST DISPOSITION | HELD (205) |
| PROSECUTOR ORI REFERRED TO | COUNTY ATTORNEYS OFFICE BELTON (TX014013A) |

**COURT STATUS A**

| | |
|---|---|
| AGENCY DESCRIPTION | BELL COUNTY COURT AT LAW 2 BELTON (TX014083J) |
| COURT OFFENSE | THEFT PROP>=$500 < $1500 (23990003) |
| COURT OFFENSE CITATION | 31.03(E)(3) |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS A (MA) |
| COURT DISPOSITION | CONVICTED (310) |
| COURT DISPOSITION DATE | 9/2/1997 |
| DATE OF SENTENCE/STATUS | 9/2/1997 |
| CAUSE NUMBER | CAU:MR2C971675 |

| FINAL PLEADING | GUILTY (G) |
| COURT CONFINEMENT | 325D |
| COURT FINE | 100 |
| COURT COSTS | 157 |
| AGENCY RECEIVING CUSTODY | BELL COUNTY COURT AT LAW 2 BELTON (TX0140000) |

## ARREST DATE 3/15/1997 (CHARGE A003)

### OFFENSE RECORD

| ARREST OFFENSE | SALE DISTR OR DISPLAY HARMFUL MATER TO MINOR (37020002) |
| ARREST OFFENSE CITATION | 43.24(B)(1&2) |
| LEVEL AND DEGREE OF OFFENSE | MISDEMEANOR - CLASS A (MA) |
| DATE OF OFFENSE | 1/31/1997 |
| ARREST DISPOSITION | HELD (205) |
| PROSECUTOR ORI REFERRED TO | COUNTY ATTORNEYS OFFICE BELTON (TX014013A) |

### COURT STATUS A

| AGENCY DESCRIPTION | BELL COUNTY COURT AT LAW 2 BELTON (TX014083J) |
| COURT OFFENSE | SALE DISTR OR DISPLAY HARMFUL MATER TO MINOR (37020002) |
| COURT OFFENSE CITATION | 43.24(B)(1&2) |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS A (MA) |
| COURT DISPOSITION | CONVICTED (310) |
| COURT DISPOSITION DATE | 9/2/1997 |
| DATE OF SENTENCE/STATUS | 9/2/1997 |
| CAUSE NUMBER | CAU:MR2C971672 |
| FINAL PLEADING | GUILTY (G) |
| COURT CONFINEMENT | 325D |
| COURT FINE | 100 |
| COURT COSTS | 157 |
| AGENCY RECEIVING CUSTODY | BELL COUNTY COURT AT LAW 2 BELTON (TX0140000) |

## ARREST DATE 3/19/1997 (2 CHARGES)

### ARREST DETAIL

| ARREST DATE | 3/19/1997 |
| SEQUENCE CODE | A |
| TRACKING NUMBER | 9015499160 |
| ARRESTING AGENCY | TEMPLE PD (TX0140700) |

## ARREST DATE 3/19/1997 (CHARGE A001)

### OFFENSE RECORD

| INTERNAL AGENCY PERSON NUMBER | 98028 |
| INTERNAL AGENCY CASE NUMBER | 97033298 |
| ARREST OFFENSE | VIOL OF PROTECTIVE ORDER (38990001) |
| ARREST OFFENSE CITATION | 25.07 |
| LEVEL AND DEGREE OF OFFENSE | MISDEMEANOR - CLASS A (MA) |
| DATE OF OFFENSE | 3/19/1997 |
| ARREST DISPOSITION DATE | 3/19/1997 |

3/12/2018   https://records.txdps.state.tx.us/DpsWebsite/CriminalHistory/Application/Search/Individual.aspx?BatchId=4067597&SearchId=18545141&IND_I...

| ARREST DISPOSITION | TRANSFERRED TO COUNTY (220) |
| PROSECUTOR ORI REFERRED TO | COUNTY ATTORNEYS OFFICE BELTON (TX014013A) |

**PROSECUTION DETAIL**

| AGENCY | COUNTY ATTORNEYS OFFICE BELTON (TX014013A) |
| PROSECUTOR ACTION FIELD | PROSECUTOR ACCEPTS THE CHARGE (A) |
| PROSECUTOR OFFENSE CITATION | 25.07 |
| PROSECUTOR OFFENSE | VIOL OF PROTECTIVE ORDER (38990001) |
| LEVEL AND DEGREE PROSECUTED | MISDEMEANOR - CLASS A (MA) |

**COURT STATUS A**

| AGENCY DESCRIPTION | BELL COUNTY COURT AT LAW 2 BELTON (TX014083J) |
| COURT OFFENSE | VIOL OF PROTECTIVE ORDER (38990001) |
| COURT OFFENSE CITATION | 25.07 |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS A (MA) |
| COURT DISPOSITION | CONVICTED (310) |
| COURT DISPOSITION DATE | 9/2/1997 |
| DATE OF SENTENCE/STATUS | 9/2/1997 |
| CAUSE NUMBER | CAU:MR2C971669 |
| FINAL PLEADING | GUILTY (G) |
| COURT CONFINEMENT | 325D |
| COURT FINE | 100 |
| COURT COSTS | 157 |
| AGENCY RECEIVING CUSTODY | BELL COUNTY COURT AT LAW 2 BELTON (TX0140000) |

## ARREST DATE 3/19/1997 (CHARGE A002)

**OFFENSE RECORD**

| ARREST OFFENSE | TAMPERING/FABRICATING PHYSICAL EVIDENCE (73990280) |
| ARREST OFFENSE CITATION | 37.09 |
| LEVEL AND DEGREE OF OFFENSE | FELONY - 3RD DEGREE (F3) |
| DATE OF OFFENSE | 3/19/1997 |
| ARREST DISPOSITION DATE | 3/26/1998 |
| ARREST DISPOSITION | DISPOSITION UNKNOWN (215) |
| PROSECUTOR ORI REFERRED TO | DISTRICT ATTORNEYS OFFICE BELTON (TX014015A) |

**PROSECUTION DETAIL**

| AGENCY | DISTRICT ATTORNEYS OFFICE BELTON (TX014015A) |
| PROSECUTOR ACTION FIELD | PROSECUTOR ACCEPTS THE CHARGE (A) |
| PROSECUTOR OFFENSE CITATION | 37.09 |
| PROSECUTOR OFFENSE | TAMPERING/FABRICATING PHYSICAL EVIDENCE (73990280) |
| LEVEL AND DEGREE PROSECUTED | FELONY - 3RD DEGREE (F3) |

**COURT STATUS A**

| AGENCY DESCRIPTION | 264TH DISTRICT COURT BELTON (TX014045J) |
| COURT OFFENSE | TAMPERING/FABRICATING PHYSICAL EVIDENCE (73990280) |
| COURT OFFENSE CITATION | 37.09 |
| LEVEL AND DEGREE OFFENSE | FELONY - 3RD DEGREE (F3) |
| COURT DISPOSITION | CONVICTED (310) |

| | |
|---|---|
| COURT DISPOSITION DATE | 3/26/1998 |
| DATE OF SENTENCE/STATUS | 3/26/1998 |
| COURT SENTENCE SUSPENDED TIME | 10Y |
| CAUSE NUMBER | CAU:47846 |
| FINAL PLEADING | NO CONTEST OR NOLO CONTENDERE (C) |
| COURT PROBATION | 10Y |
| COURT FINE | 10000 |
| COURT COSTS | 313 |
| AGENCY RECEIVING CUSTODY | 264TH DISTRICT COURT BELTON (CSCD) |

