**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jason Lee Van Dyke, | No. CV-18-04003-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Thomas Christopher Retzlaff, | |
| Defendant. | |

At issue is Defendant Retzlaff's Motion to Exceed Page Length for Anti-SLAPP Motion (Doc. 4). Local Rule of Civil Procedure 7.2 sets the page limit for motions and responses, including supporting memorandum, at 17 pages and it is the judgment of this Court that is adequate in all but exceptional cases.

The Court also notes that the Complaint attached to the Notice of Removal (Doc. 1) contains personal identifying information. The Court will order the document sealed and require Defendant to file a redacted version for the public record.

IT IS HEREBY ORDERED denying Defendant Retzlaff's Motion to Exceed Page Length for Anti-SLAPP Motion (Doc. 4).

IT IS FURTHER ORDERED that Defendant has until November 28, 2018, to file a Motion that conforms with the Local Rules.

IT IS FURTHER ORDERED directing the Clerk to seal Document 1-1.

. . . .

. . . .

IT IS FURTHER ORDERED that Defendant shall file a redacted version of Document 1-1 from the Notice of Removal, redacting all personal information identifiers.

Dated this 19th day of November, 2018.

_____
Honorable John J. Tuchi
United States District Judge