Jason Lee Van Dyke
108 Durango Drive
Crossroads, TX 76227
P - (469) 964-5347
F - (972) 421-1830
E - jason@vandykelawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | | |
|---|---|---|
| JASON LEE VAN DYKE<br>Plaintiff, | § § § | |
| v. | § § | Case No. CV-18-4003-PHX-JJT |
| THOMAS CHRISTOPHER RETZLAFF,<br>Defendant. | § § § | |

**PLAINTIFF'S MOTION TO REMAND**

Plaintiff files this motion to remand under 28 U.S.C. § 1447(c).

## I.  INTRODUCTION

1. Plaintiff is Jason Lee Van Dyke. Defendant is Thomas Christopher Retzlaff.

2. On or around November 8, 2018, Plaintiff sued Defendant in the Superior Court in and for Maricopa County, Arizona for an injunction against harassment.

3. On information and belief, Defendant received notice of the suit on or around November 8, 2018.

4. Defendant filed his notice of removal on November 8, 2018.

## II.  ARGUMENT

5  A court must strictly construe the removal statutes in favor of remand and against



Page 1 of 5

removal. *Diaz v. Sheppard*, F.3d 1502, 1501 (11th Cir. 1996); *Brown v. Francis*, 75 F.3d 860, 864-65 (3d Cir. 1996).

6. A court may remand a case at any time on the basis of lack of subject-matter jurisdiction identified in a motion to remand. 28 U.S.C. § 1447(c); see *Lowery v. Ala. Power Co.*, 483 F.3d 1184, 1213 n. 65 (11th Cir. 2007)

7. The Court should remand this case to state court because the amount in controversy does not exceed $75,000.00, excluding interest. 28 U.S.C. § 1332(a). The only relief sought by Plaintiff in state court was an injunction against harassment under A.R.S. 12-1809 due to continued harassment of Plaintiff by Defendant and ongoing tortious interference by Defendant with Plaintiff's law practice.

8. In fact, Plaintiff seeks no monetary relief from Defendant in this case because Plaintiff has already sought monetary relief against Defendant in Cause No. 4:18-cv-0247, styled *Jason Lee Van Dyke v. Thomas Christopher Retzlaff* in the U.S. District Court for the Eastern District of Texas. That case was stayed by order of Judge Amos Mazzant III on July 31, 2018 following an appeal to the 5th Circuit Court of Appeals by Defendant of Judge Mazzant's denial of Defendant's anti-SLAPP in that case.

9. The appeal referenced in paragraph eight above remains pending before the 5th Circuit. Specifically, Defendant is appealing Judge Mazzant's finding that the Texas Citizens Participation Act is inapplicable in federal court.

10. Even if Retzlaff's filing of another anti-SLAPP motion in federal court was proper, which it is not, a motion brought under the Texas Citizens Participation Act is a procedural device to allow for the early dismissal of certain types of lawsuits. It is similar in nature to a motion brought under Rule 12(b)(6) of the Federal Rules of Civil Procedure and a motion for sanctions brought under Rule 11 of the Federal Rules of Civil Procedure. It is not a counterclaim in its own right.

11. It is well established that in actions seeking injunctive relief, "the amount of controversy is measured by the value of the object of the litigation." *Hunt v. Wash. State Apple Adver. Comm'n,* 432 U.S. 333, 347 (1977). If the value is measured from the perspective of the defendant, the court must determine the "expected cost to the defendant of complying with the injunction which the plaintiffs seek." On the other hand, if the value is measured from the perspective of the plaintiff, the court must determine the "value of the right that the plaintiff seeks to protect or the extent of the injury to be prevented." *McIntire v. Ford Motor Co.,* 142 F. Supp. 2d 911, 920 (S.D. Ohio 2001) (citing *Goldsmith v. Sutherland,* 426 F.2d 1395, 1398 (6th Cir. 1970).

12. In this case, the cost to Defendant of complying with the injunctive relief sought by Plaintiff is zero. Simply put, all Plaintiff is asking the Court to do is enter orders compelling Defendant to leave Plaintiff, members of Plaintiff's family, and Plaintiff's clients alone.

