Thomas Retzlaff
PO Box 46424
Phoenix, AZ 85063-6424
P: (210) 317-9800
Email: retzlaff@texas.net

Defendant, Pro se

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| JASON LEE VAN DYKE, | Case No.: 2:18-cv-04003-JJT |
| Plaintiff, | |
| vs. | **RETZLAFF'S NOTICE OF FILING OF DEATH THREATS FROM OPPOSING COUNSEL** |
| THOMAS CHRISTOPHER RETZLAFF, | |
| Defendant. | |

To The Honorable Judge of Said Court and Plaintiff, Jason Lee Van Dyke, of 108 Durango Dr., Crossroads, Texas 76227:

On November 8, 2018, Van Dyke filed (on behalf of himself and two other adult individuals) a request for an injunction against harassment against Retzlaff in the Maricopa County Superior Court. (Dkt. #1-1.)

Two hours after that legal action had been filed, Retzlaff filed Notice of Removal with the U.S. District Court for the District of Arizona – Phoenix Division. That case is styled *Jason Lee Van Dyke v. Thomas Christopher Retzlaff*, Case No. 2:18-cv-04003, assigned to Judge John Tuchi. (Dkt. #1.)

DEFENDANT'S NOTICE OF FILING OF DEATH THREATS FROM OPPOSING COUNSEL- 1

To briefly give the Court some background, Jason Van Dyke is an attorney licensed in Texas, Colorado, Georgia, and Washington, D.C., and a former Assistant District Attorney in Victoria County, Texas.[1]  ==He is also a leader within a violent white supremacist group called the *Proud Boys*.  As an attorney, he frequently represents them in legal disputes across the country.==

Van Dyke is also openly racist, as evidenced by this recent Twitter post using his law firm's official account: **@MeanTXLawyer**.



---

[1] Van Dyke lost this job on March 21, 2017, allegedly based upon a complaint Retzlaff filed with Steve Tyler, District Attorney of Victoria County.  The complaint was based upon Van Dyke's violently racist views and leadership within a white supremacist group being incompatible with being a public employee and a prosecutor in Texas – a state with the highest death penalty usage in the country.

DEFENDANT'S NOTICE OF FILING OF DEATH THREATS FROM OPPOSING COUNSEL- 2

According to recent news reports, the FBI has classified the *Proud Boys* as an 'extremist' hate group with ties to white nationalism.  See attached **Exhibit One** – The Guardian news article: *FBI now classifies far-right Proud Boys as 'extremist group'*.

Van Dyke is extremely violent and threatening on social media.



DEFENDANT'S NOTICE OF FILING OF DEATH THREATS FROM OPPOSING COUNSEL- 3




He is also extremely violent and threatening in person, as evidenced by these video screen shots of Van Dyke running around downtown Austin, Texas, with a Bowie Knife in March 2018 engaged in a street brawl with his fellow *Proud Boys* at a political rally.




DEFENDANT'S NOTICE OF FILING OF DEATH THREATS FROM OPPOSING COUNSEL- 4

Based upon a grievance filed by Retzlaff in December 2017, the State Bar of Texas conducted a disciplinary investigation into Van Dyke, his behavior, and his ties to white supremacist groups.  On March 8, 2018, the Texas Board of Disciplinary Appeals instructed the Office of Disciplinary Counsel to initiate disbarment proceedings against Van Dyke.  See *Texas Comm'n for Lawyer Discipline v. Jason Lee Van Dyke*, Case No. 201707583, pending before the District 14 Grievance Committee – Evidentiary Panel 14-2 in Denton County, Texas.  This matter is set for trial on February 22, 2019.

Shortly after the decision by the State Bar, on March 28, 2018, Van Dyke filed a lawsuit against Retzlaff in retaliation for his bar grievance for libel *per se*, intrusion upon seclusion, tortious interference with contract (Victoria County), tortious interference with contract (KLR), intentional infliction of emotional distress, and a request for injunctive relief.  In his lawsuit, Van Dyke is seeking $100 million in damages from Retzlaff, claiming $30 million in actual damages and $70 million in punitive damages.  **See attached Exhibit Two** – *Van Dyke v. Retzlaff*, Case No. 18-2793-431, filed in the 431st District Court of Denton County, Texas.  On April 10, 2018, Retzlaff removed the case to the U.S. District Court for the Eastern District of Texas – Sherman Division, *Van Dyke v. Retzlaff*, Case No. 4:18-cv-00247, where it remains pending.

