| | | | |
|---|---|---|---|
| Name: | Vandyke, Jason Lee | Race: | White |
| Address: | 108 Durango DR | Sex: | Male |
| City/State: | Crossroads, TX | DOB: | 04/03/1980 |
| Zip Code: | 76227 | DL#: | |
| Off Date: | 09/13/2018 | SSN: | |

Warrant No. <u>18-572003</u>

**THE STATE OF TEXAS**
**TO ANY SHERIFF, CONSTABLE OR PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS:**

You are hereby commanded to arrest and detain

<u>Vandyke, Jason Lee</u>

and to keep the Defendant in custody to be dealt with according to the law, then and there to answer **THE STATE OF TEXAS** upon the sworn affidavit presented to the undersigned magistrate which accuses the defendant of having committed an offense against the laws of the State of Texas, to wit:

<u>FALSE REPORT TO POLICE OFF/SP INV/LAW ENF EMPL</u>

A  ☒ **Misdemeanor**  ☐ **Felony**, committed on <u>09/13/2018</u>

upon determination by the undersigned authority, acting as Magistrate, that probable cause for the arrest and detention of the Defendant appears thereupon, **HEREIN FAIL NOT** to execute this Warrant of Arrest for the Defendant and to make return hereof as the law directs.

**SIGNED AND ISSUED,** this the <u>14</u> day of <u>September</u>, 2018

**BAIL SET AT**
$ 1,000 PERSONAL BOND

ACTING AS MAGISTRATE FOR
DENTON COUNTY

**PEACE OFFICER'S RETURN**

CAME TO HAND, this <u>14</u> day of <u>Sep</u>, A.D. <u>2018</u> at <u>0930</u> o'clock and executed on the <u>14</u> day of <u>Sep</u>, A.D., <u>2018</u>, by arresting and detaining the within named Defendant Vandyke, Jason Lee and, WITNESS MY HAND ON THIS <u>14</u> day of <u>Sep</u>, A.D., <u>2018</u>.

_____ #5782

*Peace Officer's Signature*

## IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS

Before me, the undersigned authority, on this day personally appeared the undersigned affiant who, after being duly sworn on oath deposes and says that **VANDYKE, JASON LEE**, hereinafter styled defendant, on or about the 13 day of SEPTEMBER, 2018, and before the making and filing of this complaint, within the County of Denton, of the State of Texas, did then and there commit the offense of **FALSE REPORT TO POLICE OFF/SP INV/LAW ENF EMPL.**

Affiant is _S. ROACH_, who is a certified peace officer of the City of Oak Point Department of Public Safety, and is currently participating in the investigation of this case. Affiant's probable cause for the above belief is based upon the following facts and sources of said facts:

On Thursday, September 13, 2018 Affiant responded to a burglary in progress call at 108 Durango Drive, Denton County, Texas. Call notes were that the caller, later identified as the Defendant, reported that he observed someone in his vehicle after the alarm sounded. Notes also stated that the Defendant went outside with his firearm and the unknown subjects drove away after taking items from his vehicle.

The Defendant told Affiant that two firearms and additional items were taken from his vehicle. Affiant observed the Defendant's white 2014 Ford F250 in the driveway of the location with the driver rear door open. Also observed were pieces of a broken brick on the ground and marks on the vehicle that appeared to be from the brick being thrown at it. The driver rear window was partially down and the door was unlocked with all other doors lock. The Defendant told Affiant that a Glock 29 10 mm, a Sig P320 9mm, camo Beretta A400 12-gauge shotgun, camo backpack with multiple items and a black bag that contained camera equipment of his roommates was taken from the vehicle. Affiant observed an additional firearm in the vehicle that was not taken. The Defendant stated that the Glock is always kept in the camo backpack and the Sig was in the vehicle console. He also stated that he did observe the black bag with camera equipment earlier in the day when he placed the shotgun in the vehicle. He said this was after he had dropped Isaac off at a friends. The Defendant completed a written statement with this information.

During the contact, the Defendant also stated that he had texted his roommate identified by him as Isaac about the incident. Affiant later contacted Isaac by phone and in person. Isaac told Affiant that he was unaware of the Defendant owning a camo Beretta Shotgun. He told Affiant that earlier on this date at about 6pm, the Defendant told him that he could not find his Glock 29 10mm. Isaac said that he and the Defendant searched the residence and the Defendant's vehicle and were unable to locate the firearm. While searching, Isaac said that the Defendant then advised that he could not locate his Sig P320 9mm. Isaac told Affiant that he had last seen his bag containing the camera equipment sometime between September 6th and 10th. He said that while searching for the Defendant's weapons is when he realized his bag was missing. Isaac told Affiant that he and the Defendant then went to dinner and the Defendant dropped him off at the friend's house and he had not heard from the Defendant since that time. Isaac later checked his phone while with Affiant and confirmed that he had no messages from the Defendant.

Affiant asked the Defendant about Isaac advising that they had looked for the weapons earlier in the day and the Defendant then said they had and they found them and he put them in the vehicle. Affiant confirmed with Isaac that the weapons were not located. The Defendant was placed in custody for false report to a peace officer and transported the Denton County Jail. Affiant collected the brick pieces and later observed a matching brick fire pit in the Defendant's backyard with bricks missing. the collected brick had ash and soot in it matching those in the backyard. Clear.

Wherefore, premises considered, the Affiant respectfully requests that a warrant issue for the arrest of **VANDYKE, JASON LEE** to answer for the Misdemeanor offense of **FALSE REPORT TO POLICE OFF/SP INV/LAW ENF EMPL** in accordance with the laws of the State of Texas;

**AGAINST THE PEACE AND DIGNITY OF THE STATE OF TEXAS.**

_____
AFFIANT

SWORN TO AND SUBSCRIBED BEFORE me on this the 14 day of SEPTEMBER, 2018.

TARAN CASANOVA
Notary Public-State of Texas
Notary ID #13150074-9
Commission Exp. MAR. 22, 2022

_____ 3921
NOTARY PUBLIC

_____
MAGISTRATE IN AND FOR DENTON COUNTY, TEXAS

**MAGISTRATES DETERMINATION OF PROBABLE CAUSE**

On this the 14 day of September, 2018, the undersigned Magistrate hereby acknowledges that said Magistrate has examined the above affidavit and has determined that probable cause exists for the issuance of an arrest warrant for the individual accused of the offense set out therein.