| | |
|---|---|
| From: | Jason Van Dyke |
| To: | Tom Retzlaff |
| Subject: | RE: Fwd: Screenshots? |
| Date: | Monday, November 12, 2018 2:51:57 PM |
| Attachments: | Mr Jason L Van Dyke6.vcf |

See you in court.  And the whore.



Mr. Jason L. Van Dyke
The Van Dyke Law Firm P.L.L.C.

108 Durango Drive
Crossroads, TX 76227
(469) 964-5346 Work
(972) 421-1830

jason@vandykelawfirm.com