| **From:** | Jason Van Dyke |
|---|---|
| **To:** | Tom Retzlaff; Jeffrey Dorrell |
| **Subject:** | RE: Fwd: Amended Proposed Motion for Clarifying Order |
| **Date:** | Saturday, November 10, 2018 3:36:24 PM |
| **Attachments:** | Mr__Jason_L__Van_Dyke.vcf |

Mr. Retzlaff —

I am coming — in person — to get this restraining order. And, when I get there, we will see just how much this so-called arrest warrant holds up. Do you know why? Because you are a dumb lying sack of shit.

You've fucked with the wrong man. You've absolutely fucked with the wrong family. And I will keep coming after you in court until you either leave me and my family the fuck alone or I have a goddamn tag on my toe?

Is that easy enough for you to understand you lowlife scrotum-gargling sub-human mongrel?



**Mr. Jason L. Van Dyke**
The Van Dyke Law Firm P.L.L.C.

108 Durango Drive
Crossroads, TX 76227
(469) 964-5346 Work
(972) 421-1830

jason@vandykelawfirm.com

**From:** Jason Van Dyke
**To:** Tom Retzlaff; Jeffrey Dorrell
**Subject:** RE: Fwd: Amended Proposed Motion for Clarifying Order
**Date:** Saturday, November 10, 2018 3:39:13 PM
**Attachments:** Mr__Jason L__Van Dyke.vcf

And that is unless, of course, you would prefer we settle this like men outside of court when I get to town for this restraining order.  I am certain there is a boxing or mixed martial arts gym in the area that could accommodate us in a manner that is perfectly legal and that would have staff willing even to call am ambulance for a scumbag like you by the time I am through.

How about it Tom?  Three five minute rounds?  Do you have the balls to put the rest of your body where your mouth is? Or, as usual, is your mouth writing checks that your ass can't cash?



**Mr. Jason L. Van Dyke**
The Van Dyke Law Firm P.L.L.C.

108 Durango Drive
Crossroads, TX 76227
(469) 964-5346 Work
(972) 421-1830

jason@vandykelawfirm.com

| | |
|---|---|
| From: | Jason Van Dyke |
| To: | Tom Retzlaff; Jeffrey Dorrell |
| Cc: | kristin.brady@texasbar.com |
| Subject: | RE: Fwd: Amended Proposed Motion for Clarifying Order |
| Date: | Sunday, November 11, 2018 9:50:14 AM |
| Attachments: | Mr_Jason L_Van Dyke.vcf |

Mr. Retzlaff —

Perhaps you could arrange to have me picked up on the non-existent arrest warrant you lied about in your deposition while I am in town.

We will settle this Arizona.  You have your case number and, if you want to verify that the injunction has been filed, you are welcome to call the judges chamber's tomorrow morning at 602-506-3857.  I have set a status conference with the Court at 10:30 central to let her know when I will be booking my flight to Phoenix.

I warned you not to mess with me and, as promised, lawsuits such as this are going to keep right on coming until you stop.  I have absolutely no problem filing one of these things every single week from now until the day one of the two of us croaks or ends up in prison is that is what it takes for you to get the message.  You got that, tough guy?



**Mr. Jason L. Van Dyke**
The Van Dyke Law Firm P.L.L.C.

108 Durango Drive
Crossroads, TX 76227
(469) 964-5346 Work
(972) 421-1830

jason@vandykelawfirm.com

.

**From:**        Jason Van Dyke
**To:**          Tom Retzlaff; Jeffrey Dorrell
**Subject:**     RE: Fwd: Amended Proposed Motion for Clarifying Order
**Date:**        Sunday, November 11, 2018 10:11:40 AM
**Attachments:** Mr_ Jason L_ Van Dyke.vcf

Mr. Retzlaff —

Settlement offers are not filed on PACER, but here is my offer:

I will stipulate to the dismissal of all parties and all claims of any nature, type, or description in the lawsuit in exchange for a legally binding agreement by you to meet me at a gymnasium or martial arts studio located in the Greater Phoenix area (or as close as is practical to that area) for a fight. The fight shall, to the greatest extent possible, occur under pursuant to the Unified Rules of Mixed Martial Arts in the heavyweight division.  We use four ounce gloves.  Three five minute rounds.



**Mr. Jason L. Van Dyke**
The Van Dyke Law Firm P.L.L.C.

108 Durango Drive
Crossroads, TX 76227
(469) 964-5346 Work
(972) 421-1830

jason@vandykelawfirm.com

| | |
|---|---|
| **From:** | Jason Van Dyke |
| **To:** | Tom Retzlaff |
| **Subject:** | RE: Fwd: Amended Proposed Motion for Clarifying Order |
| **Date:** | Sunday, November 11, 2018 10:30:55 AM |
| **Attachments:** | Mr_Jason L_Van Dyke.vcf |

If we are going to settle out business out of court in this matter – which is perfectly legal – then we will do it without wasting Judge Mazzant's time.  How about a signed and notarized document delivered to your attorney by certified mail?

No amount of money I can think of would give me more personal satisfaction than hand-delivering to you – in a perfectly legal manner – the ass kicking that I should have administered back in March.  So, if you seriously have the cajones to face me, I am happy to deliver a written, signed, and notarized offer of settlement to that effect to Mr. Dorrell.

Of course, we both know that you are not going to accept me offer.  Why?  Well, because aside from being a low-IQ nutbar who can't go more than about ten seconds without saying the word "fuck" – you are at the end of the day a dickless coward who harasses elderly cancer patients from behind a computer in a condo paid for by your daddy. How many times did you get beaten in prison after the general population found out what you did to your kids? Is that why you don't work? Are you still traumatized by that?

As for your military record, I wonder what would happen if I were to make a few inquires about your service and the manner in which you were discharged?  That is, of course, assuming you ever served at all.  What was your MOS?  Do military prisoners even have an MOS?



**Mr. Jason L. Van Dyke**
The Van Dyke Law Firm P.L.L.C.

108 Durango Drive
Crossroads, TX 76227
(469) 964-5346 Work
(972) 421-1830

jason@vandykelawfirm.com