**Jason Lee Van Dyke** <jason@vandykelawfirm.com>  Tue, Nov 12, 2013 at 5:02 PM
To: Les Holtzman <57poker.pro@gmail.com>

You stated that I filed a harmful and frivolous lawsuit. That is enough for me. . I will warn you: I have sued everyone who has ever filed a formal grievance against me with the State Bar. If you file some sort of groundless grievance with the State Bar I will make your life a living hell unlike anything you could imagine. I don't take such threats lightly. I will also warn you about that link you sent me: That information is false and defamatory. Any republication of the same by you or anyone under control will get you sued. I'd strongly advise you not to test me.

On the other hand I never intended to make this personal. If that was not your intent either, that's fine. It will save me a lot of time and you a lot of money for us to keep this "not personal"

Jason L. Van Dyke

Attorney at Law, Receiver

200 Chisholm Place, #250

Plano, TX 75075

P – (469) 964-5346

F – (972) 421-1830