**From:** Jason Van Dyke <jason@vandykelawfirm.com>
**Subject: Arizona License**
**Date:** October 19, 2018 at 9:20:38 PM CDT
**To:** Jeffrey Dorrell <JDorrell@hanszenlaporte.com>

Mr. Dorrell:

Are you licensed to practice law in Arizona? Since your client has continued to harass me through frivolous state bar filings, I intend to seek an injunction against harassment from the courts in Maricopa County, Arizona. I will be filing on Monday morning.



Mr. Jason L. Van Dyke
The Van Dyke Law Firm P.L.L.C.

108 Durango Drive
Crossroads, TX 76227
(469) 964-5346 Work
(972) 421-1830

jason@vandykelawfirm.com