

## J Lee Van Dyke

- Lives in **Aubrey, Texas**
- From **Troy, Michigan**

[Add Friend] [Message] [More]

*Timeline · Photos · Likes · Following*

### Places He's Lived

| | |
|---|---|
| Current City | Aubrey, Texas |
| Hometown | Troy, Michigan |

### Contact Info

| | |
|---|---|
| Facebook | /jlee.vandyke.9 |

### Basic Info

| | |
|---|---|
| Gender | Male |
| Interested In | Women |
| Religious Views | Christian |
| Political Views | Fascist |

### About J Lee

I won't be wronged, I won't be insulted, and I won't be laid a hand on. I don't do these things to other people and I require the same from them.