Thomas Retzlaff
PO Box 46424
Phoenix, AZ 85063-6424
P: (210) 317-9800
Email: retzlaff@texas.net

Defendant, Pro se

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| JASON LEE VAN DYKE, | Case No.: 2:18-cv-04003-JJT |
| Plaintiff, | |
| vs. | **RETZLAFF'S COUNTERCLAIM AGAINST PLAINTIFF VAN DYKE** |
| THOMAS CHRISTOPHER RETZLAFF A/K/A DEAN ANDERSON, | |
| Defendant. | |

Defendant, Thomas Christopher Retzlaff a/k/a Dean Anderson, files this counterclaim against plaintiff Jason Lee Van Dyke.

## **A. INTRODUCTION**

Plaintiff is Jason Lee Van Dyke; defendant is Thomas Christopher Retzlaff a/k/a Dean Anderson. In his original petition dated November 8, 2018, Van Dyke sued Retzlaff for injunctive relief. (See ECF Dkt. #1-1.) Van Dyke, who is an attorney licensed in Colorado, Georgia, Texas, and Washington, D.C. is also suing Retzlaff on

DEFENDANT'S COUNTERCLAIM AGAINST PLAINTIFF- 1

behalf of two other adult individuals who do not live in his household (Susan L. Van Dyke and Joshua L. Van Dyke).

Retzlaff (who is not an "aka" for "Dean Anderson!!") filed an amended anti-SLAPP motion to dismiss and for sanctions pursuant to the Texas Citizens Participation Act ("TCPA") on November 23, 2018.  (Dkt # 13.)  Van Dyke's response is due December 7, 2018.

## II.  BACKGROUND FACTS

On November 8, 2018, Van Dyke filed (on behalf of himself and two other adult non-household members) a lawsuit seeking an injunction against harassment against Retzlaff in the Maricopa County Superior Court.  (Dkt. #1-1.)

Retzlaff then filed Notice of Removal with the U.S. District Court for the District of Arizona – Phoenix Division.  (Dkt. # 1.)

As stated above, Jason Van Dyke is an attorney licensed in Texas.  In March 2017 he had been hired as an Assistant District Attorney in Victoria County, Texas.[1]  He is also a leader of a violent white supremacist group called the *Proud Boys*.  As an

---

[1] Van Dyke lost this job on March 21, 2017, allegedly based upon a complaint Retzlaff filed with Steve Tyler, District Attorney of Victoria County.  The complaint was based upon Van Dyke's violently racist views and his leadership within a white supremacist group being incompatible with being a public employee and a prosecutor in Texas – a state with the highest death penalty usage in the country.

DEFENDANT'S COUNTERCLAIM AGAINST PLAINTIFF- 2

attorney, he frequently represents the *Proud Boys* and its now former leader Gavin McInnes in legal disputes all across the country.

According to recent news reports, the FBI has classified the *Proud Boys* as a violent, 'extremist' hate group with ties to white nationalism.  In October, the fringe group came under public scrutiny after a brawl between the *Proud Boys* and anti-fascist activists in New York City resulted in felony riot and assault charges against at least nine *Proud Boys*.  On November 21, in the face of an FBI domestic terrorism investigation and the very real prospect of losing his *green card* (McInnes is not a U.S. citizen, but is here on an immigration visa), McInnes quit the *Proud Boys*.  Taking over in his place as the national leader of this ten-thousand-member extremist group is Van Dyke.

Van Dyke is extremely violent and threatening on social media.



DEFENDANT'S COUNTERCLAIM AGAINST PLAINTIFF- 3

In December 2017, Retzlaff filed a complaint against Van Dyke with the Texas State Bar. As a result, disbarment proceedings have been initiated in a proceeding styled *Texas Comm'n for Lawyer Discipline v. Jason Lee Van Dyke*, Case No. 201707583, pending before the District 14 Grievance Committee – Evidentiary Panel 14-2 in Denton County, Texas. This matter is set for trial on February 22, 2019.

Furthermore, the State Bars of Georgia and Colorado have also opened up disciplinary cases, too, as a result of complaints by Retzlaff.

