Thomas Retzlaff
PO Box 46424
Phoenix, AZ 85063-6424
P: (210) 317-9800
Email: retzlaff@texas.net

Defendant, Pro se

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| JASON LEE VAN DYKE, | Case No.: 2:18-cv-04003-JJT |
| Plaintiff, | |
| vs. | **RETZLAFF'S SUPPLEMENTAL ANTI-SLAPP EXHIBITS** |
| THOMAS CHRISTOPHER RETZLAFF A/K/A DEAN ANDERSON, | |
| Defendant. | |

Defendant, Tom Retzlaff, filed an anti-SLAPP motion to dismiss and for sanctions with the Court on November 23, 2018. (Dkt # 13.) As provided by Federal Rule of Evidence 201, Retzlaff requests the Court to take Judicial Notice of these news articles and court records and he wishes to have the Court consider these additional exhibits in support of his anti-SLAPP motion to dismiss and for sanctions, brought pursuant to the Texas Citizens Participation Act.

DEFENDANT'S SUPPLEMENTAL ANTI-SLAPP EXHIBITS- 1

# SUPPLEMENTAL EXHIBITS

| | |
|---|---|
| **Exhibit 17** | Proud Boys Nov 24, 2018 Press Release |
| **Exhibit 18** | Van Dyke v. Thompson – Orig. Petition filed Jan 21, 2011 |
| **Exhibit 19** | Van Dyke v Thompson – order of dismissal, March 27, 2013 |
| **Exhibit 20** | YAF Watch May 13, 2008, article |
| **Exhibit 21** | Texas Marksmen, Inc – Nonprofit Certificate of Formation |
| **Exhibit 22** | Theta Chi fraternity – Nonprofit Certificate of Formation |
| **Exhibit 23** | JLVD Holdings LLC – Certificate of Formation |
| **Exhibit 24** | JLVD Holdings LLC – 2017 address change |
| **Exhibit 25** | JLVD Holdings LLC – 2018 Texas franchise tax report |
| **Exhibit 26** | Proud Boys of TX LLC – Certificate of Formation |
| **Exhibit 27** | Proud Boys Int'l – Certificate of Formation |
| **Exhibit 28** | Mockingbird newspaper article re: Van Dyke dated Nov 2017 |
| **Exhibit 29** | Van Dyke Sept 5, 2017, Notice of Intent to File Lawsuit letter |
| **Exhibit 30** | Van Dyke v. Mockingbird – Original Petition, filed Sept 15, 2017 |
| **Exhibit 31** | Nov 15, 2017, Mockingbird newspaper article re: Van Dyke |
| **Exhibit 32** | Dec 24, 2017, Huffington Post article |
| **Exhibit 33** | Van Dyke criminal records from 54B District Ct – East Lansing, MI |
| **Exhibit 34** | April 22, 2017, Victoria Advocate news article re: Van Dyke lawsuit |

DEFENDANT'S SUPPLEMENTAL ANTI-SLAPP EXHIBITS- 2

**Exhibit 35**    Van Dyke v. Tyler – Original Petition, filed March 24, 2017

**Exhibit 36**    Texas State Bar – Bd of Disciplinary Appeals March 8, 2018, letter

**Exhibit 37**    Medium.com April 17, 2018, news article re: Van Dyke

 Respectfully submitted,


Dated: December 2, 2018        By:_____
                                Thomas Retzlaff
                                Defendant, In Pro Per

# CERTIFICATE OF SERVICE

I certify that on December 2, 2018, a copy of this document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for plaintiff Jason Lee Van Dyke:

Jason L. Van Dyke, pro se, Email: jason@vandykelawfirm.com.

I certify that Jason L. Van Dyke is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

By:_____
Thomas Retzlaff
Defendant, In Pro Per

DEFENDANT'S SUPPLEMENTAL ANTI-SLAPP EXHIBITS- 4