**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Lee Van Dyke, | No. CV-18-04003-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Thomas Christopher Retzlaff, | |
| Defendant. | |

At issue is Plaintiff's Motion to Strike (Doc. 18). Plaintiff moves to strike Defendant's Notice re: Death Threats Made by Opposing Counsel (Doc. 12). Plaintiff moves to strike under Federal Rule of Civil Procedure 12(f), which allows the Court to strike "from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f).

Under Rule 12(f), only pleadings are subject to a Motion to Strike. *Sidney-Vinstein v. A.H. Robins Co.*, 697 F.2d 880, 885 (9th Cir. 1983). Defendant's Notice does not fall within the Rule 7(a) definition of a pleading, and thus Rule 12(f) is inapplicable here. Fed. R. Civ. P. 7(a) (limiting the definition of "pleading" to complaints, answers, third-party complaints and answers, and court-ordered replies). But Local Rule of Civil Procedure 7.2(m)(1) allows that a "motion to strike may be filed . . . if it seeks to strike any part of a filing or submission on the ground that it is prohibited (or not authorized) by a statute, rule, or court order." LRCiv 7.2(m)(1). Insofar as the Court can tell, Defendant's Notice was not filed in compliance with any statute, rule, or court order. In fact, the Court is unsure what

1  Defendant hopes to achieve through filing the Notice, much less under what authority he
2  filed it. Thus, the Court grants Plaintiff's Motion to Strike (Doc. 18). However, the Court
3  takes threats very seriously, and if Defendant has a request for the Court, he should file a
4  motion supported by legal authority asking the Court to take some sort of action, at which
5  point the Court could evaluate the merits of such a motion.

6  **IT IS THEREFORE ORDERED** granting Plaintiff's Motion to Strike (Doc. 18)
7  and striking Defendant's Notice re: Death Threats Made by Opposing Counsel (Doc. 12).
8  Dated this 4th day of December, 2018.

    _____
    Honorable John J. Tuchi
    United States District Judge