Jason Lee Van Dyke
108 Durango Drive
Crossroads, TX 76227
P - (469) 964-5347
F - (972) 421-1830
E - jason@vandykelawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | | |
|---|---|---|
| JASON LEE VAN DYKE<br>    Plaintiff, | § § § | |
| v. | § § | Case No. CV-18-4003-PHX-JJT |
| THOMAS CHRISTOPHER RETZLAFF<br>    Defendant. | § § § | |

**PLAINTIFF'S MOTION FOR COURT-ORDERED DISMISSAL**

Plaintiff files this motion to dismiss under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

## I.     INTRODUCTION

1. Plaintiff is Jason Lee Van Dyke. Defendant is Thomas Christopher Retzlaff.

2. On or around November 8, 2018, Plaintiff sued Defendant in the Superior Court in and for Maricopa County, Arizona for an injunction against harassment.

3. On information and belief, Defendant received notice of the suit on or around November 8, 2018.

4. Defendant filed his notice of removal on November 8, 2018.

5. Since that time, Defendant has done nothing but continue to harass Plaintiff and has made multiple filings in this Court which seek only to harass Plaintiff.

Although Plaintiff has made multiple reports to law enforcement concerning Defendant, no action has been taken.

## II.   GROUNDS

6. Plaintiff wishes to dismiss this case because he has come to be of the opinion that there is nothing that this or any other court can do, short of locking Defendant away in prison for the rest of his natural life, that will stop Defendant from continuing to harass him. Plaintiff does not desire to continue wasting his time, or this Court's time, participating in litigation against a lunatic. Defendant has already placed Plaintiff in dire financial straits and Plaintiff lacks the resources to continue litigating this case.

7. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Court that Defendant refuses to stipulate to the dismissal.

8. Plaintiff has no opinion as to whether this lawsuit should be dismissed with prejudice or without prejudice to refiling. Plaintiff does not care either way because he has no desire or intent to continue litigating against Defendant.

9. Defendant has filed a groundless counterclaim in this cause of action for intentional infliction of emotional distress. Plaintiff has already filed a motion to dismiss that counterclaim under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff asks that this Court dismiss Defendant's counterclaim under Rule 12(b)(6) and then dismiss the remainder of the lawsuit as requested in this motion. Plaintiff also asks this Court to deny Defendant's motion to dismiss under

the Texas Citizens Participation Act and to grant this motion instead.

10. Defendant will not suffer prejudice due to the dismissal of this lawsuit.

11. Plaintiff does not desire oral argument. Oral argument will not assist this Court in determining this motion.

### III. PRAYER

12. Plaintiff asks that this Honorable Court enter an order dismissing this lawsuit.

Respectfully submitted,

_____
Jason L. Van Dyke
108 Durango Drive
Crossroads, TX 76227
P – (469) 964-5346
F – (972) 421-1830
Email: jason@vandykelawfirm.com

### CERTIFICATE OF CONFERENCE

Plaintiff has attempted to confer with Defendant concerning this motion. Defendant provided to Plaintiff the response attached hereto as Exhibit "A" and incorporated by reference herein. Based upon Defendant's response this motion is presented to the Court for consideration.

_____
JASON L. VAN DYKE

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on Thomas Christopher Retzlaff, Defendant, at PO Box 46424, Phoenix, AZ 85063 by First Class U.S. Mail on December 3, 2018

_____
JASON L. VAN DYKE