IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | | |
|---|---|---|
| JASON LEE VAN DYKE<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | Case No. CV-18-4003-PHX-JJT |
| | § | |
| THOMAS CHRISTOPHER RETZLAFF<br>    Defendant. | §<br>§<br>§ | |

## ORDER DISMISSING CASE

After considering Plaintiff's motion to dismiss under Rule 41(a)(2) of the Federal Rules of Civil Procedure, this Court makes the following orders:

It is hereby ORDERED

(a) That Plaintiff's motion to dismiss Defendant's counterclaim under Rule 12(b)(6) of the Federal Rules of Civil Procedure is GRANTED and the counterclaim is dismissed without prejudice to refiling;

(b) Plaintiff's motion to dismiss under Rule 41(a)(2) of the Federal Rules of Civil Procedure is GRANTED and Plaintiff's claim for an injunction against harassment under A.R.S. 12-1809 is dismissed without prejudice to refiling;

(c) The Court finds that the pleadings and papers on file in this case established, by clear and specific evidence, a prima facie case for each element of Plaintiff's claim against Defendant for an injunction against harassment under A.R.S. 12-1809.  Accordingly, Defendant's motion to dismiss under the Texas Citizens Participation Act is

        DENIED.

(d)      Plaintiff's motion to remand is DENIED AS MOOT.