Thomas Retzlaff
PO Box 46424
Phoenix, AZ 85063-6424
P: (210) 317-9800
Email: retzlaff@texas.net

Defendant, Pro se

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| JASON LEE VAN DYKE,  Plaintiff,  vs.  THOMAS CHRISTOPHER RETZLAFF,  Defendant. | Case No.:  2:18-cv-04003-SMB  **DECLARATION OF THOMAS RETZLAFF** |

# DECLARATION OF TOM RETZLAFF

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. "My name is Tom Retzlaff. I am more than 18 years of age and capable of making this affidavit. I have personal knowledge of the facts and matters set forth herein, which are true and correct.

2. I am the defendant in this lawsuit.

DECLARATION OF TOM RETZLAFF- 1

3.  As of November 30, 2018, I have incurred and paid attorney's fees of $63,264.20 and court costs of $881.48 as a result of Van Dyke suing me. I will not receive my December 2018 bill from the Hanszen Leporta law firm in Houston, TX, till a bit after the end of the month. So this amount does not include any fees for December.

4.  Attached as exhibits are true and correct copies of the original documents as they appeared before me on my computer screen, or as emails that were sent to me."

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 15, 2018.



_____
TOM RETZLAFF

DECLARATION OF TOM RETZLAFF- 2