

**SUNDAY IN DENTON**
LOW 35  HIGH 63
Partly cloudy and mild
**Weather, 2A**

Apple upstages Amazon in picking tech hubs / **Business, 1D**



Bowl win out of reach for UNT against Utah State
**Sports, 1B**



Local musician writes a Christmas song for our times
**Arts & Community, 2D**

# Denton Record-Chronicle

Sunday, December 16, 2018 ∥ Denton, Texas ∥ Vol. 115, No. 136 ∥ DentonRC.com         32 pages, 4 sections ∥ $2.00

## Vigilance on campus

### A look at how schools assess threats and what they tell parents

**By Caitlyn Jones**
Staff Writer
cjones@dentonrc.com

A 13-year-old makes a hit list with the names of his classmates. A 17-year-old posts threats on social media. Two high schoolers bring a loaded gun to school. Middle schoolers talk about weapons on the bus.

Each of these events occurred at a Denton County campus within the past year, but which ones warrant criminal prosecution? And when should schools notify parents?

Local districts and law enforcement agencies are grappling with these questions more and more as fear looms over campuses in the wake of high-profile school shootings. National experts say the number of threats reported in schools increased during the 2017-18 school year and more Denton County students who make those threats are facing criminal charges.

Meanwhile, students are reporting more threats online, and some parents worry that districts aren't communicating enough when threats occur. But school officials say there's a fine line between informing the public and violating student privacy rights.

"It's a tough situation to be in and tougher now than it ever has been," said Stephen Waddell, a retired school superintendent and a professor with the University of North Texas College of Education.

#### Threats by the numbers

Following school shootings in Parkland, Florida, and Santa Fe, Texas, earlier this year, school safety researchers have seen a dramatic increase in threats, or an intent to harm someone.

The Educator's School Safety Network, an Ohio-based nonprofit, said in a recent report that the number of reported threats in American schools went up by 62 percent in the 2017-18 school year from the previous year.

See THREATS on 11A



School administrators stand outside the main entrance at Ryan High School during a 2016 campus lockdown after a threat against the school was called in.

DRC file photo



## Degree achieved

**LEFT:** Darsha Carter, overcome with emotion, hugs her mother, Shondell Dewberry, after walking across the stage to receive her diploma Saturday at Texas Woman's University.

**BELOW:** TWU graduates wave to family as they walk toward their seats for a commencement ceremony on Saturday morning in Kitty Magee Arena.

Photos by Jake King/DRC



## UNT takes look at ties to Van Dyke

### Critics allege avowed white supremacist was mentoring student club

**By Jenna Duncan and Dalton LaFerney**
Staff Writers
jduncan@dentonrc.com
dalton.laferney@dentonrc.com

University of North Texas officials were alerted in October that a self-proclaimed white supremacist had been active and engaged with students on campus in Denton, the *Denton Record-Chronicle* has confirmed.

Neal Smatresk, the university's president, was told by professor and Denton City Council member Deb Armintor in early October that a student had confided in her that Jason Van Dyke was mentoring  Van Dyke a UNT club, allegedly using it to send "dog-whistle" messages hued with white supremacist ideologies, according to screenshots of text messages between Armintor and Smatresk.

Now, the UNT Police Department is investigating the allegations about Van Dyke's involvement on campus, said Julie Payne, a university spokeswoman. Payne declined to say when the investigation began or what exactly is being investigated, saying it would be "inappropriate to comment on an ongoing investigation."

"The safety of our university

See VAN DYKE on 13A

## Assembly no longer required

### Volunteers pitch in so families won't have to piece together bike gifts

**By Zaira Perez**
Staff Writer
zaira.perez@dentonrc.com

Brian White rode around a warehouse parking lot on a child-size bicycle he just assembled — testing the wheels, going back to his station with tools and testing it again. Tools were scattered around the pavement as White and fellow Bike Denton volunteers helped each other put bikes together.

Eight members of Bike Denton, a bike safety advocacy organization, volunteered Saturday afternoon to assemble 20 children's bikes donated to the Salvation Army of Denton.

Lt. Whitney Houston, assistant corps officer of the Denton center, was also at the Salvation Army's warehouse in northwest Denton. She thanked the Bike Denton volunteers while showing

See BIKES on 13A



Bike Denton members Brandon Babbitt and Natikan Rojsatapong put a bicycle together for the Salvation Army's Angel Tree project on Saturday.

