## COMPLAINT

CAUSE NO.: CR-2018-07544-E

DEFENDANT: JASON VANDYKE

CHARGE: FALSE REPORT

### IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant who, after being by me duly sworn on oath, deposes and says that the affiant has good reason to believe, and does believe, that JASON VANDYKE hereinafter styled defendant, on or about the 13th day of September, 2018, and before the making and filing of this Complaint, in the County of Denton of the State of Texas, did then and there intentionally and knowingly with the intent to deceive, make a false statement, namely: that an unknown person entered the defendant's vehicle without the defendant's consent and removed the defendant's personal property from the vehicle without consent, to a peace officer, Shannon Roach, conducting a criminal investigation, and the said statement was material to the investigation;

against the peace and dignity of the State of Texas.

AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME this 13 day of December, 2018.

ASSISTANT CRIMINAL
DISTRICT ATTORNEY
DENTON COUNTY, TEXAS

INFORMATION

CAUSE NO.: CR-2018-07544-E _____

DEFENDANT: JASON VANDYKE

CHARGE: FALSE REPORT

<u>IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS</u>

NOW COMES, Paul Johnson, Criminal District Attorney of the County of Denton of the State of Texas, and in behalf of the State of Texas, presents in the County Criminal Court of Denton County, Texas, at the July Term, 2018, of said Court, that JASON VANDYKE who is hereinafter styled defendant, on or about the 13th day of September, 2018, and before the making and filing of this Information, in the County of Denton of the State of Texas, did then and there intentionally and knowingly with the intent to deceive, make a false statement, namely: that an unknown person entered the defendant's vehicle without the defendant's consent and removed the defendant's personal property from the vehicle without consent,, to a peace officer, Shannon Roach, conducting a criminal investigation, and the said statement was material to the investigation;

against the peace and dignity of the State.

_____
CRIMINAL DISTRICT ATTORNEY
COUNTY OF DENTON
STATE OF TEXAS