MAGISTRATE CASE NO. 18-572003

STATE OF TEXAS
VS.
Vandyke, Jason Lee

Filed: 12/14/2018
Juli Luke
Denton County, County Clerk
By Deputy: Ponce, Bruno

SITTING AS MAGISTRATE FOR
DENTON COUNTY, TEXAS

### DEFENDANT'S ACKNOWLEDGMENT OF ALLEGED OFFENSES, RIGHTS AND BONDS

Date of Arrest: 09/14/18   Time of Arrest: 0057

I am the individual whose name appears above. I am now before a Magistrate after my arrest on the following charge(s):

| Offense Charges | Agency | Warrant# | Bond Amount |
|---|---|---|---|
| FALSE REPORT TO POLICE OFF/SP INV/LAW ENF EMPL | Denton County | 18-572003 | $1,000. PERSONAL BOND |

FURTHER, in regards to the offense(s) listed above, I acknowledge and understand as follows:
* I have been charged with a(n) criminal offense(s), but that does not mean that I am guilty; I am innocent until proven otherwise. Unless previously adjudicated, I have the right to plead "Not Guilty" and to a trial by a judge or a jury.
* I have the right to remain silent. I do not have to make any statements to the police or attorneys representing the state. Any statements I make may be used against me as evidence in Court at a later time;
* If I start to make a statement, I have the right to terminate that statement at any time and remain silent;
* I have the right to hire or retain a lawyer and to have a lawyer present during any questioning by peace officers or attorneys representing the State of Texas. I understand that I may stop the interview at any time;
* If the Court finds that I am too poor to afford a lawyer (indigent), I have the right to request that a lawyer be appointed to represent me and the state will pay for my attorney, unless I am charged with an offense punishable by fine only;
* If I am charged with a felony level offense, I also have the right to have an examining trial, and to be released without posting bond, unless an indictment has first been returned against me by a grand jury;
* If I am not a citizen of the United States, a plea of guilty to the charge(s) at any time could affect my right to remain in this country.
    I [ ] DO, or [X] DO NOT want to notify the consular representative of my country: U.S.

### Statement Regarding Indigency and Request for Appointment of Attorney

Further, I understand that if I am charged with an offense for which I could be punished by incarceration, I have a right to a court-appointed (and paid) attorney, and if I am too poor to afford an attorney (INDIGENT), the State will appoint and pay for my attorney. Therefore, *based on my current financial status and abilities*, by my initials, I represent that:

[✓] **I am NOT INDIGENT or NOT ENTITLED TO APPOINTED COUNSEL.** *I can afford to hire legal counsel and I do not request court appointed counsel. OR I am not entitled to Court appointed counsel due to the level of my charge(s).*

[ ] **I am INDIGENT** (unable to pay for my own attorney). *I request that an attorney be appointed for me. I agree to complete a written affidavit of financial ability in order to request appointment of an attorney.*

Defendant's Signature: _____  Date: 9/14/2018  Witness: _____

### MAGISTRATE'S VERIFICATION OF WARNINGS AND DETERMINATION OF PROBABLE CAUSE

As Magistrate, I certify that I have advised the Defendant of his or her rights. I have asked the Defendant if he or she is indigent and have provided assistance for request of counsel. After review of appropriate documentation, I FIND that:

[X] **PROBABLE CAUSE EXISTS** as to each of the charge(s) supported by
  [X] - a sworn affidavit(s) setting forth sufficient factual detain to establish probable cause
  - confirmed warrant(s) of arrest issued by appropriate authority, or other writ(s) of commitment; or
  - sworn complaint(s), as sufficient basis for further detention of the defendant; OR

[ ] **NO PROBABLE CAUSE EXISTS** for further detention, based upon a lack of factual detail set forth in an affidavit of probable cause or the existence of confirmed warrant(s). Accordingly, the defendant should be RELEASED IMMEDIATELY.

Dated: Sept. 14, 2018 at 930 A.M.

MAGISTRATE FOR DENTON COUNTY, TEXAS

IS THIS AN "ON-VIEW" ARREST?