# MARSALA LAW GROUP

*Denton County Office*
**Dominick J. Marsala**
1417 E. McKinney St., Ste. 110
Denton, Texas 76209
Phone: (940) 382-1976
Facsimile: (469) 453-3031

CR-2018-07544-E

October 19, 2018

*Denton County Office*

Filed:10/19/2018
Juli Luke
Denton County, County Clerk
By Deputy:Swink, Shirley

Attn: Chief Clerk
Denton County Criminal Clerk's Office
1450 E. McKinney Street
Denton, Texas 76209

Re: State of Texas vs. JASON VANDYKE,
Offense: False Report to Police ff/ SP Inv/Law Enf Empl
Offense Date: September 13, 2018
SO No: 215881

Dear Clerk:

Please consider this notice that I have been retained to represent, Jason Vandyke, in the above-referenced case. Please enter my name as attorney of record and advise this office of all settings and other matters for the duration of this case.

Thank you for your consideration in this matter.

Very truly yours,

Dominick J. Marsala
marsalalawgroup@gmail.com

DJM/su