FILE FOR RECORD
DENTON COUNTY CLERK

DEC 14 2018

J. LUKE
DEPUTY

CR-2018-07544-E

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § § | **IN COUNTY CRIMINAL** |
| **VS.** | § § | **COURT NUMBER 5** |
| **JASON VANDYKE** | § | **DENTON COUNTY, TEXAS** |

### STATE'S MOTION TO HOLD DEFENDANT'S BOND INSUFFICIENT

To The Honorable Judge of Said Court:

Comes now the State of Texas, by and through Kristin Kidd, Assistant Criminal District Attorney of Denton County, Texas, and moves the Court, pursuant to Art. 16.16 C.C.P., to find the Defendant's bond insufficient in amount, order the re-arrest of the Defendant, and require the Defendant to give another bond, in such amount and with additional conditions, as the Court may deem proper to adequately insure the future safety of the community. For cause of action the State would show the Court the following:

I.

Defendant is charged by information in this case with the offense of FALSE REPORT TO POLICE, a Class B Misdemeanor, committed on September 13th, 2018. The Defendant was released from custody pursuant to the terms of a $1000.00 personal recognizance bond posted on September 14th, 2018. Since the Defendant's release from custody, he has committed additional offenses, and threatened to commit future offenses. According to the sworn affidavit of Tom Retzlaff, the Defendant threatened to murder said affiant in emails which are attached herein as a part of Mr. Retzlaff's sworn Affidavit, "Exhibit A". The Defendant is known to possess multiple firearms and represents an immediate danger to the community, as well as Mr. Retzlaff personally. In addition, according to The Affidavit, The Defendant has been identified as belonging to an extremist group, with numerous followers across the country, on which he may be able to rely on as a resource to carry out his threats, or assist him in absconding from this jurisdiction.

II

Article 16.16 of the Texas Code of Criminal Procedure provides that a sufficient bond and security, be taken into account according to the nature of the case. The previous bond amount and lack of conditions poses a serious and immediate threat to the safety of the community. The bond required of the Defendant in this case in the amount of $1000.00 were defective and insufficient in that they have failed to adequately insure the future safety of the community.

Wherefore, premises considered, the State prays that this Honorable Court issue a warrant for the arrest of the Defendant and require of said Defendant sufficient bail to ensure the future safety of the community. Further, the State prays that the Court impose all previous bond conditions and add conditions requiring Defendant to commit no new offense, surrender all firearms in his possession, surrender his passport, be restricted from leaving Denton County, and have a GPS monitor attached to his person.

Respectfully submitted,

_____
Kristin Kidd
Assistant Criminal District Attorney
State Bar No. 00794234
Kristin.kidd@dentoncounty.com

## Certificate of Service

I, Kristin Kidd, hereby certify that a true and correct copy of the foregoing STATE'S MOTION TO HOLD DEFENDANT'S BOND INSUFFICIENT was delivered the Defendant's Attorney of Record, on the 14th day of December, 2018.

_____
Assistant Criminal District Attorney
Denton County, Texas