Thomas Retzlaff
PO Box 46424
Phoenix, AZ 85063-6424
P: (210) 317-9800
Email: retzlaff@texas.net

Defendant, Pro se

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA
PHOENIX DIVISION**

JASON LEE VAN DYKE,

         Plaintiff,

vs.

THOMAS CHRISTOPHER RETZLAFF A/K/A
DEAN ANDERSON,

         Defendant.

Case No.:  2:18-cv-04003-SMB

**NOTICE OF ARREST WARRANT FOR
PLAINTIFF JASON LEE VAN DYKE**

1.      Plaintiff is Jason Lee Van Dyke; defendant is Thomas Christopher Retzlaff.

2.      On September 14, 2018, Van Dyke was arrested by the Oak Point, Texas, police department for filing a false police report regarding the theft of firearms as a part of an insurance fraud scheme.  See attached **Exhibit 1**.  Van Dyke was released on a $1,000 bond.  **Exhibit 2**.

3.      On December 12, 2018, Van Dyke contacted Retzlaff and said that he was going to murder him as a result of Retzlaff being a witness against Van Dyke in a disbarment proceeding involving the State Bar of Texas. [1]  See attached **Exhibits 3 and 4**.

4.      In these emails, Van Dyke "cc'd" the following individuals:

    a)  Kristin Brady (the State Bar attorney prosecuting Van Dyke);

    b)  Linda Acevedo (Chief Disciplinary Counsel for the State Bar of Texas);

    c)  John Council (Senior Reporter for Texas Lawyer magazine, which is a publication owned by American Lawyer Media);

    d)  William Sommer (reporter for The Daily Beast); and,

    e)  Walker Wicevich (Special Agent with the Federal Bureau of Investigation in Phoenix).[2]

---

[1]      As a result of Retzlaff's complaint, disbarment proceedings have been initiated in a proceeding styled *Texas Comm'n for Lawyer Discipline v. Jason Lee Van Dyke*, Case No. 201707583, pending before the District 14 Grievance Committee – Evidentiary Panel 14-2, in Denton County, Texas.  This matter is set for trial on February 22, 2019.

[2]      The reason why Van Dyke "cc'd" all of these individuals is unknown.  It should be noted, however, that Van Dyke has made several attempts at getting Retzlaff "swatted".  Specifically, Van Dyke, along with James McGibney of San Jose, CA, Philip Klein of Nederland, TX, and John Morgan of Beaumont, TX, have made a series of false reports to the FBI and many other law enforcement agencies in an effort to get Retzlaff wrongfully charged with crimes.  This has been going on for several years.  The purpose of this is because all of these individuals have filed a series of SLAPP litigation against Retzlaff, which has been orchestrated and filed by Van Dyke and Morgan, (who are both attorneys), on behalf of their clients Klein and McGibney.  Getting Retzlaff and his family "swatted" is a part of their litigation strategy and is designed to give them an unfair advantage over Retzlaff in this high stakes, multimillion-dollar litigation.

NOTICE OF ARREST WARRANT FOR PLAINTIFF VAN DYKE- 2

5.      Retzlaff immediately contacted law enforcement, as well Paul Johnson (the Denton County District Attorney).  Mr. Johnson directed his staff to immediately file a motion to revoke Van Dyke's bond.  **Exhibit 5**.

6.      Van Dyke was then ordered to appear in Denton County Court at Law # 5 on December 21, 2018, at 1:30pm.  However, Van Dyke failed to appear and his bond was revoked and a new warrant for his arrest was issued, with No Bond ordered. **Exhibits 6 - 8**.  He and all of his guns have disappeared – police are hunting for him.



NOTICE OF ARREST WARRANT FOR PLAINTIFF VAN DYKE- 3

7.      Obviously, Van Dyke learned that he was likely going to be arrested on new felony charges for his role in witness tampering, via inter-state commerce, in violation of Title 18 U.S.C. § 1512 and/or Texas Penal Code § 36.05.  As the Court will recall, Van Dyke is the leader of a violent white supremacist group called the *Proud Boys*. See ECF 19-1 – Press Release from the *Proud Boys*.

8.      Retzlaff bring this to the Court's attention because oral argument has been requested on his anti-SLAPP motion (ECF 13).

9.      Retzlaff still wants oral arguments on his motion, because to deny it would be to give Van Dyke a 'reward' for his despicable conduct and would also give him an unfair advantage over Retzlaff, who is *pro se* and who is not a lawyer.  He just does not want to get murdered in the process, outside somewhere or on his way to the courthouse.

      Respectfully submitted,


Dated: December 26, 2018              By:_____
                                         Thomas Retzlaff
                                         Defendant, In Pro Per

# CERTIFICATE OF SERVICE

I certify that on December 26, 2018, a copy of this document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for plaintiff Jason Lee Van Dyke:

Jason L. Van Dyke, pro se, Email: jason@vandykelawfirm.com.

I certify that Jason L. Van Dyke is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

By:_____
Thomas Retzlaff
Defendant, In Pro Per

NOTICE OF ARREST WARRANT FOR PLAINTIFF VAN DYKE- 5