| | |
|---|---|
| **From:** | Jason Van Dyke |
| **To:** | Tom Retzlaff; Jeffrey Dorrell |
| **Cc:** | jcouncil_alm.com ; Kristin Brady; Linda Acevedo; "Sommer, William" |
| **Subject:** | RE: Van Dyke case |
| **Date:** | Wednesday, December 12, 2018 8:00:21 AM |
| **Attachments:** | Mr Jason L Van Dyke.vcf |

I promise you this motherfucker:  If my law career dies, you die with it.



Mr. Jason L. Van Dyke
The Van Dyke Law Firm P.L.L.C.

108 Durango Drive
Crossroads, TX 76227
(469) 964-5346 Work
(972) 421-1830

jason@vandykelawfirm.com