| | |
|---|---|
| From: | Jason Van Dyke |
| To: | Tom Retzlaff |
| Subject: | RE: |
| Date: | Wednesday, December 12, 2018 8:01:42 AM |
| Attachments: | Mr Jason L Van Dyke.vcf |

Go fuck yourself and what's left of your miserable life.  You have destroyed my life, and for that offense, you will pay with your own.  That's not a threat.  That's a PROMISE motherfucker.



Mr. Jason L. Van Dyke
The Van Dyke Law Firm P.L.L.C.

108 Durango Drive
Crossroads, TX 76227
(469) 964-5346 Work
(972) 421-1830

jason@vandykelawfirm.com