PID 3562337  BF-_____
              CR-2018-07544-E

FILE FOR RECORD
DENTON COUNTY CLERK
DEC 2 1 2018
JULI LUKE
_____ DEPUTY

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE |
| VS | § | COUNTY CRIMINAL COURT #5 |
| JASON LEE VANDYKE | § | DENTON COUNTY, TEXAS |

## JUDGMENT NISI

On this the 21st day of December, 2018, the Court called for hearing the foregoing criminal case wherein the defendant, **Jason Lee Vandyke**, stands charged by information with a misdemeanor offense. The State of Texas appeared by its criminal District Attorney, but the defendant failed to appear and answer. Thereupon the defendants name was distinctly called at the door of this Courthouse, and a reasonable time was given the defendant after such call was made in which to appear, yet the said defendant came not, and wholly made default.

And it appearing to the Court that the defendant as principal, Entered on **September 14, 2018** into a cash/personal bond, payable to the State of Texas in the penal sum of **$1000.00** conditioned that the defendant should make a personal appearance before the Court wherein the criminal case is pending instanter, and there remain from day to day and from term to term of said Court until discharged by due course of law, then and there to answer the above criminal charge.

IT IS THEREFORE ORDERED, that the aforesaid bond is forfeited and the State of Texas have and recover of all the above named defendants, jointly and severally, the amount of the bond mentioned above, prejudgment interest at the maximum rate allowed by law, costs of court, and all necessary and reasonable expenses that may be incurred and occasioned by all Sheriffs and other Peace Officers in re-arresting said defendant. Such re-arrest fees to be determined at the time this judgment becomes final.

IT IS FURTHER ORDERED, that the Clerk shall issue citation to all parties as required by law, and that this Judgment Nisi shall become final unless the defendants appear and show good cause why the defendant-principal did not appear on the above date and why this judgment of forfeiture should not be made final.

IT IS FURTHER ORDERED, that an alias capias issue for the re-arrest of the defendant principal and that the bond thereon is set at a cash/surety bond in the amount of $ No Bond

SIGNED this the 21st day of December, 2018.

_____
Coby Waddill, Judge Presiding