

FILED FOR RECORD
DENTON COUNTY CLERK
DEC 21 2018
JULI LUKE
_____ DEPUTY

CR-2018-07544-E

| | |
|---|---|
| THE STATE OF TEXAS | IN THE COUNTY CRIMINAL |
| VS | COURT NO. 5 |
| JASON LEE VANDYKE | DENTON COUNTY, TEXAS |

## CERTIFICATE OF CALL

On this the **21st day of December, 2018**, pursuant to the order of this court, I did at the doors of the Courthouse of said Court, proceed to call three times loudly and distinctly the above-named Defendant in the above-numbered and entitled cause. A reasonable time was given the Defendant after such call was made in which to appear, but the Defendant did not answer nor appear.

_____ #4356
Court Bailiff/Deputy Michael Sweet

December 21, 2018
Date

1336
Time