

FILE FOR RECORD
DENTON COUNTY CLERK
DEC 21 2018
JULI LUKE
_____ DEPUTY

# Juli Luke
# Denton County Clerk
## INTER-OFFICE COMMUNICATIONS

### Office of the County Clerk, Criminal Division

TO: _Sheriff's Office/ Warrant Division_   DATE: 12/21/2018

RE: _Warrant_   FROM: _County Clerk_

BY: _M. Barnett CCC#5_

☒ PLEASE   ☐ RETURN   ☒ SERVE   ☒ WARRANT   ☐ ALIAS CAPIAS

1. NO. _CR-2018-07544-E_ State of Texas vs. _Jason Lee Vandyke_
2. NO. _____ State of Texas vs. _____
3. NO. _____ State of Texas vs. _____
4. NO. _____ State of Texas vs. _____
5. NO. _____ State of Texas vs. _____
6. NO. _____ State of Texas vs. _____
7. NO. _____ State of Texas vs. _____
8. NO. _____ State of Texas vs. _____
9. NO. _____ State of Texas vs. _____
10. NO. _____ State of Texas vs. _____
11. NO. _____ State of Texas vs. _____

**Received By:**

Print Name: _MICHAEL SWEET_

Signature: _[signature]_

Agency/Department: _DENTON COUNTY S.O._

Date: _21, DECEMBER 2018_