Jason Lee Van Dyke
108 Durango Drive
Crossroads, TX 76227
P - (469) 687-9526
F - (972) 421-1830
E – jasonleevandyke@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | | |
|---|---|---|
| JASON LEE VAN DYKE | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case No. CV-18-4003-PHX-JJT |
| | § | |
| THOMAS CHRISTOPHER RETZLAFF | § | |
|     Defendant. | § | |

## PLAINTIFF'S NOTICE OF NON-PARTICIPATION

Plaintiff, Jason Lee Van Dyke, hereby notifies this Court that he refuses to further participate in this case or in any other manner that will require him to interact with Defendant.  Plaintiff prays that he stop receiving any notifications pertaining to this case.  Such notifications are a waste of Plaintiff's time, and any further proceedings in this case that do not involve a prison sentence for Defendant are a waste of this Court's time.

                                              Respectfully submitted,

                                            /s/ Jason Lee Van Dyke
                                            Jason L. Van Dyke
                                            108 Durango Drive
                                            Crossroads, TX 76227
                                            P – (469) 687-9526
                                            F – (972) 421-1830
                                            Email:  jasonleevandyke@gmail.com

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on Thomas Christopher Retzlaff – convicted felon, known pedophile, serial stalker, and Defendant - by electronic filing on December 26, 2018

/s/ Jason Lee Van Dyke
JASON L.VAN DYKE
