# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Lee Van Dyke,<br><br>    Plaintiff,<br><br>v.<br><br>Thomas Christopher Retzlaff,<br><br>    Defendant. | No. CV-18-04003-PHX-SMB<br><br>**ORDER** |

This matter having been recently assigned to Judge Brnovich,

IT IS ORDERED that **within 10 days** of the date of this order, each party shall file a notice listing any outstanding motions (including the file dates), whether they are ripe for resolution, and any hearings that need to be reset.

Dated this 3rd day of January, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge