# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

**VIA EMAIL: retzlaff@texas.net**

January 4, 2019

Thomas C. Retzlaff
P.O. Box 46424
Phoenix, Arizona 85063-6424

**Re:  Case No. 201707583 - Commission for Lawyer Discipline v. Jason Lee Van Dyke**

Dear Mr. Retzlaff:

Please be advised that the evidentiary hearing for the referenced matter is scheduled for **1:00 p.m. on Friday, February 22, 2019**.  The hearing will be held at the **Mark Burroughs's Office, 1172 Bent Oak Drive, Denton, Texas 76210**.

I will contact you prior to the hearing date to discuss your testimony.  In the meantime, please do not hesitate to contact me should you have any questions.

Sincerely,

Kristin V. Brady
Assistant Disciplinary Counsel

KVB/bp