Thomas Retzlaff
PO Box 46424
Phoenix, AZ 85063-6424
P: (210) 317-9800
Email: retzlaff@texas.net

Defendant, Pro se

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| Jason Lee Van Dyke, <br><br> Plaintiff, <br><br> vs. <br><br> Thomas Christopher Retzlaff a/k/a Dean Anderson, <br><br> Defendant. | Case No.: 2:18-cv-04003-SMB <br><br> **MOTION FOR JUDICIAL NOTICE OF CONVICTION OF PLAINTIFF VAN DYKE FOR BAIL JUMPING** |

Defendant Thomas Retzlaff requests that the Court take Judicial Notice of the conviction of plaintiff Jason Van Dyke for the criminal offense of bail jumping, as provided by Federal Rule of Evidence 201.

## A. INTRODUCTION

Plaintiff is licensed attorney Jason Lee Van Dyke, representing himself *pro se*; defendant is Thomas Christopher Retzlaff, "a/k/a Dean Anderson."

Van Dyke has filed a defamation lawsuit against Retzlaff seeking $100 million in damages claiming that Retzlaff defamed him by getting Van Dyke fired from the

DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 1

Victoria County (Tex.) District Attorney's Office and by filing a grievance against Van Dyke with the State Bar of Texas (for which a disbarment trial is set for February 22, 2019). Van Dyke is also seeking relief against Retzlaff in the form of an injunction seeking to prohibit Retzlaff from calling Van Dyke a Nazi and a white supremacist – despite the fact that Jason Lee Van Dyke is the leader of the *Proud Boys*, which is an FBI declared extremist organization with ties to white nationalists.

### B.  ARGUMENT & AUTHORITIES

The Court may take judicial notice of a fact that is not subject to reasonable dispute because it (1) is generally known within the court's territorial jurisdiction, or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b); see *Bias v. Moynihan*, 508 F.3d 1212, 1225 (9th Cir. 2007) (proceedings in other courts).

Attached are Certified Copies of court records from Denton County, Texas, establishing that plaintiff Jason Lee Van Dyke was recently found guilty of the criminal offense of bail jumping, and that this conviction has been reported to the Texas Department of Public Safety.

As the Court will recall, Van Dyke was arrested on September 14, 2018, for his role in filing a false police report as a part of an insurance fraud scheme in which Van Dyke falsely claimed a bunch of his guns were stolen.  See **ECF 40-1**.  Van Dyke was

DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 2

released on a $1,000 bond. **ECF 40-2**. Because of Van Dyke threatening to murder Retzlaff (on account of his role as the complainant and main witness in the disbarment case), the Denton County District Attorney filed a motion to revoke Van Dyke's bond and ordered him to appear for a December 21 hearing. **ECF 40-5**.

Van Dyke wholly failed to appear. His bond was revoked and a warrant has been issued for his immediate arrest. **ECF 40-6 – 40-8**. ==Since that time Van Dyke has been a fugitive from justice for the past three weeks!!==

On December 28, 2018, Van Dyke was convicted of the offense of bail jumping. See attached **Exhibit 1**. Notice of this conviction has been reported to the Texas Department of Public Safety.

Attached are certified copies of the relevant court records, which Retzlaff asks the Court to take Judicial Notice of, please. See **Exhibit 2**.

Respectfully submitted,

Dated: January 8, 2019         By:_____
                                               Thomas Retzlaff
                                               Defendant, In Pro Per

DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 3

## CERTIFICATE OF SERVICE

I certify that on January 8, 2019, a copy of this document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for plaintiff Jason Lee Van Dyke:

Jason L. Van Dyke, pro se, Email: jason@vandykelawfirm.com.

I certify that Jason L. Van Dyke is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.



By:_____
Thomas Retzlaff
Defendant, In Pro Per

DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 4