# NOTICE OF CONVICTIONS

## CONVICTION • BOND FORFEITURE • MENTALLY INCAPACITATED • EDUCATION PROGRAM

**NAME** (PRINT or TYPE)   Vandyke        Jason        Lee
                          (LAST)         (FIRST)      (MIDDLE)              (SSN)

**DRIVER LICENSE NO., ID NO.**  TX-15158112              **BIRTHDATE** 04/03/1980   **RACE** White   **SEX** Male
(Indicate State if other than Texas)

**ADDRESS**  108 Durango Drive     **CITY** Cross Roads, TX   **TEXAS** 76227
                                                                      (Zip Code)

___ MISDEMEANOR        ___ FELONY        **X** BOND FORFEITURE

**OFFENSE**  FALSE REPORT TO POLICE OFF/SP INV/LAW ENF EMPL

**OFFENSE DATE** 09/13/2018   **CONVICTION DATE** 12/28/2018 (BF)   PENALTY _____   Ignition Interlock Required

OFFENSE COMMITTED
IN COMMERCIAL VEHICLE  ___ YES  ___ NO  ___ UNKNOWN

TRANSPORTING
HAZARDOUS MATERIAL  ___ YES  ___ NO  ___ UNKNOWN

### DRIVER LICENSE OR OPERATING PRIVILEGE SUSPENDED

BEGINNING DATE _____    ENDING DATE _____

**NOTE:** The court must indicate beginning and ending suspension dates for all alcohol related offenses. Questions, please contact Texas Department of Public Safety, Enforcement and Compliance Service at 512/424-2031.

### DRUG EDUCATION PROGRAM

Drug Education Program Successfully Completed _____
                                               Date

### DWI EDUCATION PROGRAMS

| DWI Probation Granted Education program required | Date | DWI Education Program for repeat offenders, required | Date |
| DWI Education Program Successfully completed | Date | DWI Education Program for repeat offenders, successfully completed | Date |
| DWI Education Program Waived | Date | DWI Education Program for repeat offenders, waived | Date |

### GRANTED DWI EDUCATION PROGRAM EXTENSION

Date extended from _____ to _____

**CERTIFIED BY SIGNATURE** *Nancy McLaughlin*   **TITLE** Deputy Clerk   **PHONE #** 940-349-2016

**COURT**  County Court at Law #2        **COUNTY** Denton County

**CAUSE/DOCKET #**  BF-2018-01041

MAIL TO:   TEXAS DEPARTMENT OF PUBLIC SAFETY        EMAIL TO:   ConvictionReporting@dps.texas.gov
           ENFORCEMENT AND COMPLIANCE SERVICE
           PO BOX 4087, AUSTIN TX 78773-0320

DL-117 (Rev.11/12)