FILE FOR RECORD
DENTON COUNTY CLERK
DEC 2 1 2018
JULI LUKE
_____ DEPUTY

PID 3562337            BF-2018-01041
                       CR-2018-07544-E

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE |
| VS | § | COUNTY CRIMINAL COURT #5 |
| JASON LEE VANDYKE | § | DENTON COUNTY, TEXAS |

## JUDGMENT NISI

On this the 21st day of December, 2018, the Court called for hearing the foregoing criminal case wherein the defendant, **Jason Lee Vandyke**, stands charged by information with a misdemeanor offense. The State of Texas appeared by its criminal District Attorney, but the defendant failed to appear and answer. Thereupon the defendants name was distinctly called at the door of this Courthouse, and a reasonable time was given the defendant after such call was made in which to appear, yet the said defendant came not, and wholly made default.

And it appearing to the Court that the defendant as principal, Entered on **September 14, 2018** into a cash/personal bond, payable to the State of Texas in the penal sum of **$1000.00** conditioned that the defendant should make a personal appearance before the Court wherein the criminal case is pending instanter, and there remain from day to day and from term to term of said Court until discharged by due course of law, then and there to answer the above criminal charge.

IT IS THEREFORE ORDERED, that the aforesaid bond is forfeited and the State of Texas have and recover of all the above named defendants, jointly and severally, the amount of the bond mentioned above, prejudgment interest at the maximum rate allowed by law, costs of court, and all necessary and reasonable expenses that may be incurred and occasioned by all Sheriffs and other Peace Officers in re-arresting said defendant. Such re-arrest fees to be determined at the time this judgment becomes final.

IT IS FURTHER ORDERED, that the Clerk shall issue citation to all parties as required by law, and that this Judgment Nisi shall become final unless the defendants appear and show good cause why the defendant-principal did not appear on the above date and why this judgment of forfeiture should not be made final.

IT IS FURTHER ORDERED, that an alias capias issue for the re-arrest of the defendant principal and that the bond thereon is set at a cash/surety bond in the amount of $ No Bond

SIGNED this the 21st day of December, 2018.

_____
Coby Waddill, Judge Presiding

CERTIFIED A TRUE AND CORRECT COPY
OF THE RECORD ON FILE IN MY OFFICE
JULI LUKE
DENTON COUNTY CLERK
12/21/2018   By: Meagan Bronder
Date              Deputy Clerk

FILE FOR RECORD
DENTON COUNTY CLERK
DEC 21 2018
JULI LUKE
DEPUTY

CR-2018-07544-E

| | |
|---|---|
| THE STATE OF TEXAS | IN THE COUNTY CRIMINAL |
| VS | COURT NO. 5 |
| JASON LEE VANDYKE | DENTON COUNTY, TEXAS |

## CERTIFICATE OF CALL

On this the **21st day of December, 2018**, pursuant to the order of this court, I did at the doors of the Courthouse of said Court, proceed to call three times loudly and distinctly the above-named Defendant in the above-numbered and entitled cause. A reasonable time was given the Defendant after such call was made in which to appear, but the Defendant did not answer nor appear.

_____ #4356
Court Bailiff/Deputy Michael Sweet

December 21, 2018
Date

1336
Time

CERTIFIED A TRUE AND CORRECT COPY
OF THE RECORD ON FILE IN MY OFFICE
JULI LUKE
DENTON COUNTY CLERK
12/21/2018   By: Meagan Bronder
Date                 Deputy Clerk

055391

THE STATE OF TEXAS
DENTON

PERSONAL BOND
KNOW ALL MEN BY THESE PRESENTS:

FILE FOR RECORD
DENTON COUNTY CLERK
DEC 17 2018
JULI LUKE
By: SS DEPUTY

**VANDYKE, JASON LEE** as PRINCIPAL,
    Also Known As:
is held firmly bound unto the State of Texas in the penal sum **($1,000.00) One thousand** Dollars. And in addition thereto is bound for the payment of all necessary and reasonable expenses incurred by any and all Sheriffs and other Peace Officers in re-arresting the Principal in the event the conditions of the bond are violated. For the payment of which sum or sums, well and truly to be made, the Principal binds **himself, his** heirs, executors, and administrators jointly and severally by these presents.

