Jason Lee Van Dyke
108 Durango Drive
Crossroads, TX 76227
P - (469) 687-9526
F - (972) 421-1830
E - jasonleevandyke@protonmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | | |
|---|---|---|
| JASON LEE VAN DYKE<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | Case No. CV-18-4003-PHX |
| THOMAS CHRISTOPHER RETZLAFF<br>    Defendant. | §<br>§<br>§<br>§ | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR JUDICIAL NOTICE**

1. Plaintiff has never been charged with or convicted of the criminal offense of bail jumping in any court.

2. The documents submitted by Defendant do not demonstrate a conviction for any offense. See ECF 45.

3. Plaintiff declines to respond further to the lunatic and prays that said lunatic's motion be denied.

Respectfully submitted,

/s/ Jason Lee Van Dyke
Jason L. Van Dyke
108 Durango Drive
Crossroads, TX 76227
P – (469) 687-9526
F – (972) 421-1830
Email: jasonleevandyke@gmail.com

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on Thomas Christopher Retzlaff, Lunatic, by electronic filing on January 8, 2019.

/s/ Jason Lee Van Dyke
JASON L.VAN DYKE
