Thomas Retzlaff
PO Box 46424
Phoenix, AZ 85063-6424
P: (210) 317-9800
Email: retzlaff@texas.net

Defendant, Pro se

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| Jason Lee Van Dyke,<br><br>          Plaintiff,<br><br>vs.<br><br>Thomas Christopher Retzlaff a/k/a Dean Anderson,<br><br>          Defendant. | Case No.: 2:18-cv-04003-SMB<br><br>**RETZLAFF'S SECOND SUPPLEMENTAL ANTI-SLAPP EXHIBITS** |

Defendant, Tom Retzlaff, filed an anti-SLAPP motion to dismiss and for sanctions with the Court on November 23, 2018.  (Dkt # 13.)

Attached is a supplemental exhibit that Retzlaff asks the Court to take notice of and to use with regards to deciding the anti-SLAPP motion.  These are employment records of the plaintiff Jason Lee Van Dyke that establish his status as not only a public official, but a public figure, too.

On seven separate occasions Van Dyke submitted applications for employment with the Denton County (Tex.) District Attorney's Office:  12/01/2010, 07/31/2012,

DEFENDANT'S SUPPLEMENTAL ANTI-SLAPP EXHIBITS- 1

08/26/2012, 02/25/2013, 06/08/2016, 11/07/2016, and 06/08/2017.  Each of these times Van Dyke lied by omitting his arrests by the Michigan State Police for domestic violence, stalking, and weapons offenses that happened on November 17, 2000.  At the time, Van Dyke was enrolled as a student at Michigan State University.  When the police raided his dorm room, they found a cache of weapons and a stockpile of white supremacist / anti-government literature such as The Turner Diaries and *The Protocols For The Elders Of Zion*.

Attached are 49 pages of the background checks, resumes, and applications for employment.  Of note is the fact that Van Dyke lists as 'personal & professional references' people with whom he is involved in his Nazi / white supremacist activities:

1. Spencer James Robuck
2. Kyle James Bristow
3. Alan Kramer Taggart
4. William Sean Hennessey
5. Jon Alan Langbert
6. Joshua James Conklin
7. Cory Lee Kiel
8. Trenton Thomas Moody
9. Chance William Lanzillo

DEFENDANT'S SUPPLEMENTAL ANTI-SLAPP EXHIBITS- 2

10. Joshua Zechariah Behrens[1]

Respectfully submitted,

Dated: January 8, 2019          By:_____
                                      Thomas Retzlaff
                                      Defendant, In Pro Per

---

[1] Retzlaff has redacted all of their personal information and home / work / email addresses from this document. But he is willing to provide same to anyone and everyone who requests it.

DEFENDANT'S SUPPLEMENTAL ANTI-SLAPP EXHIBITS- 3

## CERTIFICATE OF SERVICE

I certify that on January 8, 2019, a copy of this document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for plaintiff Jason Lee Van Dyke:

Jason L. Van Dyke, pro se, Email: jason@vandykelawfirm.com.

I certify that Jason L. Van Dyke is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

By:_____
Thomas Retzlaff
Defendant, In Pro Per

DEFENDANT'S SUPPLEMENTAL ANTI-SLAPP EXHIBITS- 4