## CUSTODIES

**Custody**

| | |
|---|---|
| DATE OF OFFENSE | 10/6/1997 |
| CUSTODIAL AGENCY/ORI | PARDON AND PAROLE BOARD AUSTIN (TX227015G) |
| PERSONAL ID NUMBER | 00819427 |
| COUNTY OF COMMITMENT | BELL (014) |
| STATUS STARTING DATE | 10/6/2005 |
| STATUS SUPERVISION | DISCHARGED (409) |
| STATUS SUPERVISION LITERAL | TX227015G 00819427 |

**Custody**

| | |
|---|---|
| DATE OF OFFENSE | 2/12/1997 |
| CUSTODIAL AGENCY/ORI | PARDON AND PAROLE BOARD AUSTIN (TX227015G) |
| PERSONAL ID NUMBER | 00819427 |
| SENTENCE EXPIRATION DATE | 10/6/2005 |
| COUNTY OF COMMITMENT | BELL (014) |
| STATUS STARTING DATE | 5/7/2004 |
| STATUS SUPERVISION | MANDATORY RELEASE (414) |
| STATUS SUPERVISION LITERAL | TX227015G 00819427 |
| RECEIVING AGENCY | 227 |
| PAROLED UNTIL DATE | 10/6/2005 |

**Custody**

| | |
|---|---|
| DATE OF OFFENSE | 2/12/1997 |
| CUSTODIAL AGENCY/ORI | PARDON AND PAROLE BOARD AUSTIN (TX227015G) |
| PERSONAL ID NUMBER | 00819427 |
| SENTENCE EXPIRATION DATE | 10/6/2005 |
| COUNTY OF COMMITMENT | BELL (014) |
| STATUS STARTING DATE | 3/30/1998 |
| STATUS SUPERVISION | RECEIVED (421) |
| STATUS SUPERVISION LITERAL | TX236065C 00819427 |

TOP

# EXHIBIT "B"

**RECEIVED**

### OFFICE OF THE CHIEF DISCIPLINARY COUNSEL
### STATE BAR OF TEXAS
### GRIEVANCE FORM



ONLINE FILING AVAILABLE AT http://cdc.texasbar.com.

**12/20/2017**

## I. General Information

**Before you fill out this paperwork, there may be a faster way to resolve the issue you are currently having with an attorney.**

If you are considering filing a grievance against a Texas attorney for any of the following reasons:

- ➤ You are concerned about the progress of your case.
- ➤ Communication with your attorney is difficult.
- ➤ Your case is over or you have fired your attorney and you need documents from your file or your former attorney.

**You may want to consider contacting the Client-Attorney Assistance Program (CAAP) at 1-800-932-1900.**

CAAP was established by the State Bar of Texas to help people resolve these kinds of issues with attorneys quickly, without the filing of a formal grievance.

CAAP can resolve many problems without a grievance being filed by providing information, by suggesting various self-help options for dealing with the situation, or by contacting the attorney either by telephone or letter.

**I have _____ I have not _X_ contacted the Client-Attorney Assistance Program.**

**If you prefer, you have the option to file your grievance online at http://cdc.texasbar.com.**

**In order for us to comply with our deadlines, additional information/documentation that you would like to include as part of your grievance submission must be received in this office by mail or fax within (10) days after submission of your grievance. This information will be added to your pending grievance. Information received after that timeframe will be returned and not considered. Thank you for your cooperation in this matter.**

**NOTE: Please be sure to fill out each section completely. Do not leave any section blank. If you do not know the answer to any question, write "I don't know."**

**II.   INFORMATION ABOUT YOU -- PLEASE KEEP CURRENT**

TDCJ/SID #: _____

Name:        Mr./Ms. Tom Retzlaff _____

Immigration #: _____

Address:      PO Box 46424 _____

City: _____ Phoenix _____ State: _____ AZ _____ Zip Code: __ 85063-6424 __

2.   Employer: _____

Employer's Address: _____

City: _____ State: _____ Zip Code: _____

3.   Telephone number:   Residence: _____ Work: _____

Cell:   ▓▓▓▓▓▓▓▓▓ _____

4.   Email:   ▓▓▓▓▓▓▓▓ _____

5.   Driver's License #: _____ Date of Birth: ▓▓▓▓▓ _____

6.   Name, address, and telephone number of person who can always reach you.

Name: _____ Address: 
Telephone: _____ _____

7.   Do you understand and write in the English language?          Yes _____
     If no, what is your primary language? _____
     Who helped you prepare this form? _____
     Will they be available to translate future correspondence _____
     during this process? _____

8.   **Are you a Judge?**                                          No _____
     If yes, please provide Court, County, City, State: _____

## III.  INFORMATION ABOUT ATTORNEY

Note:  Grievances are not accepted against law firms. You must specifically name the attorney against whom you are complaining.  A separate grievance form must be completed for each attorney against whom you are complaining.

1.  Attorney name:  Jason Lee Van Dyke

Address:  108 Durango Drive
Denton, TX 76227

2.  Telephone number:  Work: 469-964-5346 _____ Home: _____ Other: _____

3.  Have you or a member of your family filed a grievance about this attorney previously?
Yes: _____ No: _____   If "yes", please state its approximate date and outcome:

Have you or a member of your family ever filed an appeal with the Board of Disciplinary Appeals about this attorney?
Yes: __X__ No: _____   If "yes", please state its approximate date and outcome:

4.  Please check one of the following:
_____ This attorney was **hired** to represent me.
_____ This attorney was **appointed** to represent me.
__X__ This attorney was hired to represent **someone else.**

Please give the date the attorney was hired or appointed.  n/a

Please state what the attorney was hired or appointed to do.
He is representing himself

5.  What was your fee arrangement with the attorney? _____

How much did you pay the attorney? _____

**If you signed a contract and have a copy, please attach.**
**If you have copies of checks and/or receipts, please attach.**
**Do not send originals.**

6.  If you did not hire the attorney, what is your connection with the attorney?  Explain briefly

He is an opposing attorney

7.   Are you currently represented by an attorney?              No

     If yes, please provide information about your current attorney:

8.   Do you claim the attorney has an impairment, such as depression or a substance use disorder?  If
     yes, please provide specifics (your **personal** observations of the attorney such as slurred speech,
     odor of alcohol, ingestion of alcohol or drugs in your presence etc., including the date you observed
     this, the time of day, and location).

     Yes   He is a violent person suffering from very profound mental illness that self-medicates with
     illegal drugs.

9.   Did the attorney ever make any statements or admissions to you or in your presence that would
     indicate that the attorney may be experiencing an impairment, such as depression or a substance use
     disorder?  If so, please provide details.
     He said he was going to murder both me and my family, as well as murder anyone else who
     "interferes" with his law practice.