13. The injunction sought by Plaintiff under this statute would, pursuant to A.R.S 12-1809, last for no longer than one year. If this Court wishes to consider the value of such injunctive relief from the Plaintiff's perspective, it would be required to make a

determination as to the value of Plaintiff's freedom from Defendant's oppressive and harassing conduct, as well as the value of the business that Plaintiff is substantially likely to lose as a result of Defendant's ongoing stalking of Plaintiff.

14. Defendant has, by his own admission, previously interfered with Plaintiff's employment opportunities with the Victoria County District Attorney in Victoria County, Texas. The yearly salary that Plaintiff expected from this employment was $63,600.00 per year. A copy of an income verification letter demonstrating this fact is attached hereto as Exhibit "A" and incorporated by reference herein.

15. Most recently, Defendant proximately caused the termination of Plaintiff's employment with Karlseng, LeBlanc & Rich L.L.C. ("KLR"), where Plaintiff worked from March of 2017 until March of 2018. A copy of Plaintiff's 2017 tax return, showing a total income of $60,557.00, is attached hereto as Exhibit "B" and incorporated by reference herein. Plaintiff's salary at KLR was $60,000.00 per year.

16. Whether this Court looks at the value of this injunction from the Plaintiff's perspective or the Defendant's perspective, it fails to meet the $75,000.00 threshold required to establish diversity jurisdiction in this Court.

### III. CONCLUSION

17. This Court does not have subject matter jurisdiction over this lawsuit because, although there is diversity of citizenship between the parties, this case does not involve a federal question and the amount in controversy does not exceed $75,000.00. Accordingly, Plaintiff prays that this Honorable Court enter an order remanding this case to the Superior Court in and for Maricopa County, Arizona.

Respectfully submitted,

/s/ Jason L. Van Dyke
Jason L. Van Dyke
108 Durango Drive
Crossroads, TX 76227
P – (469) 964-5346
F – (972) 421-1830
Email: jason@vandykelawfirm.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on Thomas Christopher Retzlaff, Defendant, at PO Box 46424, Phoenix, AZ 85063 by U.S Certified Mail No. 7012 3460 0002 3500 8799, postage pre-paid, return receipt requested.

/s/ Jason L. Van Dyke
JASON L. VAN DYKE

# EXHIBIT "A"

 

# Stephen B. Tyler
CRIMINAL DISTRICT ATTORNEY
205 N. BRIDGE STREET SUITE #301
VICTORIA, TEXAS 77901
Phone: (361) 575-0468
Fax: (361) 576-4139

16 March 2017

Please be advised, that Attorney Jason L. Van Dyke has accepted a position with the Victoria County Criminal District Attorney's office. His effective date of employment is 04/03/2017 and beginning salary is $63,600.00. Please do not hesitate to call my office if you need any further information. Thank you.

E.H. "Ernie" Guterrez Jr.
**VCCDA Office Manager**
**205 N. Bridge St. Suite 301**
**Victoria, TX 77901**
**(361) 575-0468**
**eguterrez@vctx.org**



# EXHIBIT "B"

# Form 1040 — Department of the Treasury—Internal Revenue Service (99)
## U.S. Individual Income Tax Return — 2017
OMB No. 1545-0074 — IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2017, or other tax year beginning _____, 2017, ending _____, 20 ___  
See separate instructions.

Your first name and initial: **Jason L**  
Last name: **Van Dyke**  
Your social security number: _____

If a joint return, spouse's first name and initial: _____  
Last name: _____  
Spouse's social security number: _____

Home address (number and street). If you have a P.O. box, see instructions: **108 Durango Drive**  
Apt. no.: _____

City, town or post office, state, and ZIP code: **Crossroads TX 76227**

Foreign country name / Foreign province/state/county / Foreign postal code: _____

Presidential Election Campaign — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