Pursuant to the Texas anti-SLAPP statute, the Texas Citizens Participation Act ("TCPA"), Retzlaff filed an anti-SLAPP motion to dismiss and for sanctions with the federal court in that $100 million lawsuit.  See attached **Exhibit Three**.

Van Dyke is also a criminal who was arrested on September 14, 2018, by local police and the Denton County (Tex.) Sheriff's Office for staging a false vehicle

DEFENDANT'S NOTICE OF FILING OF DEATH THREATS FROM OPPOSING COUNSEL- 5

1  burglary so as to make a fraudulent insurance claim saying several of his guns were
2  stolen.  See attached **Exhibit Four**.

        According to Van Dyke's Facebook profile, he lists his political views as
"Fascist":  https://m.facebook.com/jlee.vandyke9  (last accessed November 12, 2018).



DEFENDANT'S NOTICE OF FILING OF DEATH THREATS FROM OPPOSING COUNSEL- 6

This is important in light of the fact that Van Dyke is suing Retzlaff for $100 million for allegedly defaming Van Dyke by calling him a Nazi, a racist, and white supremacist. (Which is basically the same as "fascist", right?) Van Dyke is also suing for injunctive relief seeking to prohibit Retzlaff from calling him a Nazi, racist, and white supremacist.

Even before the filing of these lawsuits, Van Dyke has been threatening to murder Retzlaff, his family, and many of his other critics either via direct communications or via social media posts. Starting on or about March 28, 2018, Van Dyke sent a series of very threatening email messages to Retzlaff:

a) **You better have your will made out Thomas. Im coming for YOU!**

b) **You are a dead man**

c) **lol. you are a dead man. enjoy it while it lasts.**

d) **No more lawsuit. See you this weekend with my rifle**

e) **I don't use Twitter. I can't wait to see your fat ass on the other end of my scope. Did you know that a 190 grain 300 Winchester Magnum round travels at approximately 2,800 feet per second?**

f) **What do you want on your polished rock, Tom? I'm coming for you. Sure as God's vengeance I'm coming. Nobody will ever be harassed by you again. Youre taking a dirt nap.**

g) **Kill yourself, Tom.**

h) **Did you know that, when I strangle you, that you could be conscious to feel all of that pain for up to three minutes before brain death occurs? What kind of vegetable would you like to be for the rest of your life? How about a turnip?**

DEFENDANT'S NOTICE OF FILING OF DEATH THREATS FROM OPPOSING COUNSEL- 7

Each of these emails was sent from the same email account that Van Dyke has registered with the State Bar of Texas and with PACER:

**jason@vandykelawfirm.com**

The emails were sent from the following two IP addresses:

a) 2600:387:1:813::7a, which is registered to AT&T Wireless; and,

b) 108.221.148.128, which is registered to AT&T U-verse and geo-locates to Aubrey, Texas, which is where Van Dyke lives / works.

In addition to these death threats, Van Dyke also sent a series of emails to Retzlaff and his attorney (Jeffrey Dorrell of the Houston, Texas, Hanszen Laporte law firm (https://www.hanszenlaporte.com/Our-Team/Jeffrey-L-Dorrell/)) offering to settle his $100 million lawsuit and this instant case for injunctive relief in exchange for Retzlaff agreeing to engage in a public fist fight with Van Dyke!  See attached **Exhibit Five** – Van Dyke's emails.  Van Dyke then sent other threatening emails in the interim, which are also included within Exhibit Five.

Furthermore, Van Dyke has threatened Retzlaff's daughter, Brittany, with SLAPP litigation and sent an email calling her a "whore" and promising to drag her into court, too.  See attached **Exhibit Six**.

Unsurprisingly, Van Dyke has a very long history of engaging in such conduct. Attached is an email he sent to an opposing party in a lawsuit named Leslie Holtzman on November 12, 2013, bragging about how he has sued "everyone who has ever filed a formal grievance against me with the State Bar", and warning Holtzman that Van

DEFENDANT'S NOTICE OF FILING OF DEATH THREATS FROM OPPOSING COUNSEL- 8

Dyke will "make your life a living hell unlike anything you could imagine" should Holtzman file such a grievance. See attached **Exhibit Seven** – Van Dyke's email to Holtzman, filed in *Tucker Albin & Assoc. v. Leslie Holtzman*, Case No. DC-13-09161, filed in the 160th District Court of Dallas County, Texas.