As a result of Retzlaff's bar complaints, Van Dyke filed a lawsuit against Retzlaff seeking $100 million claiming that Retzlaff had defamed him in his bar grievance and cost him his job with the Victoria County (Tex.) District Attorney's Office by allegedly outing Van Dyke as a racist and leader of a violent white supremacist organization. See *Van Dyke v. Retzlaff*, Case No. 4:18-cv-00247, filed in the E.D. of Texas – Sherman Division. This case is currently on appeal regarding the denial of Retzlaff's TCPA anti-SLAPP motion before the U.S. Fifth Circuit Court of Appeals, Case No. 18-40710, *Jason Van Dyke v. Thomas Retzlaff*.

A fundamental part of Van Dyke's litigation strategy for many, many years is the use of threats and violence, both directly, via social media, and through confederates.

# III. COUNTERCLAIM

Van Dyke is liable to Retzlaff because Van Dyke is guilty of the intentional infliction of emotional distress upon Retzlaff via his threatening to murder Retzlaff and his family members.

Retzlaff (his daughter Brittany Retzlaff, and other family members) have been the victims of targeted internet harassment, death threats, and *Swatting* attempts by Van Dyke and/or individuals associated with Van Dyke since before the start of Van Dyke's SLAPP litigation.  These individuals are:

1. **James McGibney** – a San Jose, CA, based revenge pornographer who engages in the business of sexual blackmail.  McGibney is a self-professed member of the illegal hacking groups *Anonymous* and *The Rustle League*.

2. **Philip Klein** – a Nederland, TX based blogger who also claims to be a private "internet detective."

3. **Jason ("Jay") Leiderman** – an attorney from Ventura, CA, who claims to be the legal representative for members of *Anonymous* and other computer hackers.

4. **John Morgan** – an attorney from Beaumont, TX, who represents Klein and McGibney.

5. **Gavin McInnes** – founder and former leader of the *Proud Boys* white supremacist group.

6. **The *Proud Boys* "Elders Chapter" (national leadership council)**.  Which includes (but are not limited to) individuals known as:  Harry Fox, Heath Hair, Enrique Tarrio, Patrick William Roberts, Joshua Hall, Timothy Kelly, Luke Rofhling, and Rufio Panman.

DEFENDANT'S COUNTERCLAIM AGAINST PLAINTIFF- 5

Van Dyke's (and his associates') conduct was extreme and outrageous, and was done intentionally and knowingly. Using threats of murder and *Swatting* attempts as a litigation strategy is simply not to be tolerated in America. This conduct was specifically designed to chill Retzlaff's fundamental Constitutional rights of Access to the Courts, Due Process, Equal Protection, and Free Speech.

Van Dyke's (and his associates') conduct proximately caused severe emotional distress to Retzlaff. Murder threats by a leader of a domestic terrorist group that has already been responsible for numerous acts of violence all across the country, resulting in the deaths of several people, countless injuries, and property damaged, is a very serious matter and will totally scare the shit out of any victim!

This counterclaim arises out of the same transaction or occurrence that is the subject of the plaintiff's claims. This claim is not the subject of a pending case in another court. Retzlaff counterclaims against Van Dyke in the same capacity that Van Dyke has sued Retzlaff. This claim is logically related between the claims asserted by Van Dyke and substantially the same evidence would support or refute both claims.

Retzlaff seeks unliquidated damages in excess of $75,000, as well as exemplary damages.

Respectfully submitted,


Dated: November 28, 2018            By:_____
                                    Thomas Retzlaff
                                    Defendant, In Pro Per

DEFENDANT'S COUNTERCLAIM AGAINST PLAINTIFF- 7

## CERTIFICATE OF SERVICE

I certify that on November 28, 2018, a copy of this document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for plaintiff Jason Lee Van Dyke:

Jason L. Van Dyke, pro se, Email: jason@vandykelawfirm.com.

I certify that Jason L. Van Dyke is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

By:_____
Thomas Retzlaff
Defendant, In Pro Per

DEFENDANT'S COUNTERCLAIM AGAINST PLAINTIFF- 8