Jake King/DRC

## Teens' little kits help fill a big need

### Students form nonprofit to keep first-aid supplies handy for the homeless

**By Caitlyn Jones**
Staff Writer
cjones@dentonrc.com

Spencer Stinson was volunteering with a homeless outreach organization in Denton when a woman cut her foot. She had stepped on some glass and only had flip-flops for shoes. Blood continued to pour out and no one had any bandages or first-aid supplies on hand.

"The glass went through her foot and there was nothing she could do about it," the Ponder High School senior said.

The incident inspired Stinson to join forces with other local teens like Sarah Spivey, a Guyer High School senior who was already in the process of starting her own charity called First Aid Strong. She saw how popular first-aid kits were at local food pantries and how quickly they got scooped up.

She gathered up several friends and

See KITS on 9A

---

    **DENTON MEDIA COMPANY**

Support local journalism.
Call 940-566-6836 to subscribe.
Got a news tip or breaking news to report?
Email drc@dentonrc.com, call 940-566-6860,
or find us on Facebook and Twitter at @dentonrc.

**ALSO INSIDE**
Zinke resigns as interior secretary
**National, 6A**

| ARTS & COMMUNITY | 2D | OBITUARIES | 13A |
|---|---|---|---|
| BUSINESS | 1D | OPINION | 12A |
| CLASSIFIED | 2C | REAL ESTATE | 1C |
| COMICS & PUZZLES | 6C-7C | SPORTS | 1B |
| DEAR ABBY | 7C | WEATHER | 2A |

## From Page 1A
## Van Dyke

community is of the utmost importance," she wrote in an email sent Friday evening to the *Record-Chronicle*.

Van Dyke is a Denton attorney and was once the lawyer for the Proud Boys, a national organization whose white supremacist activity has garnered international headlines. His social media posts include racist and hateful remarks, as well as threats of violence toward people.

Van Dyke has never been enrolled at UNT, Payne said.

Van Dyke is the registered owner of the nonprofit Texas Marksmen Inc. The organization appears to be affiliated with the UNT Marksmen club. The group describes itself as a club that "provides a safe place for UNT students to practice their firearm skills."

His footprint at UNT has hit a nerve in the Denton community. Residents have publicly asked for officials to investigate how prominent white supremacist activity is at UNT and in the Denton area.

In the time since the connections were revealed over the past few weeks online, the *North Texas Daily* reported the club's faculty adviser Craig Howard stepped down from the group Nov. 30. Then, the president of the club, Jason Armitage, resigned Dec. 11.

The student group told university officials it had "severed all ties with Mr. Van Dyke" on Dec. 7, Payne said.

Last weekend, Arminter circulated on her social media accounts Texas secretary of state documents tying Van Dyke to the university. She obtained those documents from another person who has sparred with Van Dyke, a retiree from Arizona named Tom Retzlaff, who said in a phone interview he supports most of the ideologies the Proud Boys endorse.

Van Dyke filed a $100 million defamation lawsuit earlier this year against Retzlaff, claiming Retzlaff prompted his ouster from two jobs in the legal field after Retzlaff told Van Dyke's superiors and other officials that he is a white supremacist and Nazi and comes with a history of violent behavior.

Last week, Van Dyke filed a motion in court to withdraw his defamation suit, saying he does not have the resources to continue the legal battle in court.

In September, Van Dyke was arrested by Oak Point police on a charge of falsifying a police report. He allegedly told police three of his weapons were stolen from his truck. Police claimed he lied after Van Dyke's roommate gave an alternative version of the story.

Van Dyke was taken to Denton County Jail, where he bailed out the same day after posting $1,000 bond.

The Denton County district attorney's office filed a motion Friday to revoke his bond. Authorities there received an affidavit, sent from Retzlaff, who said Van Dyke in emails threatened to kill him the day after it was reported that Van Dyke had filed a motion to withdraw his defamation suit.

The complaint, notarized Thursday, prompted the district attorney's office to form a motion to hold bond in Van Dyke's case.

Van Dyke was tied to UNT in another way. For at least four years, he was the registered agent, as well as a board member, for the UNT chapter of the fraternity Theta Chi's Alumni/Housing Corp. Van Dyke was listed on the board's documentation with the secretary of state until Dec. 7, an official with the office said Friday.

Local members of the fraternity directed reporter questions to the national office of Theta Chi.

Ben Hill, a spokesman for the Theta Chi national fraternity, sent a prepared statement to the *Record-Chronicle* saying Van Dyke had resigned from the board of the UNT Theta Chi chapter "several years ago" and had no position within the chapter.