The conditions of the above obligation is such that whereas the above named Principal stands charged with a **MISDEMEANOR** offense, duly presented in the **County court of Denton** County, Texas, to wit: **FALSE REPORT TO POLICE OFF/SP INV/LAW ENF EMPL.**

Warrant / Cause Number: **18-572003**

Defendant's Name: Jason Lee Van Dyke
Complete Address: 108 Durango Dr    Crossroads    TX    76227
                    Street            City          State    Zip
Race: W  Sex: M  Height: 6'1  Weight: 245  Hair: BRN  Eyes: GRN  Date of Birth: 4/3/1980
Place of Birth (City or County, and State): Detroit, MI
Driver's License or OTHER Identification Number: 1515812    State: TX
Social Security #: 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  Telephone Number: (469) 464-5346
Employer's Name: Self Employed
Employer's Address: Same As Above
                    Street            City          State    Zip
Nearest Relative: Susan Van Dyke    Relationship: Mother
Relative's Address: 13360 Chittamwood Ln    Frisco    TX    75035
                    Street            City          State    Zip
Relative's Telephone Number: (    )

I swear that I will appear before **County Court at Denton Co.**, Texas, (circle) AS REQUIRED OR on the **day of** A.D., 20 at the hour of
OR UPON NOTICE BY THE COURT, or pay the court the principal sum of **($1,000.00) One thousand** Dollars, plus all necessary and reasonable expenses incurred in any arrest for failure to appear. Now if I shall well and truly make said appearance before the said court, and there remain from day to day and term to term of said court, until discharged by due course of law then and there to answer said accusation against me, and further shall well and truly make my personal appearance in any all subsequent proceedings that may be had relative to said charge in the course of the criminal action based on said charge, this obligation shall become void; otherwise to remain in full force and effect.

Signed and dated on this, the ____ day of _____ A.D. 20____

Taken and approved this, the 14th day of September, A.D., 20 18.
Tracy Murphree, Sheriff of Denton County, Texas.
By _____, Deputy

Principal's Signature or Mark
SUBSCRIBED AND SWORN to before me this, the 14 day of Sep A.D., 20 18

Received by: _____
Name and Court designation of Magistrate authorizing bond: Judge Ramsey

Notary Public

SO# 215881

KIMBERLY NICOLE WHITRIGHT
Notary Public-State of Texas
Notary ID #13041003-6
Commission Exp. OCT. 19, 2019

CR-2018-07544-E



CERTIFIED A TRUE AND CORRECT COPY
OF THE RECORD ON FILE IN MY OFFICE

JULI LUKE
DENTON COUNTY CLERK

12/21/2018   By: Meagan Bronder
Date                  Deputy Clerk

CAUSE NO. BF-2018-01041

| | | |
|---|---|---|
| THE STATE OF TEXSAS § | § | IN THE COUNTY COURT |
| Plaintiff. | § | |
| | § | |
| v. | § | AT LAW NO. 2 |
| | § | |
| JASON LEE VANDYKE | § | |
| Defendant. | § | DENTON COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER

### I.  GENERAL DENIAL

1.1   Defendant, Jason Lee VanDyke, generally denies each and every, all and singular, the allegations contained in the Judgment Nisi and demand strict proof thereof by a preponderance of the good and credible evidence in accordance with the laws of this state.

### II.  AFFIRMATIVE DEFENSES

( Lack of Notice )

2.1   Defendant would show that he did not receive timely actual notice of the hearing referenced in the above-numbered and styled case.

### III.   PRAYER

3.1   WHEREFORE, PREMISES CONSIDERED, Defendant prays that the State of Texas take nothing by its claims against him, that the Judgment Nisi be dismissed with prejudice, and that Defendant's bond be immediately reinstated.

Respectfully submitted,

/s/ Jason Lee Van Dyke
Jason L. Van Dyke
108 Durango Drive
Crossroads, TX 76227
P – (469) 687-9530
F – (972) 421-1830

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on Paul Johnson, Attorney for Plaintiff, by facsimile transmission to 940-349-2601 prior to 5:00 p.m. local time on January 5, 2019.

/s/ Jason Lee Van Dyke
JASON L. VAN DYKE