## IV.   INFORMATION ABOUT YOUR GRIEVANCE

1.   Where did the activity you are complaining about occur?

     County:  Denton                           City:  Denton

2.   If your grievance is about a lawsuit, answer the following, if known:

     a.  Name of court:                         377th Judicial District Court

     b.  Title of the suit:                     Jason Lee Van Dyke vs. Stephen B. Tyler

     c.  Case number and date suit was filed:   17-03-80810-D, filed March 24, 2017

     d.  If you are not a party to this suit, what is your connection with it?  Explain briefly.
         I am one of the individuals from whom Van Dyke was attempting to get discovery from in his
         Rule 202 Pre-suit Discovery petition.

**If you have copies of court documents, please attach.**

3.   Explain in detail why you think this attorney has done something improper or has failed to do
     something which should have been done. Attach additional sheets of paper if necessary.

     **Supporting documents, such as copies of a retainer agreement, proof of payment,
     correspondence between you and your attorney, the case name and number if a specific
     case is involved, and copies of papers filed in connection with the case, may be useful to our**

investigation. <u>Do not send originals, as they will not be returned.</u> Additionally, please do not use staples, post-it notes, or binding.

Include the names, addresses, and telephone number of all persons who know something about your grievance.

Also, please be advised that a copy of your grievance will be forwarded to the attorney named in your grievance.

Van Dyke is a crazy person who regularly gets into violent disputes with people on the internet in which Van Dyke ends up making ridiculous death threats and racists comments. Earlier this year I found out that he had gotten a job as an Assistant District Attorney for Victoria County, Texas, in charge of felony prosecutions. So I contacted Steve Tyler, the District Attorney (who I know because I live in San Antonio) and said "Do not hire this dude - he is a fucking lunatic." I then pointed out that I am convinced that Van Dyke is a drug addict who suffers from a very profound mental illegal that looks to be untreated and he regularly gets into "flame wars" and disputes with random people on the internet. I pointed out that Van Dyke is likely posting on Storm Front (a white nationalist website) as the user "WNLaw". Van Dyke has since been posting online that he is going to murder me because I am the one who cost him his jobw ith Victoria County. He further threatens to murder my family, and many others. Unfortunately for Van Dyke, he has come up against a person who simply cannot be intimidated. You all need to disbar this retard ASAP.

On March 24, 2017, Van Dyke filed a Rule 202 Pre-suit Discover petition in the 377th District Court in Victoria County trying to uncover the reasons why he lost that job at the District Attorney's office. On June 16, 2017, the petition was denied when the judge ruling against Van Dyke poured him out of court for being an idiot for filing such a thing to begin with.

Van Dyke's legal action was clearly in retaliation for my exercising my First Amendment rights and was in violation of the Texas Citizens Participation Act. See In re Chris Elliott, 504 S.W.3d 455 (tex.App. - Austin 2016, no pet.).

Van Dyke's continued public racial attacks and threats of violence against me and against so many others is a disgrace and embarrassment to the Texas State Bar.

## V.   HOW DID YOU LEARN ABOUT THE STATE BAR OF TEXAS' ATTORNEY GRIEVANCE PROCESS?

| | Yellow Pages | __ | CAAP |
|---|---|---|---|
| **X** | **Internet** | __ | Attorney |
| __ | Other | __ | Website |

## VI. ATTORNEY-CLIENT PRIVILEGE WAIVER

I hereby expressly waive any attorney-client privilege as to the attorney, the subject of this grievance, and authorize such attorney to reveal any information in the professional relationship to the Office of Chief Disciplinary Counsel of the State Bar of Texas.

I understand that the Office of Chief Disciplinary Counsel maintains as confidential the processing of Grievances.

I hereby swear and affirm that I am the person named in Section II, Question 1 of this form (the Complainant) and that the information provided in this complaint is true and correct to the best of my knowledge.

Signature: _____ Electronically Signed _____ Date: _____ 12/20/2017 _____

TO ENSURE PROMPT ATTENTION, THE GRIEVANCE SHOULD BE MAILED TO:

THE OFFICE OF THE CHIEF DISCIPLINARY COUNSEL
P.O. Box 13287
Austin, TX 78711

EXHIBIT "C"



To whom can I report an employee who is responsible for creating a very hostile work environment with regards to open racism, posting death threats on social media, and claims to be a Nazi. The guy is literally threatening to MURDER people who get into disagreements with him!!!

This is absolutely no joke and when I say the dude is a white supremacist / Nazi, that is what he really is. Plus, he has a criminal record for assaulting women!

I thought that I would contact management before I go to Facebook and Twitter and blast this out all over the world. This guy has been working for you for a very long time and I am shocked that nothing has been done.

#TimesUp

#MeToo

Dean Anderson



# EXHIBIT "D"

Nor are any of them responsible for its content.

**But, hey – Thanks for playing!!**

.

**IN OTHER NEWS....**





Who is the self-admitted white supremacist / 'Nazi' on the payroll of Texas Title Company? **GUESS CORRECTLY AND WIN A NEW CAR!!**

**Is it these two guys?**

EXECUTIVE TEAM



BOB KARLSENG
CEO



CLAUDE RICH
COO & Executive VP

**HERE IS A HINT:** This person recently Tweeted

*"Look good and hard at this picture you fucking nigger [picture of noose].
It's where I am going to put your neck!"*

**How about one of these three people? Are any of them Nazis??**

  

CHRIS DRUMM
DFW PRESIDENT

SYNDI TOLLIVER
SENIOR VP

ALANA SIDENER
VP OF AGENCY OPERATIONS

**Maybe it is one of these young ladies instead?**

SALES & MARKETING

  

BECKY PENNARTZ
DIRECTOR OF COMMUNICATIONS/MARKETING

CAMEE PONDER
DIRECTOR OF EDUCATION

ALYCE ECKER
SALES MANAGER

## TEXAS TITLE – CORPORATE OFFICE/PLANO

5412 W. Plano Pkwy., Ste 101

Plano, TX 75093

(972) 733-3800

So have you guessed who the 'Nazi' / white supremacist is? **IT IS THIS GUY RIGHT HERE!!**

*"I have ZERO ethics when it comes to business and will not hesitate to destroy anyone daring to interfere with my interests."*

We guess this is what the State Bar means with regards to Van Dyke's violations of the Rules of Disciplinary Conduct.



— Absolutely incompetent – DO NOT HIRE THIS MAN!!



Here is a link to Van Dyke's Facebook page:

https://www.facebook.com/TheVanDykeLawFirmPLLC/

**FYI:** There is no "Tommy" here. No one named "Tommy" is an Admin of the *BV Files* or is otherwise responsible for our content. But then again, you guys already know that.