### Filing Status (Check only one box.)
1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) (see instructions)

### Exemptions
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
- 6b ☐ Spouse
- 6c Dependents: (none listed)

Boxes checked on 6a and 6b: **1**  
No. of children on 6c who: lived with you ___ ; did not live with you due to divorce or separation ___  
Dependents on 6c not entered above ___  
Add numbers on lines above ▶ **1**

d Total number of exemptions claimed ___

### Income
| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 45,664. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | 290. |
| 9b | Qualified dividends | 274. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 13,594. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☒ | 9. |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions / 15b Taxable amount | |
| 16a | Pensions and annuities / 16b Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits / 20b Taxable amount | |
| 21 | Other income. List type and amount  See Line 21 Statement | 1,000. |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 60,557. |

### Adjusted Gross Income
| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 961. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | 2,699. |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | IRA deduction | 5,500. |
| 33 | Student loan interest deduction | 2,500. |
| 34 | Reserved for future use | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 35 | 11,660. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 48,897. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  BAA   REV 01/30/18 TTW   Form **1040** (2017)

Form 1040 (2017) Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 48,897. |
| | 39a | Check if: ☐ You were born before January 2, 1953, ☐ Blind. ☐ Spouse was born before January 2, 1953, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| **Standard Deduction for—** • People who check any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions. • All others: Single or Married filing separately, $6,350 Married filing jointly or Qualifying widow(er), $12,700 Head of household, $9,350 | 40 | Itemized deductions (from Schedule A) **or** your **standard deduction** (see left margin) | 40 | 11,073. |
| | 41 | Subtract line 40 from line 38 | 41 | 37,824. |
| | 42 | **Exemptions.** If line 38 is $156,900 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | 42 | 4,050. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 33,774. |
| | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | 44 | 4,555. |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | 852. |
| | 47 | Add lines 44, 45, and 46 ▶ | 47 | 5,407. |
| | 48 | Foreign tax credit. Attach Form 1116 if required . . . . | 48 | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| | 50 | Education credits from Form 8863, line 19 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit. Attach Schedule 8812, if required | 52 | |
| | 53 | Residential energy credit. Attach Form 5695 | 53 | |
| | 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | |
| | 55 | Add lines 48 through 54. These are your **total credits** | 55 | |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 5,407. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | 1,921. |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Health care: individual responsibility (see instructions) Full-year coverage ☒ | 61 | |
| | 62 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | 62 | |
| | 63 | Add lines 56 through 62. This is your **total tax** ▶ | 63 | 7,328. |
| **Payments** If you have a qualifying child, attach Schedule EIC. | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 5,511. |
| | 65 | 2017 estimated tax payments and amount applied from 2016 return | 65 | |
| | 66a | **Earned income credit (EIC)** No | 66a | |
| | b | Nontaxable combat pay election 66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | |
| | 70 | Amount paid with request for extension to file | 70 | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | |
| | 73 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8885 d ☐ | 73 | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** ▶ | | 5,511. |
| **Refund** Direct deposit? See instructions. | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | 75 | |
| | 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 76a | |
| | b | Routing number XXXXXXXXX ▶c Type: ☐ Checking ☐ Savings | | |
| | d | Account number XXXXXXXXXXXXXXXXX | | |
| | 77 | Amount of line 75 you want **applied to your 2018 estimated tax** ▶ 77 | | |
| **Amount You Owe** | 78 | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | 1,817. |
| | 79 | Estimated tax penalty (see instructions) 79 | | |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes.** Complete below. ☒ **No**
Designee's name ▶     Phone no. ▶     Personal identification number (PIN) ▶

**Sign Here**
Joint return? See instructions. Keep a copy for your records.
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature     Date     Your occupation: Attorney     Daytime phone number: (469) 964-5346
Spouse's signature. If a joint return, **both** must sign.     Date     Spouse's occupation     If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

**Paid Preparer Use Only**
Print/Type preparer's name     Preparer's signature     Date     Check ☐ if self-employed     PTIN
Firm's name ▶ Self-Prepared     Firm's EIN ▶
Firm's address ▶     Phone no.

Go to *www.irs.gov/Form1040* for instructions and the latest information.     REV 01/30/18 TTW     Form **1040** (2017)