As the Court can plainly see, Van Dyke's request for injunctive relief is a blatant attempt at an unconstitutional prior restraint of Retzlaff's speech. Van Dyke even admits such in an October 19, 2018, email he sent to Retzlaff's attorney, Mr. Dorrell. See attached **Exhibit Eight** – Oct 18 email from Van Dyke.

This broad restriction expressly forbidding future speech is a classic example of a prior restraint. See *Alexander v. United States*, 509 U.S. 544, 550 (1993). Prior restraints, which Arizona courts have characterized as "the most serious and least tolerable infringement on First Amendment rights," carry a heavy presumption of invalidity. *Nash v. Nash*, 232 Ariz. 473, 481-82, ¶ 32, 307 P.3d 40, 48-49 (App. 2013).

A restriction like this based on the content of speech is permissible only if narrowly tailored to achieve a compelling state interest. *Perry Educ. Ass'n v. Perry Local Educators' Ass'n*, 460 U.S. 37, 45 (1983). Because of the dangers of prior restraints, even content-neutral injunctions should not burden more speech than necessary to serve a significant government interest. *Madsen v. Women's Health Ctr., Inc.*, 512 U.S. 753, 765 (1994).

Even taking Van Dyke's claims as true, Retzlaff has a Constitutional right to contact Van Dyke's employers, clients, potential clients, and the community at large, about his racially charged online activities, or his fitness and qualifications for public

DEFENDANT'S NOTICE OF FILING OF DEATH THREATS FROM OPPOSING COUNSEL- 9

office and being a member of the State Bar.  The United States Supreme Court has determined in similar cases that speech like Retzlaff's is protected.  See *Org for a Better Austin v Keefe*, 402 US, 415, 417-419 (1971) (holding that First Amendment protection applied to the distribution of leaflets even where those leaflets accused an individual of racism, provided personal information about the person including his telephone number, and urged the recipients of the leaflets to contact him); *see also NAACP v Claiborne Hardware Co.*, 458 US 886, 909-910 (1982) (holding that "[s]peech does not lose its protected character," even where the speech involved publicly listing the names of individuals that did not participate in a boycott, which undoubtedly was meant to lead to unconsented contact with those individuals, so as to "persuade [them] to join the boycott through social pressure and the 'threat' of social ostracism.").

At its very base, the exception to the First Amendment for incitement of imminent lawless action requires that the incitement be for actually illegal actions, <u>not just inconvenient or aggravating ones</u>. See *id*.  "There is no categorical 'harassment exception' to the First Amendment's free speech clause." *Saxe v State College Area Sch Dist.*, 240 F3d 200, 204 (3rd Cir. 2001) (opinion by ALITO, J.).  Here, the record does not support that Retzlaff's alleged statements were intended to incite imminent lawless action. *Keefe*, 402 US at 417-419.

Van Dyke's persistent refusal to recognize that any of his actions were improper indicates that his behavior is not likely to improve in the future.  Van Dyke not only has not learned from his past misconduct, he does not appreciate the gravity of his present misconduct.  Which is why he is being disbarred by the State of Texas and why he will keep getting fired from job after job after job, and why he is facing MILLIONS

DEFENDANT'S NOTICE OF FILING OF DEATH THREATS FROM OPPOSING COUNSEL- 10

of dollars in court sanctions pursuant to the mandatory provisions of the Texas Citizens Participation Act for violating the anti-SLAPP statute.

And when court action does not work, Van Dyke gets violent.  To make matters worse, Van Dyke has allied himself with James McGibney, a San Jose, CA, revenge pornographer who openly brags in press interviews to being a member of the illegal hacking groups *Anonymous* and *The Rustle League*.  See *Vigilanteville: James McGibney and his online army* – Al Jazeera Online magazine (http://america.aljazeera.com/articles/2014/10/7/james-mcgibney-bullyville.html)

In fact, no less than THREE associates of James McGibney are presently doing hard time for computer hacking and cyberstalking type crimes.  **Matthew Keys** (Case # 2:13-cr-00082 in the E.D. of Calif), **Deric Lostutter** (Case # 5:2016-cr-00062 in the E.D. of Ky), and **Justin Liverman** (Case # 1:16-cr-00313 in the E.D. of Va)![2]  And one associate, **Christopher Doyon** (aka "Commander X") is still on the run from the FBI today (Case # 5:11-cr-00683 in the N.D. of Calif)!!