Hill did not respond to multiple attempts to ask him to clarify exactly when Van Dyke resigned, why he resigned and what direct involvement he had with Theta Chi.

UNT spokeswoman Payne also said Van Dyke has not been involved with the fraternity for "several years."

The new attorney for the fraternity's housing corporation is Dallas-based Vance Maultsby, who did not return multiple requests for comment.

Arminter has gone so far as to call for Smatresk to resign as UNT's president if the university does not establish a policy to take direct action against hate groups. She said she wants the UNT Marksmen group banned from campus.

In addition, she said she wants an outside group, such as the Southern Poverty Law Center, to independently investigate whether organized white supremacist activity exists on the campus.

"If you can't show leadership in a situation like this, then we need to find someone who can lead the university through difficult times," Arminter said in an email to Smatresk. "He's always talking about tolerance. I'd like to hear him about intolerance," she said.

*JENNA DUNCAN can be reached at 940-566-6889 and via Twitter at @jennafduncan.*
*DALTON LAFERNEY can be reached at 940-566-6882 and via Twitter at @daltonlaferney.*

## From Page 1A
## Bikes

their progress to Facebook followers in a video.

Wrenches and wheels spun and tools hit the ground while the sun warmed up the afternoon.

The volunteers sported bike shop apparel as they worked and some learned how to best put pieces together.

The bikes were already at the Salvation Army when Houston arrived in June. She knew she wanted to do something with them.

"We've been wanting to get them put together because I didn't want to give families the box [containing bike parts]," Houston said. "Bike Denton immediately said yes."

Each bike will be given to a child as a part of the Salvation Army's Angel Tree, a holiday assistance program in which new clothes and toys are donated for children in need.

Simply assembling the bikes wasn't enough for volunteers Saturday.

While Bike Denton members assembled the bikes, Velo Republic Bicycle Co. co-owner Gabe Aguilar stopped by to make sure they were safe to ride.

"A lot of times, these lower-end bikes are assembled at [chain] stores by people who don't know what they're doing," Aguilar said.

This year's Angel Tree program is serving 2,028 children from 702 families in Denton, Houston said. Out of all those children, not many asked for bikes, so the ones who did will all receive one when gifts are distributed to families Saturday.

*ZAIRA PEREZ can be reached via Twitter at @zairalperez.*



Volunteer Brian White puts a bike together for the Salvation Army's Angel Tree project on Saturday in Denton.

Jake King/DRC

## OBITUARIES

### Robert Grant Peabody



Robert passed away peacefully Thursday, December 06, 2018 surrounded by the love of his family of whom he cared for first and foremost. An unfillable void has been left in his place. His sense of humor, gentle loving nature and thoughtfulness will be forever missed.

Robert was born in Washington DC on May 29,1964 before moving to Maynard, MA and eventually landing in North Texas as a teenager. He later moved to Denton where he graduated from North Texas State University. He spent his adult life living in both Aubrey and Denton with his beloved wife, Janita, and two daughters.

Robert is preceded in death by his father, Eric Peabody. He is survived by his mother, Blanche, his wife of 30 years, Janita, two daughters, Desiree (David) and Sandra, his two grandchildren who sparkled in his eyes, Oliver and Violet, four brothers Joseph (Loan), Lawrence (Rebecca), Alva (Denise), and Daniel (Terina), and many in-laws, a few outlaws, and 19 cool nieces and nephews.

Robert will be remembered as a big P1 who really liked websites, but hated rye bread.

Rest well, Robert. You lived it all the best way, your way.

We will forever love and miss you.

In lieu of flowers, contributions can be made to Scottish Rite Children's Hospital. Per Robert's request, there will be no memorial service.

### Danny L. Rawson

Danny L. Rawson, Lt. Col. USAF, ret. of Denton died November 28, 2018 at the age of 73.

He was born July 29, 1945 in Sulphur Springs, TX, the only child of William Dwight and Mary Rawson, both of whom preceded him in death.

Dan graduated from East Texas State University in Commerce, TX, where he was the commander of the Air Force ROTC. He went on to pilot training at Reese AFB in Lubbock. It was there that he met his wife Judy. They were married February 22, 1969 in Sherman, TX.

After serving in southeast Asia, Dan flew KC-135s and RC 135s at Carswell AFB and Offutt AFB in Omaha, NE. His final Air Force assignment was with the Joint Chiefs of Staff at the Pentagon.