**DO NOT DO BUSINESS WITH THIS MAN OR HIS COMPANY!!!**



— Bob Karlseng — Owner, Texas Title
   Company and paymaster to 'Nazis'
   / white supremacists

So why does Bob Karlseng give money and economic support to racists? **And what do each and everyone of the corporate clients of Maverick Title of Texas, LLC dba Texas Title Company think about their monies going into the pocket of a racist ass-hat who likes to post ridiculous stuff on The Interwebs?** That, our teeming **MILLIONS** of readers, listeners, and supporters, will be the subject of an upcoming article. **STAY TUNED!!**

Do you guys think that Van Dyke is a Nazi and a white supremacist? **WE REPORT — YOU DECIDE!**

# EXHIBIT "E"

## Jason Van Dyke

| | |
|---|---|
| **From:** | Pawl Bazile <pawlbazile@gmail.com> |
| **Sent:** | Saturday, May 26, 2018 11:13 PM |
| **To:** | Jason Van Dyke |
| **Subject:** | Fwd: Defamatory Article |
| **Attachments:** | Van Dyke settlement letter.pdf; Letter to McInnes - 5-22-2018.pdf; D's Notice of withdraw of settlement offer & attachments - 5-9-2018.pdf |

Another one

Sent from my iPhone

Begin forwarded message:

> **From:** Tom Retzlaff <retzlaff@texas.net>
> **Date:** May 26, 2018 at 11:28:36 PM EDT
> **To:** "pawl@officialproudboys.com" <pawl@officialproudboys.com>
> **Subject: Defamatory Article**

Dear Mr. Basile,

At some point I suppose that I will get curious about how your article about Van Dyke appeared on a website ostensibly owned by Milo Hanrahan of Milo Worldworld, LLC - an entity which the Secretary of State's office lists as being 'in default' status and, legally, nonoperational, and what the connection is between that non-U.S. citizen here on an O-1 visa and your so-called *Proud Boys* organization. But I doubt it will ever be relevant to anything that I care about, right? (At least that should be your hope.)

In any event, I am checking to see if you have issued a retraction and an apology for defaming me by calling me a liberal and left-wing. Did I mention to you that I was a member of the Republican party before you were even born in January 1984?

Also, if you want something to write about, attached are some court documents for you "Proud Boys" to chew over this weekend. No doubt Van Dyke is crying like a bitch over the upcoming depositions of McInnes and his wife. Tough shit. There is not a damn thing he can do about. I have an absolute right to travel to NY City with a federal subpoena and conduct depositions of persons with knowledge of relevant facts. he can piss and moan all he wants to, but there is not a damn thing he can do about it. And once that video deposition gets posted on the YouTubes, you don't think the liberal media won't be tearing y'all up into pieces?

Van Dyke can huff & puff all he wants, but you and your "Proud Boys" made a terrible mistake by allowing him into your group. The fact that he is claiming to be McInnes' lawyer now is a total joke! Is Van Dyke even licensed to practice law in New York state? No, he is not! (Thus, yet another State Bar grievance is born.)

I meant what I said about your defaming me, Mr. Basile. And if you think I won't use that as an excuse to drag you and the rest of your "Proud Boys" into federal

1

court and embarrass the fuck out of your group, you clearly don't know me and have not been paying attention. For the average human, nothing scares them more than legal issues. **I. Do. Not. Care.** My whole adult life has been spent in litigation. I am not afraid of high-stakes legal stuff...I'am just going to start swinging and knock people's heads off. Seriously.

Van Dyke is a public-figure and, at one time, was going to be an assistant district attorney in a state that has the highest use of the death penalty in the nation. Is it really so unreasonable for black people (or any kind of "people" for that matter!) to be concerned about this guy being a prosecutor? Someone who, when "provoked" resorts to racist language and death threats? If you were a defendant who this guy was prosecuting, would you feel confident that race wasn't a factor? And if you were a black victim and he was prosecuting the white offender, would you feel confident of a fair trial, based upon Van Dyke's demonstrable history of racism and inability to control himself?

Get fucking real, dude!

McInnes and his wife Emily are persons with knowledge of relevant facts. If Van Dyke thinks he can get a judge to stop me, good luck with that. His threats of getting an injunction are a total joke. But then again, Jason L. Van Dyke, Esq. is a total joke. "Mean Texas Attorney"? More like "Punk-ass bitch!"


v/r


Thomas Retzlaff

# EXHIBIT "F"

**Jason Van Dyke**

| | |
|---|---|
| **From:** | PawL BaZiLe <pawlbazile@gmail.com> |
| **Sent:** | Monday, May 28, 2018 3:56 PM |
| **To:** | Jason Van Dyke |
| **Subject:** | Fwd: |
| **Attachments:** | ECF 28 - D's Notice of Death Threats from Plaintiff.pdf |

---------- Forwarded message ----------
From: **Tom Retzlaff** <retzlaff@texas.net>
Date: Mon, May 28, 2018 at 5:04 AM
Subject:
To: "pawl@officialproudboys.com" <pawl@officialproudboys.com>

Dear Mr. Basile,

Would it surprise you to learn that Jason Van Dyke is a homosexual?  He is 38 years old.  Never been married, and has no kids.  Or even a female girlfriend.  But he does like to dress up as a bumble bee in his "Proud Boy" black and gold striped polo shirt – which is like totally gay, right?

So does anyone else get vibes that he's really, really, so far in the closet he's having adventures in Narnia?

Not that there is anything wrong with it, for sure.  But Van Dyke did make a name for himself at Michigan State University speechifying against the homosexual agenda, referring to is as the "homosexual deathstyle" and accusing opponents of being intimately familiar with public toilets and cruising.

By the way, are you aware that I have obtained copies of the MSU Police Dept reports detailing Van Dyke's arrest for domestic violence, illegal weapons possession, and stalking incidents on campus involving a male "roommate" of his.  Are you aware that when the police searched his college dorm room that they found the books The Turner Diaries and The Protocols of the Elders of Zion.  How fucking un-American is that, eh?  A so-called "Proud Boy" trafficking in Russian propaganda – lol!

I would like to request that you make an additional correction to your "article".  As you know, Van Dyke cries like a bitch because he claims he and his "elderly" parents had received "death threats."  Attached is a document that I filed with the federal court detailing a series of actual death threats that Van Dyke sent to me.  Which was a horrible mistake.  Did I tell you before that I used to be a federal and state law enforcement officer and that my son is a current law enforcement officer?

Would you be surprised to learn that there is an Arizona warrant out for Van Dyke's arrest?

One of the things that I plan on interrogating your buddy Gavin McInnes and his wife about is all of these death threats and harassment shit going on with your Proud Boys organization. See, e.g., https://www.huffingtonpost.com/entry/far-right-proud-boys-menaced-twitter-user-on-his-doorstep_us_5b06de68e4b07c4ea1060e92

Mr. Basile, I cannot emphasize enough just how bad of an idea it would be for one of you people to try something like this with me. I will shoot such a person dead and post the video about it on the YouTubes.

Van Dyke likes to claim that I am a liberal and a member of a left-wing group. Which is extremely surprising since most people I know have accused me of being a member of the Aryan Brotherhood and a "violent psychopath" responsible for "several unsolved homicides." Such a claim is, of course, highly defamatory. But it does show you what a liar Van Dyke is and how his claims shift according to which way the wind blows.

I think the best thing for all concerned would be for the Proud Boys to drop Van Dyke like a bad habit. Lawsuits are messy, unpredictable things and all sorts of collateral damage is likely to occur for you people before the dust finally settles.

v/r

Thomas Retzlaff

# EXHIBIT "G"

Gavin McInnes
88 Park Ave.
Larchmont, NY 10538-4224                    May 22, 2018

Re:    Jason L. Van Dyke vs Thomas Retzlaff
       Case No. 4:18-CV-247-ALM
       U.S. District Court – Eastern District of Texas

Dear Mr. McInnes,

No doubt you have read all of the media reports about the $100
million defamation lawsuit your running buddy, Jason Van Dyke, recently
filed against me here in Texas.