Both McGibney and Van Dyke have been involved in recent attempts at SWATting Retzlaff and his family members.  McGibney posted 'revenge porn' photographs of Retzlaff's daughter, Brittany, on his Cheaterville.com website along with highly defamatory claims about her and Retzlaff.  McGibney later sued Retzlaff in a series of SLAPP lawsuits filed in both California and Texas, which resulted in him being hit with court sanctions and attorney's fees of $1.3 million for violating the Texas anti-SLAPP statute.

---

[2] Liverman was the individual who hacked into the email accounts for then-CIA chief John Brennan and James R. Clapper Jr., former director of national intelligence at the time. https://www.washingtonpost.com/local/public-safety/hacker-who-harassed-leaders-from-cia-dni-and-fbi-will-spend-five-years-in-prison/2017/09/08/2ac249ce-9405-11e7-8754-d478688d23b4_story.html?noredirect=on&utm_term=.16623e75b0c1

DEFENDANT'S NOTICE OF FILING OF DEATH THREATS FROM OPPOSING COUNSEL- 11

As a member and leader within the hacking group *Anonymous*, McGibney (who works in the IT department of San Jose, CA based Rosendin Electric) has bragged in news articles and on social media about having access to, and utilizing, the *Shadow Brokers / Anonymous* 'leaked' hacking tools belonging to the NSA's Office of Tailored Access Operations (such as *EternalBlue*), which is easily available online.

Specifically, the NSA's ANT catalog lists software that is easily found online and that was specifically developed to do such dirty tricks such as putting child porn undetected on victims' computers, along with spoofing emails, installing malware, and faking IP addresses and locations.  See attached **Exhibit Nine** – NSA catalog.[3]

James McGibney claims to be an expert in this kind of stuff (he testified to that under oath in one of the SLAPP lawsuits he filed against Retzlaff), and in an interview with *Wired Magazine* in April 2016 he claimed to have used such tools in the past against such personal "enemies" has Hunter Moore and others whom he stalks!
https://www.wired.co.uk/article/james-mcgibney-troll-hunter

In July 2017, Van Dyke was responsible for sending a "glitter bomb" to the law offices of Los Angeles attorney Ken White.[4]  Mr. White, a former Assistant U.S. attorney and prosecutor now in private practice, has been a frequent critic of Van Dyke on his *Popehat.com* blog.

---

[3] The NSA ANT catalog is a 50-page classified document listing technology available to the United States National Security Agency (NSA) Tailored Access Operations (TAO) by the Advanced Network Technology (ANT) Division to aid in cyber surveillance.  The purpose of the document is so NSA employees can order technologies from the ANT division for tapping their targets' data.  This document was not intended for public consumption.

[4] https://www.popehat.com/2017/07/21/the-proud-boy-and-the-sockpuppet/

DEFENDANT'S NOTICE OF FILING OF DEATH THREATS FROM OPPOSING COUNSEL- 12

Litigants should not be allowed to use criminal threats and computer hacks to gain an unfair advantage in a civil case.  By this filing, Retzlaff wishes to place the Court on notice that such shenanigans are taking place by Van Dyke and his white supremacist associates.

Respectfully submitted,

Dated: November 21, 2018

By:_____
Thomas Retzlaff
Defendant, In Pro Per

DEFENDANT'S NOTICE OF FILING OF DEATH THREATS FROM OPPOSING COUNSEL- 13

**CERTIFICATE OF SERVICE**

I certify that I delivered a true copy of this document to the pro se plaintiff, Jason Van Dyke, via 1st class US Mail to his address of record, 108 Durango Dr., Crossroads, TX 76227, on November 21, 2018.

By:_____
Thomas Retzlaff
Defendant, In Pro Per

DEFENDANT'S NOTICE OF FILING OF DEATH THREATS FROM OPPOSING COUNSEL- 14