After the Air Force he returned to Texas, where he worked in Denton for FEMA for 15 years. He enjoyed cars, RVing with DFW Sams RV club, and his family. He is survived by his wife, his daughter, Dr. Danna Michelle Markides, son in law Dr. Constantine S.A. Markides, and his beloved granddaughter Sophie Markides, all of Houston. He is also survived by his aunts Georgia Smith of Tira and Joyce Johnson of Mesquite, and by many cousins.

Funeral services will be held Tuesday, December 18 at 10 am at the DFW National Cemetery, 2000 Mountain Creek Pkwy, Dallas.

Memorials may be made to the Paralyzed Veterans of America or charity of choice..

### Joan Beatrice McBride Smith

Joan Beatrice McBride Smith, 76, of Justin, Texas passed away on Monday, December 10, 2018. Her sweet gentle soul and heartwarming smile will be greatly missed.

Visitation will be Thursday 6 - 8 PM, December 20, 2018, at DeBerry Funeral Directors, Denton. Mass will be at 10:30 AM on Friday, December 21, 2018, at St. Mark Catholic Church, Argyle. Burial at 2:00 PM at Dallas/Fort Worth National Cemetery.

Joan was born in Warren, Ohio to John and Beatrice (Hoffmann) McBride on August 15, 1942. She went to school at St. Mary's HS in Warren OH, graduated from Bowling Green State University. Joan married the love of her life, Thomas Powers Smith, on February 27, 1965, in East Cleveland OH. Together they have resided in Willowick OH, Jamestown NY, Bedford TX and Justin TX. Joan and Tom were owner/operators of a Midas Shop in N. Richland Hills where she was the accountant. She later enjoyed working at Sues Cards & Gifts. She was an avid reader and had a lifelong love of collecting greeting cards. She enjoyed traveling and had visited all 50 States. She and Tom traveled extensively in their Airstream trailer and wintered in McAllen.

Joan is survived by her husband of 53 years, Thomas P. Smith; daughter, Maura & husband John Carlisle, son, Todd & wife Vicki Smith, daughter, Lynn & husband James T. Caplinger; sister, Mary Josephine & husband William Fineran; grandchildren, Sarah Carlisle, Elizabeth Carlisle, Alexander Caplinger & Courtney Caplinger; 3 step grandchildren Joni Mooneyham, Julie Harner, Katy Freeman; & 6 step great grandchildren.

In lieu of flowers, the family is requesting that donations be made in her name to the Basilica of Our Lady of San Juan del Valle National Shrine, 400 N. Virgen de San Juan Blvd., San Juan, Texas 78589.
https://www.olsjbasilica.org/donate/online-giving

*Bill DeBerry Funeral Directors*
2025 W. University • 383-4200
www.deberryfuneraldirectors.com

View obituaries and share condolences online at **DentonRC.com**



John Lawhon
Attorney
Wills • Trusts • Probate
Board Certified Estate Planning & Probate Law
Texas Board of Legal Specialization
(940) 387-4401
Denton



*Peoples Funeral Home*

We would like to thank **Inspiring Body of Christ**, **Joyce Rogers Ministries**, **Witherspoon Law Group** for helping to make possible the donation of bicycles to over 80 area churches to help provide Christmas gifts for needy children.

Denton • Pilot Point • Corinth • Lewisville • Frisco • Little Elm
The Colony • Sanger • Gainesville • Fort Worth • Irving

*Peoples Funeral Home & Chapel*
1122 E. Mulberry • Denton, TX 76205 • 940-383-1032

---

*Unto Everything There is a Season*
AND THROUGH THEM ALL...
WE'RE HERE FOR YOU

  

EST. 1947
**MULKEY-BOWLES MONTGOMERY**
FUNERAL HOME
705 N. Locust St. Denton, Texas 76201

Steve Bowles
Owner / Funeral Director

**940-382-6622**
www.MulkeyBowlesMontgomery.com

Breck Montgomery
Owner / Funeral Director

---

## Cremation...

A choice that's as simple... or as personalized as you wish.

**Simple Cremation without Ceremony**
No Hidden Fees

Ceremony options for your family:
- Private family gathering
- Memorial service
- Traditional service

**Preplanning cremation makes sense**

## 940-382-2214

**DENTON FUNERAL HOME**
AND CREMATION SERVICES
www.DentonFuneralHome.net
120 South Carroll Blvd. • Denton, Texas 76201



For additional information regarding prepaid funeral contracts in Texas, please visit www.prepaidfunerals.texas.gov