No doubt you have heard all the crying from Van Dyke once he
realized that he came across a man who simply cannot be intimidated and
who has far deeper pockets that he ever imagined.

Also, no doubt, you have heard him despair of the fact that he cannot
portray this lawsuit as some kind of "conservative vs. liberal" nonsense
because, the truth is, I basically agree with nearly everything you seem to
talk about politically. And, honestly, I actually think you are a bit too liberal
on many of your views. (seriously)

Be that as it may, I am now forced to deal with Van Dyke. Which
means that I am forced to deal with you and your *Proud Boys* organization.

1

I am a former federal and state law enforcement officer. I am also a former state prisoner having spent six years in Texas prison for illegal weapons possession (something the state legislature recently decided to no longer make a crime!). Thus, I have experience from both sides of the criminal justice fence, so to speak. Which is why I have a serious problem with guys like Van Dyke trying to get jobs as an assistant district attorney in a county next to mine near San Antonio. Fascist, racist beliefs have absolutely no business being involved in the criminal justice system whatsoever.

You and your wife, Emily, are persons with knowledge of relevant facts. Which is why later this summer myself and my attorney will be coming to New York City with a federal subpoena to take your videotaped depositions for use in this federal lawsuit in Texas and why I will be digging into your lives and into your *Proud Boys* organization and membership. I see that a lot of people are suing you guys regarding violent and racist attacks all across the country.

I also have read media reports about how your critics often times find themselves verbally or physically threatened, their homes and families stalked, and all kinds of other bullshit.

2

As you know, Van Dyke recently filed an identical defamation lawsuit against *The Mocking Bird* newspaper and one of its reporters in federal court. When the attorney for the news organization showed up to fight the lawsuit, Van Dyke folded like a cheap suit, saying in an email:

> My supervisor has instructed me to confer with you concerning a stipulation of dismissal with prejudice for the Mockingbird case and to sign one if you are willing to agree to it.
>
> Since I have learned that your office has a propensity to release my e-mails to the press and post them on Twitter, I am sending this message with the following caveat: This letter does not, and is not intended, to constitute my view on the strength of my case against Mockingbird and Mr. Bello. It is my personal belief that your client is an absolutely contemptible piece of human filth, and I would personally like nothing more than to prosecute this case to its conclusion. This letter is nothing more, and is not intended to be anything more, than compliance with an order from my immediate supervisor at the company where I am employed.

My *spidey sense* is telling me that this "supervisor" is you, Mr. McInnes, and I fully intend to grill both you and your wife like a couple of cheeseburgers until I get the answers that I want. I spent many years of honorable law enforcement service interrogating homicide suspects, white collar criminals, to traitors spilling our nation's secrets to the highest bidders.

Van Dyke is your guy, which means that he is your problem, Mr. McInnes. You gave him a leadership position within your *Proud Boys* organization and I know that Van Dyke represents you in a legal capacity, too, such as in the recent Trademark application process with the U.S.

3

Government and with regards to the dispute with the Oakland Raiders over your misappropriation of their logo on some stupid T-shirt you clowns were peddling.

Should Van Dyke or any of your *Proud Boys* engage in their typical harassment activities, I will be holding both you and Emily personally responsible.

Respectfully submitted,

Tom

Thomas Retzlaff
2402 E. Esplanade Ln.
PO Box 46424
Phoenix, AZ 85063-6424

email:
Ph#

p.s.

I have been a HUGE fan of Anthony Cumia for many, many years and I enjoyed listening to your show on his Compound Media network. When he and Opie got fired, I immediately canceled my XM subscription. Also, Mark Levin is a good guy and I hope nothing that happens here with this Van Dyke stuff blows back onto him and his people. Lawsuits are messy, unpredictable things, as you know.

4

# EXHIBIT "H"



Proud Boys leader Gavin McInnes and his wife have just been notified that they will be forced to appear at a videotaped deposition that will be taking place this summer in New York City.  This notice was hand delivered to McInnes' home.  **CHECK IT OUT!!**

Gavin McInnes
88 Park Ave
Larchmont, NY 10538-4224                    May 22, 2018

Re:    Jason L. Van Dyke vs Thomas Retzlaff
       Case No. 4:18-CV-247-ALM
       U.S. District Court – Eastern District of Texas

Dear Mr. McInnes,

        No doubt you have read all of the media reports about the $100
million defamation lawsuit your running buddy, Jason Van Dyke, recently
filed against me here in Texas.

        No doubt you have heard all the crying from Van Dyke once he
realized that he came across a man who simply cannot be intimidated and
who has far deeper pockets that he ever imagined.

        Also, no doubt, you have heard him despair of the fact that he cannot
portray this lawsuit as some kind of "conservative vs. liberal" nonsense
because, the truth is, I basically agree with nearly everything you seem to
talk about politically.  And, honestly, I actually think you are a bit too liberal
on many of your views. (seriously.)

        Be that as it may, I am now forced to deal with Van Dyke.  Which
means that I am forced to deal with you and your *Proud Boys* organization.

I am a former federal and state law enforcement officer. I am also a former state prisoner having spent six years in Texas prison for illegal weapons possession (something the state legislature recently decided to no longer make a crime). Thus, I have experience from both sides of the criminal justice fence, so to speak. Which is why I have a serious problem with guys like Van Dyke trying to get jobs as an assistant district attorney in a county next to mine near San Antonio. Fascist, racist beliefs have absolutely no business being involved in the criminal justice system whatsoever.

You and your wife, Emily, are persons with knowledge of relevant facts. Which is why later this summer myself and my attorney will be coming to New York City with a federal subpoena to take your videotaped depositions for use in this federal lawsuit in Texas and why I will be digging into your lives and into your *Proud Boys* organization and membership. I see that a lot of people are suing you guys regarding violent and racist attacks all across the country.

I also have read media reports about how your critics often times find themselves verbally or physically threatened, their homes and families stalked, and all kinds of other bullshit.

2

San Jose Revenge Porno Perv James McGibney GUILTY Of Stolen Valor Fraud!! | BV Files

As you know, Van Dyke recently filed an identical defamation lawsuit against *The Mocking Bird* newspaper and one of its reporters in federal court. When the attorney for the news organization showed up to fight the lawsuit, Van Dyke folded like a cheap suit, saying in an email

My supervisor has instructed me to confer with you concerning a stipulation of dismissal with prejudice for the Mockingbird case and to sign one if you are willing to agree to it.

Since I have learned that your office has a propensity to release my e-mails to the press and post them on Twitter, I am sending this message with the following caveat. This letter does not, and is not intended, to constitute my view on the strength of my case against Mockingbird and Mr. Bello. It is my personal belief that your client is an abstractly contemptible piece of human filth, and I would personally like nothing more than to prosecute this case to its conclusion. This letter is nothing more, and is not intended to be anything more, than compliance with an order from my immediate supervisor at the company where I am employed.

My *spidey sense* is telling me that this "supervisor" is you, Mr. McInnes, and I fully intend to grill both you and your wife like a couple of cheeseburgers until I get the answers that I want. I spent many years of honorable law enforcement service interrogating homicide suspects, white collar criminals, to traitors spilling our nation's secrets to the highest bidders

Van Dyke is *your* guy, which means that he is *your* problem, Mr McInnes. You gave him a leadership position within your *Proud Boys* organization and I know that Van Dyke represents you in a legal capacity, too, such as in the recent Trademark application process with the U.S.

Government and with regards to the dispute with the Oakland Raiders over

your misappropriation of their logo on some stupid T-shirt you clowns were

peddling.

Should Van Dyke or any of your *Proud Boys* engage in their typical

harassment activities, I will be holding both you and Emily personally

responsible

Respectfully submitted,

*Von*

Thomas Retzlaff
2402 E. Esplanade Ln
PO Box 46424
Phoenix, AZ 85063-6424

email Retzlaff@texas.net
Ph# (210) 317-9800

p.s.

I have been a HUGE fan of Anthony Cumia for many, many years
and I enjoyed listening to your show on his Compound Media network.
When he and Opie got fired, I immediately canceled my XM subscription.
Also, Mark Levin is a good guy and I hope nothing that happens here with
this Van Dyke stuff blows back onto him and his people. Lawsuits are
messy, unpredictable things, as you know.

According to sources close to the investigation (which consist solely of the voices in our heads),
Nazi attorney Jason Lee Van Dyke had this to say in response to the deposition notice:

*"I received a telephone from a client of mine in New York, Gavin McInnes, stating
that he has received some sort of notification that either you or Mr. Retzlaff intend to
take his deposition in this case (as well as that of his wife). I wanted to give you an
opportunity to respond to this so that I may determine whether I will have to seek a
protective order from the Court. The testimony of Mr. McInnes is clearly not relevant
to any of the issues in this case. Furthermore, all or substantially all of the
communications between Mr. McInnes and myself are protected under the attorney-
client privilege – and therefore – are not subject to discovery.*

*While I am trying to act in a civilized manner, this is the second time in a week that I
have had to warn you about your client's behavior, and specifically, his obsession with
contacting or otherwise harassing my clients. I believe there was no uncertainty in the
past when I expressed to you that this would not be tolerated under any circumstances.*

San Jose Revenge Porno Perv James McGibney GUILTY Of Stolen Valor Fraud!! | BV Files

*I warned you that there would be consequences, and now, there will be consequences as follows:*

*This correspondence constitutes my first attempt to conference with you concerning the entry of a preliminary injunction against your client to prohibit him from contacting me, from contacting my family, from contacting any person who is my employer, and from contacting any person with whom I have any sort of independent contractor relationship including, but not limited to, an attorney-client relationship.*

*I need to hear from you or otherwise have this ongoing problem resolved before the scheduling conference. Otherwise, I will be filing for the injunctive relief. "*



**Jason Van Douche**
@Van Douche Lawyer

Follow ⌄

The only way I can win a case is if the defendant is too busy laughing at my retardation to file a response :'(

1:00 PM   22 Sep 2014

When reached by telephone this morning for comment, your *American Hero* had this to say:

*"He seems to think I would be quaking in my boots that he might apply for an injunction. "Warning" me. Ridiculous. What a tragic, flaccid clown. "*

— Thomas Retzlaff



**Jason Van Douche**
@MeanTxLawyer

( Follow )

The only bar I should be a member of is the
gay bar! #incompetent

4:05 PM - 1 Feb 2014

AND ONE MORE BEFORE WE GET TIRED...



**Jason Van Douche**
@MeanTxLawyer

( Follow )

Look! They sell @MeanTxLawyer at the dollar
store!



5:00 PM - 25 Jan 2014



— Gavin McInnes and wife Emily Jendrisak

**FUN FACT:** Gavin Mcinnes is married to Emily Jendrisak who is a former Manhattan-based publicist and consultant, now a stay-at-home mom. She is a member of the Ho-Chunk tribe of the Native Americans and they have three children.

McInnes is a Nazi and he likes to send members of his group out to peoples' homes to harassment them and their family members.  **CHECK IT OUT!!**

*POLITICS*

# A Member Of The Far-Right Proud Boys Menaced A Twitter User On His Doorstep

A videographer made fun of the far-right extremist group online, so they showed up at his house.

 By Andy Campbell

— https://www.huffingtonpost.com/entry/far-right-proud-boys-menaced-twitter-user-on-his-doorstep_us_5b06de68e4b07c4ea1060e92

San Jose Revenge Porno Perv James McGibney GUILTY Of Stolen Valor Fraud!! | BV Files



"These videographer stalkers are making us look like bitches. First, EVERYONE should report this Twitter post for hate speech and have your members do the same. At the very least, we can probably get it taken down and maybe get his verified profile deleted. They want Gavin McInnes fired? They want to attack our group?

LET'S SHOW THEM THERE ARE CONSEQUENCES!!!
THESE FUCKS ARE WAY TOO COMFORTABLE!!!
IF WE DO NOTHING, WE SEND A MESSAGE THAT IT'S OPEN SEASON ON PROUD BOYS!!! IT'S NOT!!!

Let's get the social media profiles, phone numbers and addresses for their bosses, mothers, fathers, brothers, sisters, boyfriends, friends and get to work.
- Hooker ads for his mother all over the internet
- Craigslist ads for orgies, yard sales...
- Thousands of dollars of food should be delivered to their houses

IM NOT SAYING ANYONE SHOULD GO STAB ANYONE. BE SMART! POST ANY IDEAS OR INFO YOU HAVE IN THE COMMENTS. POYB"





**Vic Berger IV**
@VicBergerIV

The end of the Proud Boys. @Gavin_McInnes
@ProudBoysUSA @CRTV
3:49 PM - May 2, 2018

967     314 people are talking about this

Of course, if anyone wants to deliver the same treatment to Gavin, his wife EMily, and their three children, that poor Mr. Vic Berger suffered, we here at the BV Files are only too happy to provide you, our teeming **MILLIONS** of readers, listeners, and supporters, with the home address for the McInnes family!

Antifa members are especially encouraged to show up as milk & cookies are always available.



88 Park Ave,
Larchmont, NY 10538
5 beds · 4.5 baths · 4,694 sqft

SOLD $2,684,000
Zestimate
$3,072,062

Home Shoppers are
Waiting



88 Park Ave, Larchmont, NY 10538

Get directions



— The three McInnes kids

**Funny....**



**Jason Pugh**
@theJasonPugh

Replying to

"The man who showed up on Berger's doorstep appears to be Kenneth Lizardo, 54, a self-proclaimed Proud Boy who lives in Massachusetts."

54? Wow. He may claim he's a      but he's really just a sad "man".

6:51 PM - 26 May 2018 from

**THE NAZI LAWSUIT STARRING JASON VAN DYKE....**



**Texas Lawyer**
@Texas Lawyer

Follow

A Denton attorney is seeking $100M from a critic who filed a grievance against him with the State Bar of Texas and allegedly got him fired from a Plano law firm after accusing the lawyer of being a "Nazi" and a "white supremacist" in internet postings. ow.ly /Hrhw30jha9r



6:11 PM - 16 Jul 2018

12 Retweets   35 Likes

1,1 11    11 12    35

5/28/2018

San Jose Revenge Porno Perv James McGibney GUILTY Of Stolen Valor Fraud!! | BV Files

**Want to see who is on Team Retzlaff?**

CM/ECF LIVE - U.S. District Court:txnd-tony - Attorneys                    https://ecf.txnd.uscourts.gov/cgi-bin/qryAttorney.pl?93180-L

4:18-cv-00247-ALM Van Dyke v Retzlaff
Amos L. Mazzant, III, presiding
Date filed: 04-10-2018
Date of last filing: 05-23-2018

## Attorneys

**Jeffrey L Dorrell**
Hanszen Laporte LLP
14201 Memorial Drive
Houston, TX 77079
713-522-9444
713-524-2580 (fax)
jdorrell@hanszenlaporte.com
[Logged 08-09-2018
LEAD ATTORNEY
ATTORNEY TO BE NOTICED]

representing

**Thomas Christopher Retzlaff**
2402 E. Esplanade Ln
P.O. Box 46424
Phoenix, AZ 85063-1624
210-317-9800
Retzlaff@texas.net
*(Defendant)*

**Kent M Hanszen**
Hanszen Laporte
4909 Yoakum Blvd.
Houston, TX 77006
713-522-9444
713-524-2580 (fax)
khanszen@hanszenlaporte.com
[Logged 08-21-2018
ATTORNEY TO BE NOTICED]

representing

**Thomas Christopher Retzlaff**
2402 E. Esplanade Ln
P.O. Box 46424
Phoenix, AZ 85063-1624
210-317-9800
Retzlaff@texas.net
*(Defendant)*

**Anthony Laurent Laporte**
Hanszen Laporte
4909 Yoakum Blvd
Houston, TX 77006
713-522-9444
alaporte@hanszenlaporte.com
[Logged 08-21-2018
ATTORNEY TO BE NOTICED]

representing

**Thomas Christopher Retzlaff**
2402 E. Esplanade Ln
P.O. Box 46424
Phoenix, AZ 85063-1624
210-317-9800
Retzlaff@texas.net
*(Defendant)*

**Jason Lee VanDyke**
The Van Dyke Law Firm PLLC
16000 Dallas Parkway
Suite 250
Addison, TX 75001
972-379-0261

representing

**Jason Lee Van Dyke**
108 Durango Dr
Aubrey, TX 76227
469-964-5346
*(Plaintiff)*

1/13                                                          5/23/2018 11:35 AM

CM+T-MVI- US Instict Coil and Query (Bricr>

https://ccfcpd.incocrti.gov.gov/cngn/Attorneys/Y/FIfmC1

972-246-3212 (fax)
jason.a.candy@clawfirm.com
Longmd- 04-11-2018
ATTORNEY TO BE NOTICED

**William Carlton Wilson**
Hamzen Laporte | LP
14201 Memorial Drive
Houston, TX 77079
832-999-5383                    representing
713-524-2580 (fax)
cwilson@hanzenlaporte.com
Longmd- 05-21-2018
ATTORNEY TO BE NOTICED

**Thomas Christopher Retzlaff**
2102 E. Esplanade Ln
P.O. Box 46424
Phoenix, AZ 85063-1624
210-317-9800
Retzlaff@texas.net
Defendant

2 of 2

7:Mn-IV-II-3rAM

By the way, in case Jason Van Dyke and any of his "Proud Boys" are interested in paying Retzlaff a little visit for harassment purposes, the dude is pretty easy to find. Which is surprising because members of the McGibney Gang have been claiming for over FOUR YEARS that all kinds of super secret FBI / AFT / and Grand Juries have been looking for our *American Hero & Honorary Admin of the BV Files* Thomas Retzlaff.

# EXHIBIT "I"

| | |
|---|---|
| **From:** | Dean |
| **To:** | Jason Van Dyke |
| **Subject:** | Re: Die |
| **Date:** | Tuesday, March 27, 2018 7:31:52 PM |

Dude - where is the lawsuit and restraining order and expedited discovery that you have been promising for the past 3 days???

While I cannot speak for this "Tom" person, I can certainly tell you that myself and my Co-Admins at the BV Files blog have been working the phones and emails every spare moment putting pressure on not just your current clients (easy enough to find), but all of your past ones, too!

Dude, your "law office" is going to be a ghost town filled with nothing but spider webs and Past Due notices from all of your student loan holders on account of you having no clients, which equals to NO MONEY, by the time we get done with you.

Ken White totally does not like you and, thanks to his help and guidance, you are going to be put out of business.

Hey, here is an idea! Why don't you send "Tom" an email with a Waiver of Service attached to it! Post it on your Facebook and Twitter, too! Isn't that what you did with your Pink Meth LOLsuit, buddy?

But you are a pussy.

Speaking of lol - you cry harder than Stormy Daniels taking it up the ass, Van Dyke!

WHERE IS THE LAWSUIT. TOUGH GUY?????????????

v/r

Dean Anderson



# EXHIBIT "J"

## Jason Van Dyke

| | |
|---|---|
| **From:** | Dean <dean714@yandex.com> |
| **Sent:** | Tuesday, May 29, 2018 10:41 AM |
| **To:** | Jason Van Dyke |
| **Subject:** | All proud boys magazine staff have been dox'd |

Hello fatso! I just saw your Sambo book reading this morning. How entertaining it was.

I was wondering how you would react upon learning that the entire Proud Boys magazine staff - and their family members - have been totally doxed! SSNs, drivers license #'s, credit scores, home addresses - the whole nine yards!

While not being an expert, it seems to me that this could only happen if someone had complete access to Lexisnexis Accurint for LEOs. Which really sucks for you and your friends. What could you all have been doing that would catch the attention of a law enforcement officer for in such a serious manner? I hear through the grape vine that arrest warrants are being sought for you. wow! How funny with that be!!!

By the way, do you have any clients left? One of the co-administrators on the BV Files blog just got off the phone with the parents of a kid from Allen, TX who you are (now were! (past tense)) repping on a dope charge. I did not know that was still against the law! You should come here to Southern California and you can smoke it up all you want to and it is perfectly legal! Anyways, I do not think that family was very happy to hear from Admin Mike when he told them about you being a Nazi and white supremacist and such that the state bar was going after you.

No more clients for you - not anymore, not ever!!

Dean Anderson

# EXHIBIT "K"

## Jason Van Dyke

| | |
|---|---|
| **From:** | Dean <dean714@yandex.com> |
| **Sent:** | Wednesday, October 24, 2018 3:40 PM |
| **To:** | Jason Van Dyke |

how is ur mom doing?

# EXHIBIT "L"

there really is only one person truly responsible for the man that is known around the world as "JLVD" and that is the woman who gave birth to this Satan's Spawn in the first place – a woman who would have been better off swallowing a load of semen than allowing a bunch of little sperms up inside of her body.



Susan van Dyke and her offspring



## Susan Van Dyke                                    102

Customer Service Rep at State Farm Agent

Greater Dallas/Fort Worth Area · Insurance

☐ ...                  State Farm Agent
...                    State Farm Insurance
...                    M.S. in Ed at Butler University

### Experience

**Office Representative for Robert & Daniel Pulaski**
State Farm Agent
March 2012 – Present · 6 years 8 months
Frisco, Texas

**State Farm - Kim Higgins & Kristin Grammar Agencies**
State Farm Insurance
March 2009 – March 2012 · 3 years 1 month
Plano, Texas

### Education

**M.S. in Ed at Butler University**
Master of Science. Education

**Northern Illinois University**
Bachelors of Science. Biology and Education

📍 **Street Address**
1518 Legacy Drive
Suite 200
Frisco, TX 75034-5849
**Get Directions**

📞 **Phone:** 972-712-6000

🕐 **Office Hours**
Mon-Fri 8 30am to 5 00pm
Evening/Weekends by Appt

🏛 **Landmark**
On the corner of Legacy and Highway 121

🌐 **Languages**
English

📋 **Credentials**
License: TX-729452

🌐 www.bobpulaski.com

Who else supports Nazis and violent white supremacists who regularly commit criminal acts?



Joshua L. Van Dyke

Yeah, this guy right here.

**And does his employer know about this?**



## ABOUT US

- Value investor with alignment of interest
- Proven development line
- Long term capital from sophisticated investors investors
- Employee owned

ADV Partners is an Asian private equity firm formed to pursue privately negotiated value investment opportunities within the mid-market corporate segment in Asia. The firm was established in early 2013 by three founding partners with a common vision to build an institutional-quality investment platform that combined their diverse yet complementary experience with timely and focused decision making. ADV is 100% employee owned.

ADV specializes in recognizing and identifying the potential for value. As an investor with long term capital and a value mindset, we aim to generate investment returns by investing in a pollist and disciplined manner, employing high-quality people, and aligning our interests with all our partners. We are a firm believer that good environmental, social and corporate governance (ESG) is fundamental to sustainable business success.

ADV Partners currently manages 'ADV Opportunities Fund I LP', our debut fund raised in 2014-15 with a corpus of US$550 million. The Fund's investors include Sovereign Wealth Funds, Pension Plans, Endowments, Family Offices and Fund of Funds who have provided the Fund with long term capital to pursue value focused investments.

Joshua Van Dyke (Associate)



Joshua L. Van Dyke is based in Hong Kong and has broad responsibilities, while providing support by deal execution and portfolio management for regional Asia investments. He has 10 years of experience in the finance industry in Asia, of which over 6 years have been in principal investing roles. Prior to ADV, he has worked on the Special Situations team at KKR as a Summer Associate. Previously, he was a Vice President at Sprint Capital in Hong Kong where he was responsible for deal sourcing, execution and post-investment management of private equity and financing transactions in Greater China. Joshua began his career at an investment banking professional at Deutsche Bank and KKR Partners in Asia. Joshua has a J.D. from Boston University and an MBA from the Wharton School and a Master's in Asia International Studies from the Kwansei Gakuin Universty in Pennsylvania. He is fluent in English and Chinese.

Stay tuned for further harrowing updates!

Oh, and this will never not be funny.  But more on this later:

---

NO. 2014-CI-17345

| E.M. and V.B.M., Plaintiffs, | § | IN THE DISTRICT COURT OF |
| v. | § | |
| | § | BEXAR COUNTY, TEXAS |
| PHILIP R. KLEIN, KLEIN INVESTIGATIONS & CONSULTING, and JAMES W. LANDESS, Defendants | § | |
| | § | 73rd JUDICIAL DISTRICT |

PLAINTIFFS' SECOND AMENDED ORIGINAL PETITION

Plaintiffs E.M. and V.B.M. file their Second Amended Original Petition, complaining of Defendants Philip R. Klein, Klein Investigations & Consulting and James W. Landess, and would respectfully show as follows:

I. DISCOVERY CONTROL PLAN

1.      Pursuant to TEX. R. CIV. P. 190.1, plaintiffs intend to conduct discovery in this suit under Level 3.

II. NO EXPEDITED-ACTIONS PROCESS

2.      This suit is not eligible for the expedited-actions process of TEX. R. CIV. P. 169 because plaintiffs request injunctive relief and monetary relief over $100,000.00.

III. PLEADING OF LEVEL OF RELIEF PURSUANT TO TEX. R. CIV. P. 47(c)

3.      Pursuant to TEX. R. CIV. P. 47(c)(5), plaintiffs plead that they seek monetary relief in excess of $1,000,000.00.



— Susan Van Dyke and her Nazi offspring

## DO NOT GO TO THIS HOUSE – YOU WILL MAKE VAN DYKE VERY ANGRY



Map data ©2018 Google

# EXHIBIT "M"

**Jason Van Dyke**

| | |
|---|---|
| **From:** | Tom Retzlaff <retzlaff@texas.net> |
| **Sent:** | Thursday, November 01, 2018 8:26 AM |
| **To:** | Jeffrey Dorrell |
| **Cc:** | Jason Van Dyke; kristin.brady@texasbar.com |
| **Subject:** | Re: Fwd: Certificate of Conference - 2nd Attempt |

What a stupid cunt! Jeff just tell the bitch to file it already. I'm sick of this clown sitting around telling us what he's gonna do, but not doing it!

I may be going to Cape Town next week for a few days to meet up with my dad.  So if this is gonna happen it needs to be soon as I got stuff to do.

Like that shit with his mom. Still waiting on the Frisco police / FBI. Yadda yadda yadda. He is worse that than that cock gobbling fool McGibney with all his stupid police threats. When will these idiots ever learn that we seriously do not give two shits about their crap. But then again, look at whom we are dealing with, I guess. A little boy stomping his feets demanding we pay attention to him - or else. * yawn *  Been there, done that.

Here is a cut and past response for you to please use:

**File it, bitch!!**  Or shut the fuck up because the adults are busy and got shit to do.

But I still bet you a dollar this pussy won't do it by lunch time, or even at all.

I'm going back to bed. The life of an indolent unemployed lay-about is surprisingly busy. I took my daughter to the West Hollywood Halloween parade last night and we had a blast!!

**From:** JDorrell@hanszenlaporte.com
**Sent:** November 1, 2018 4:38 AM
**To:** retzlaff@texas.net
**Subject:** Fwd: Certificate of Conference - 2nd Attempt

Begin forwarded message:

**From:** Jason Van Dyke <jason@vandykelawfirm.com>
**Subject: Certificate of Conference - 2nd Attempt**
**Date:** October 31, 2018 at 8:39:49 PM CDT
**To:** Jeffrey Dorrell <JDorrell@hanszenlaporte.com>

Mr. Dorrell –

1

This is my second certificate of conference attempt on the motion for a clarifying order, which I have re-attached for your convenience. I did receive your client's response. However, I think I need to hear from you personally with respect to whether you oppose the motion before I file it. The basis for my belief is the following article, which I stumbled upon earlier this week, which I believe is applicable to your relationship with Mr. Retzlaff.

https://www.texasappleseed.org/sites/default/files/Mental_Health_Handbook_Printed2015.pdf



**Mr. Jason L. Van Dyke**
The Van Dyke Law Firm P.L.L.C.

108 Durango Drive
Crossroads, TX 76227
(469) 964-5346 Work
(972) 421-1830

jason@vandykelawfirm.com