# Jason Lee Van Dyke



## Profile

Accomplished attorney with strong background in collection litigation, judgment enforcement, receiverships, commercial factoring and secured transactions. Proven ability to successfully litigate cases and enforce judgments.  Licensed to practice in the State of Texas and before the U.S. District Courts and Bankruptcy Courts for the Northern, Eastern, and Southern Districts of Texas.  Currently seeking a position outside the area of commercial debt collection.

## Legal Experience

**Haller, Harlan & Taylor**
*General Counsel,* November 2009  – Present
- Primarily responsible for litigating debt and contract cases on behalf of Texas-based clients.
- Also responsible for enforcement of employment agreements (including non-compete and non-solicitation clauses) and loss prevention.
- Greatly increased work as a court appointed receiver with experience as a receiver in over 200 cases within the Metroplex.

**Langbert Financial, Inc.**
*General Counsel,* April 2007 – November 2009
- Responsible for general loss prevention, document review, and drafting of contracts for a real estate factoring company.
- Litigated over 300 commercial debt collection cases for a diverse array of clients and successfully collected over $500,000.00 in judgments and written off accounts.
- Developed relationships with real estate professionals to enforce company's security interests under the Uniform Commercial Code and to prevent fraud.
- Served as a court appointed receiver under the Texas Turnover Statute in numerous commercial debt cases.

# Education

**Stetson University College of Law**
*Juris Doctor*
- Certificate of Concentration in Advocacy
- William F. Blews Pro-Bono Service Award
- Pinellas County Teen Court Volunteer and Judge

**University of Dallas**
*Bachelor of Arts - Politics*
- Texas Undergraduate Moot Court

# Technological Certifications

Lexis-Nexis • WestLaw • CM/ECF
Notary Public (Texas) • Private Process Server (Texas)

# Community Involvement & Activities

Theta Chi Fraternity • 2007 - Present
Eagle Scout • 1995

# Professional References

Jon Langbert

William S. Hennessey

Mark Blenden

Harrell Pailet

# Jason Lee Van Dyke

## Profile

Accomplished attorney with strong background in criminal defense, commercial debt collection, post-judgment receiverships, and consumer credit repair. Proven ability to successfully defend against misdemeanor and felony charges, collect commercial debts through litigation, enforce judgments, repair credit and settle debts on behalf of consumers. Applicant desires a major change to his career path as either an assistant district attorney or a title company fee attorney. Over eight years of experience practicing law in the State of Texas. Also licensed in Colorado, Georgia and in the District of Columbia.

## Professional Experience

### The Van Dyke Law Firm P.L.L.C.

*Owner,* May 2011 – Present

- Solo practitioner responsible for all functions of a law firm primarily in the business of criminal defense (including juvenile), creditor/debtor law, consumer law, and credit repair. Firm has an "A+" rating with, and is accredited by, the Better Business Bureau.
- Firm has represented various individuals in obtaining money judgments and injunctive relief against "revenge pornography" websites and operators.
- Major clients include Tucker Albin & Associates, Inc., White Jacobs & Associates, Inc., AssessMD L.L.C., Essendant Co., Maverick Title of Texas L.L.C, and Tri-W Global, Inc. Mr. Van Dyke is approved to accept court appointments for state jail felony and third degree felony cases in Collin County, Texas.

### Haller, Harlan & Taylor

*General Counsel,* November 2009 – April 2011

- Primarily responsible for litigating debt and contract cases on behalf of Texas-based clients and defending company against FDCPA and contract litigation.
- Also responsible for enforcement of employment agreements (including non-compete and non-solicitation clauses) and loss prevention.

**Langbert Financial, Inc.**

*General Counsel,* April 2007 – November 2009

- Responsible for general loss prevention, document review, and drafting of contracts for a real estate factoring company.
- Litigated over three hundred commercial debt collection cases for a diverse array of clients and successfully collected over $500,000.00 in judgments and written off accounts.

**Office of the State Attorney, Sixth Judicial Circuit**

*Prosecution Clinic Intern,* August 2006 – November 2006

- Responsible for legal research, writing, motion practice, and assistance in making charging decisions for adult misdemeanor cases.
- Assisted with trial preparation, argument of criminal motions, and trial practice in misdemeanor cases while supervised by Florida attorneys.

## Education

**Stetson University College of Law**

*Juris Doctor*                                                                                                December 2006

- Certificate of Concentration in Advocacy
- William F. Blews Pro-Bono Service Award
- Pinellas County Teen Court Volunteer and Judge

**University of Dallas**

*Bachelor of Arts – Politics*                                                                          December 2003

- Texas Undergraduate Moot Court
- Pre-Law Society
- College Republicans

## Federal Bar Admissions

- U.S. Supreme Court
- U.S. Court of Appeals for the Armed Forces
- U.S. Court of Appeals for Veteran's Claims
- Fifth Circuit Court of Appeals
- U.S. District Court for the Northern District of Texas
- U.S. District Court for the Eastern District of Texas
- U.S. District Court for the Western District of Texas
- U.S. District Court for the Southern District of Texas
- U.S. District Court for the District of Colorado
- U.S. District Court for the Northern District of Ohio

## Other Qualifications

- Texas Notary Public
- Texas License to Carry Instructor and NRA Certified Pistol Instructor
- Eagle Scout

# Jason Lee Van Dyke

## Profile

Accomplished attorney with strong background in criminal defense, commercial debt collection, post-judgment receiverships, and consumer credit repair.  Proven ability to successfully defend against misdemeanor and felony charges, collect commercial debts through litigation, enforce judgments, repair credit and settle debts on behalf of consumers.   Over nine years of experience practicing law in the State of Texas.  Also licensed in Colorado, Georgia and in the District of Columbia.

## Professional Experience

**The Van Dyke Law Firm P.L.L.C.**
*Owner*, May 2011 – Present

- Solo practitioner responsible for all functions of a law firm primarily in the business of criminal defense (including juvenile), title insurance, creditor/debtor law, consumer law, and credit repair.
- Criminal defense experience includes cases involving domestic violence, driving while intoxicated, aggravated assault, unlawful carry of a weapon, burglary, robbery, identity theft, and drug offenses.  Mr. Van Dyke is authorized to accept court appointments in Collin County for state jail felony and third degree felony offense.
-  Litigation experience includes an extensive background in commercial debt collection, consumer law (including unfair debt collection, credit repair, debt settlement, and deceptive trade practices), defamation, and invasion of privacy torts.
- Real estate law experience includes various aspects of title insurance and landlord/tenant law (including evictions, security deposit claims, and repair/remedy claims)

**Haller, Harlan & Taylor**
*General Counsel*, November 2009  – April 2011

- Primarily responsible for litigating debt and contract cases on behalf of Texas-based clients and defending company against FDCPA and contract litigation.
- Also responsible for enforcement of employment agreements (including non-compete and non-solicitation clauses) and loss prevention.

**Langbert Financial, Inc.**
*General Counsel*, April 2007 – November 2009
- Responsible for general loss prevention, document review, and drafting of contracts for a real estate factoring company.
- Litigated over three hundred commercial debt collection cases for a diverse array of clients and successfully collected over $500,000.00 in judgments and written off accounts.

**Office of the State Attorney, Sixth Judicial Circuit**
*Prosecution Clinic Intern*, August 2006 – November 2006
- Responsible for legal research, writing, motion practice, and assistance in making charging decisions for adult misdemeanor cases.
- Assisted with trial preparation, argument of criminal motions, and trial practice in misdemeanor cases while supervised by Florida attorneys.

## Education

**Stetson University College of Law**
*Juris Doctor*                                                      December 16, 2006
- Certificate of Concentration in Advocacy
- William F. Blews Pro-Bono Service Award
- Pinellas County Teen Court Volunteer and Judge

**University of Dallas**
*Bachelor of Arts – Politics*                                       December 31, 2003
- Texas Undergraduate Moot Court
- Pre-Law Society
- College Republicans

## Federal Bar Admissions

- U.S. Supreme Court
- U.S. Court of Appeals for the Armed Forces
- U.S. Court of Appeals for Veteran's Claims
- Fifth Circuit Court of Appeals
- U.S. District Court for the Northern District of Texas
- U.S. District Court for the Eastern District of Texas
- U.S. District Court for the Western District of Texas
- U.S. District Court for the Southern District of Texas
- U.S. District Court for the District of Colorado
- U.S. District Court for the Northern District of Ohio

## Other Qualifications

- Texas Notary Public
- Texas License to Carry Instructor and NRA Certified Pistol Instructor
- Eagle Scout

# Jason Lee Van Dyke

## Profile

Accomplished attorney with strong background in criminal defense, commercial debt collection, post-judgment receiverships, and consumer credit repair. Proven ability to successfully defend against misdemeanor and felony charges, collect commercial debts through litigation, enforce judgments, repair credit and settle debts on behalf of consumers. Over nine years of experience practicing law in the State of Texas. Also licensed in Colorado, Georgia and in the District of Columbia. Applicant is most interested in pursuing a new career as an assistant district attorney or in law enforcement.

## Professional Experience

**Karlseng, LeBlanc & Rich L.L.C.**
*Associate Attorney,* March 2017 - Present

- In-house attorney for a title company primarily responsible for mitigation and review of title insurance claims.
- Also responsible for other in-house work related to the title insurance industry including, but not limited to, employment law and debt recovery.

**The Van Dyke Law Firm P.L.L.C.**
*Owner,* May 2011 - March 2017

- Solo practitioner responsible for all functions of a law firm primarily in the business of criminal defense (including juvenile), title insurance, creditor/debtor law, consumer law, and credit repair.
- Criminal defense experience includes cases involving domestic violence, driving while intoxicated, aggravated assault, unlawful carry of a weapon, burglary, robbery, identity theft, and drug offenses.
- Litigation experience includes an extensive background in commercial debt collection, consumer law (including unfair debt collection, credit repair, debt settlement, and deceptive trade practices), defamation, and invasion of privacy torts.
- Real estate law experience includes various aspects of title insurance and landlord/tenant law (including evictions, security deposit claims, and repair/remedy claims)

**Haller, Harlan & Taylor**

*General Counsel,* November 2009 – April 2011
- Primarily responsible for litigating debt and contract cases on behalf of Texas-based clients and defending company against FDCPA and contract litigation.
- Also responsible for enforcement of employment agreements (including non-compete and non-solicitation clauses) and loss prevention.

**Langbert Financial, Inc.**

*General Counsel,* April 2007 – November 2009
- Responsible for general loss prevention, document review, and drafting of contracts for a real estate factoring company.
- Litigated over three hundred commercial debt collection cases for a diverse array of clients and successfully collected over $500,000.00 in judgments and written off accounts.

**Office of the State Attorney, Sixth Judicial Circuit**

*Prosecution Clinic Intern,* August 2006 – November 2006
- Responsible for legal research, writing, motion practice, and assistance in making charging decisions for adult misdemeanor cases.
- Assisted with trial preparation, argument of criminal motions, and trial practice in misdemeanor cases while supervised by Florida attorneys.

# Education

**Stetson University College of Law**

*Juris Doctor*                                                                December 16, 2006
- Certificate of Concentration in Advocacy
- William F. Blews Pro-Bono Service Award

**University of Dallas**

*Bachelor of Arts – Politics*                                                December 31, 2003
- Texas Undergraduate Moot Court
- Pre-Law Society

# Federal Bar Admissions

- U.S. Supreme Court
- U.S. Court of Appeals for the Armed Forces
- U.S. Court of Appeals for Veteran's Claims
- Fifth Circuit Court of Appeals
- U.S. District Court for the Northern District of Texas
- U.S. District Court for the Eastern District of Texas
- U.S. District Court for the Western District of Texas
- U.S. District Court for the Southern District of Texas
- U.S. District Court for the District of Colorado
- U.S. District Court for the Northern District of Ohio

## Professional References

- Spencer James Robuck      –
- Kyle James Bristow        –
- Alan Kramer Taggart       –
- William Sean Hennessey    –
- Jon Alan Langbert         –



## Personal References

- Joshua James Conklin      –
- Cory Lee Kiel             –
- Trenton Thomas Moody      –
- Chance William Lanzillo   –
- Joshua Zechariah Behrens  –



Jason Van Dyke                                    Person ID: 8295344                                    Received: 12/1/10 2:54 PM

## EMPLOYMENT APPLICATION

**DENTON COUNTY**
401 W. Hickory, Suite 516
Denton, Texas 76201
940-349-3080
https://www.dentoncounty.com/jobs

**Van Dyke, Jason L**
**10-163 MISDEMEANOR PROSECUTOR II - CRIMINAL**

**Received: 12/1/10 2:54 PM**
**For Official Use Only:**
QUAL:_____
DNQ:_____
□ Experience
□ Training
□ Other:_____

### PERSONAL INFORMATION

| | |
|---|---|
| **POSITION TITLE:** MISDEMEANOR PROSECUTOR II - CRIMINAL | **EXAM ID#:** 10-163 |
| **NAME:** (Last, First, Middle) Van Dyke, Jason L | **SOCIAL SECURITY NUMBER:** N/A |
| **ADDRESS:** (Street, City, State, Zip Code) | **EMAIL ADDRESS:** |
| **HOME PHONE:** / **ALTERNATE PHONE:** | **NOTIFICATION PREFERENCE:** Email |
| **DRIVER'S LICENSE:** ■ Yes □ No / **DRIVER'S LICENSE:** State:■ Number: | **LEGAL RIGHT TO WORK IN THE UNITED STATES?** ■ Yes □ No |

### PREFERENCES

**MINIMUM COMPENSATION:**
$50,000.00 per year

**ARE YOU WILLING TO RELOCATE?**
■Yes □No □Maybe

**WHAT TYPE OF JOB ARE YOU LOOKING FOR?**
Regular

**TYPES OF WORK YOU WILL ACCEPT:**
Full Time

**SHIFTS YOU WILL ACCEPT:**
Day,Evening,Night,On Call (as needed)

**OBJECTIVE:**
To obtain employment as an Assistant District Attorney in Denton County.

### EDUCATION

| | | |
|---|---|---|
| **DATES:** From: 1/2003 To: 12/2006 | **SCHOOL NAME:** Stetson University College of Law | |
| **LOCATION:(City, State)** Gulfport , Florida | **DID YOU GRADUATE?** ■Yes □No | **DEGREE RECEIVED:** Doctorate |
| **MAJOR:** Law | | **UNITS COMPLETED:** 89 - Semester |
| **DATES:** From: 8/2001 To: 12/2003 | **SCHOOL NAME:** University of Dallas | |
| **LOCATION:(City, State)** Irving , Texas | **DID YOU GRADUATE?** ■Yes □No | **DEGREE RECEIVED:** Bachelor's |
| **MAJOR:** Politics | | **UNITS COMPLETED:** 66 - Quarter |
| **DATES:** From: 8/1998 To: 12/2000 | **SCHOOL NAME:** Michigan State University | |
| **LOCATION:(City, State)** East Lansing , Michigan | **DID YOU GRADUATE?** □Yes ■No | **DEGREE RECEIVED:** No Degree |
| **MAJOR:** Political Theory & Constitutional Democracy | | **UNITS COMPLETED:** 72 - Semester |
| **DATES:** From: 8/1997 To: 6/1998 | **SCHOOL NAME:** Lutheran High School Northwest | |
| **LOCATION:(City, State)** Rochester Hills , Michigan | **DID YOU GRADUATE?** ■Yes □No | **DEGREE RECEIVED:** High School Diploma |

### WORK EXPERIENCE

| | | |
|---|---|---|
| **DATES:** From: 11/2009 To: Present | **EMPLOYER:** Haller, Harlan & Taylor | **POSITION TITLE:** General Counsel |
| **ADDRESS:** (Street, City, State, Zip Code) 5085 W. Park Blvd #150, Plano, Texas, 75093 | | **COMPANY URL:** http://www.hhtcfs.com |
| **PHONE NUMBER:** (469) 298-1087 | **SUPERVISOR:** Michael Haller - President | **MAY WE CONTACT THIS EMPLOYER?** □Yes ■No |
| **HOURS PER WEEK:** 45 | **SALARY:** $5,000.00/month | **# OF EMPLOYEES SUPERVISED:** 1 |

**DUTIES:**
Litigation of commercial debt cases within the State of Texas for customers of HHT. Also responsible for prosecuting the company's own litigation against other entities, defending the company from litigation, the enforcement of employment agreements, and general loss prevention.

**REASON FOR LEAVING:**
Presently employed. Seeking new position due to irreconcilable differences with employer regarding compensation package (specifically, the payment of commissions)

| DATES: | EMPLOYER: | POSITION TITLE: |
|---|---|---|
| From: 4/2007 To: 11/2009 | Langbert Financial, Inc. | General Counsel |

| ADDRESS: (Street, City, State, Zip Code) | COMPANY URL: |
|---|---|
| 9400 N. Central Expressway #450, Dallas, Texas, 75231 | http://www.langbert.com |

| PHONE NUMBER: | SUPERVISOR: | MAY WE CONTACT THIS EMPLOYER? |
|---|---|---|
| (214) 891-9400 | Jon Alan Langbert - President | ■Yes □No |

| HOURS PER WEEK: | SALARY: | # OF EMPLOYEES SUPERVISED: |
|---|---|---|
| 40 | $2,500.00/month | 0 |

**DUTIES:**
Prosecution of commercial debt litigation related to real estate factoring agreements, enforcement of security interests under the Uniform Commercial Code, and general fraud prevention. Also responsible for representing the company's interests in U.S. Bankruptcy Court in cases where a debtor filed for bankruptcy protection.

**REASON FOR LEAVING:**
Accepted new position at Haller, Harlan & Taylor.

## CERTIFICATES AND LICENSES

| TYPE: | |
|---|---|
| Attorney & Counselor at Law | |

| LICENSE NUMBER: | ISSUING AGENCY: |
|---|---|
| 24057426 | The Supreme Court of Texas |

| TYPE: | |
|---|---|
| Attorney & Counselor at Law | |

| LICENSE NUMBER: | ISSUING AGENCY: |
|---|---|
| N/A | U.S. District Court for the Northern District of Texas |

| TYPE: | |
|---|---|
| Attorny & Counselor at Law | |

| LICENSE NUMBER: | ISSUING AGENCY: |
|---|---|
| N/A | U.S. District Court for the Southern District of Texas |

| TYPE: | |
|---|---|
| Attorney & Counselor at Law | |

| LICENSE NUMBER: | ISSUING AGENCY: |
|---|---|
| N/A | U.S. District Court for the Eastern District of Texas |

| TYPE: | |
|---|---|
| Notary Public | |

| LICENSE NUMBER: | ISSUING AGENCY: |
|---|---|
| N/A | The State of Texas |

| TYPE: | |
|---|---|
| Certified Private Process Server | |

| SCH 4876 | Texas Supreme Court |
|---|---|

## Skills

| OFFICE SKILLS: |
|---|
| Typing:75 |
| Data Entry:0 |

| OTHER SKILLS: |
|---|
| LANGUAGE(S): |

## ADDITIONAL INFORMATION

**Clinical Experience**
Pinellas County Florida Prosecution Clinic - Fall 2006
**Honors & Awards**
Stetson University College of Law
Certificate of Concentration in Advocacy - 2006
Stetson University College of Law
William F. Blews Pro Bono Service Award - 2006
Eagle Scout - 1995
**Volunteer Experience**
Pinellas County Teen Court Advocate and Judge - 2003 - 2006
**Professional Associations**
Notary Public - State of Texas
Certified Private Process Server (Texas)
**Interests & Activities**
Theta Chi Fraternity Alumnus of the Year - 2009
Theta Chi Fraternity Alumnus Helping Hand
Award - 2008

Jason Van Dyke                                Person ID: 8295344                                Received: 12/1/10 2:54 PM

| REFERENCES | | |
|---|---|---|
| **REFERENCE TYPE:**<br>Professional | **NAME:**<br>Jon Langbert | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| | | |
| **REFERENCE TYPE:**<br>Professional | **NAME:**<br>William Hennessey | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |
| **REFERENCE TYPE:**<br>Professional | **NAME:**<br>Mark Blenden | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |
| **REFERENCE TYPE:**<br>Professional | **NAME:**<br>David Roth | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |
| **REFERENCE TYPE:**<br>Professional | **NAME:**<br>Harrell Pallet | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |
| **REFERENCE TYPE:**<br>Personal | **NAME:**<br>Joshua Conklin | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |
| **REFERENCE TYPE:**<br>Personal | **NAME:**<br>Alex Young | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |

Denton County                      10-163 MISDEMEANOR PROSECUTOR II - CRIMINAL                      3/5

## Agency-Wide Questions

1. **Are you at least 18 years of age?**
   Yes
2. **Are you currently an employee with Denton County?**
   No
3. **If you answered "Yes" to question 2, which department do you currently work for? If not applicable, put N/A.**
   N/A
4. **Have you worked for Denton County previously?**
   No
5. **If you answered "Yes" to question 4, list the dates of service and the department in which you previously worked. If not applicable, put N/A.**
   N/A
6. **Are you related by marriage or a blood relationship to any Denton County employee?**
   No
7. **If you answered "Yes" to question 6, please list relatives. If not applicable, put N/A.**
   N/A
8. **Have you been fired or asked to resign from a job within the last five (5) years?**
   No
9. **If you answered "Yes" to question 8, please explain. If not applicable, put N/A.**
   N/A
10. **Have you been convicted of a crime in the past ten (10) years, excluding misdemeanors and summary offenses, which has not been anulled, expunged or sealed by the Court?**
    Yes
11. **If you answered "Yes" to question 10, please explain. If not applicable, put N/A.**

12. **Are you currently employed?**
    Yes
13. **On what date would you be available for work?**
    Would need 3 months to assist in training a replacement
14. **Have you ever been bonded?**
    No
15. **If you answered "Yes" to question 14, please provide dates and type of bond. If not applicable, put N/A.**
    N/A
16. **Are you bilingual?**
    No
17. **If you are bilingual, list what language(s). If not applicable, put N/A.**
    N.A
18. **Typing Test Score**

Jason Van Dyke                    Person ID: 8295344                    Received: 12/1/10 2:54 PM

## Job Specific Supplemental Questions

1. **Failure to accept the acknowledgement statement below can result in your employment application being rejected for failure to meet the minimum qualifications as stated in the job posting. Your application for this employment opportunity will not be reconsidered if you fail to abide by the statements below.** COMPLETED APPLICATION ACKNOWLEDGMENT : I hereby acknowledge that I must complete all sections of the employment application. I understand that failure to enter all relevant work experience in the work history section of the application will result in rejection of my employment application. I also understand I must provide at least three references. Furthermore, I acknowledge that Denton County does **NOT** accept resumes in lieu of completed applications. **Please enter your initials and today's date as acceptance of this acknowledgement. If you do not accept this acknowledgement, please enter N/A.**

   JLV 12/1/2010

2. **Please indicate the highest level of education obtained**

   Juris Doctorate

3. **I acknowledge that I must provide the Denton County Human Resources Department an OFFICIAL transcript confirming hours completed as indicated in the question above, should an employment opportunity be offered and accepted. Please enter your initials and today's date as acknowledgement. If you did not indicate completion of credit hours, please enter N/A.**

   JLV 12/1/2010

4. **Please select the years of fulltime experience you have in practicing law or in other related fields?** NOTE: YOU MUST COMPLETE THE WORK HISTORY SECTION OF THE EMPLOYMENT APPLICATION TO INCLUDE THE VERIFIABLE FULLTIME EQUIVALENT YEARS OF EXPERIENCE AS INDICATED OR BE DISQUALIFIED.

   3 Years

5. **Are you licensed to practice law in the State of Texas?**

   Yes

6. **Do you believe you can successfully pass a State Criminal History background check?**

   Yes

7. **Are you presently involved in any criminal proceedings, (i.e. required to appear in court and/or pay a fine, pay probationary fees, on probation, or deferred adjudication), for a felony or misdemeanor, excluding minor traffic violations?**

   No

8. **Have you ever been arrested or convicted of a violation of any criminal statute in any state, whether a misdeameanor or felony?**

   Yes

9. **If you have answered yes to either of the previous two questions please provide the following information: List the type of arrest or conviction (felony or misdemeanor), the date of arrest or conviction, the type of arrest or conviction (describe the nature of the offense), and the dispostion of the arrest or conviction (jail/prison, probation, reduced charge or dismissed) for each offense. If you responded no to both of the previous two questions please enter, N/A.**

   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   No more than two misdemeanor traffic violations in the past two years (Texas)

The following terms were accepted by the applicant upon submitting the online application:

By clicking on the 'Accept' button, I hereby certify that every statement I have made in this application is true and complete to the best of my knowledge. I understand that any false or incomplete answer may be grounds for not employing me or for dismissing me after I begin work. I understand that I will have to produce documentation verifying identity and employment eligibility in the U.S. I understand that I may be required to verify any and all information given on this application. I understand that this completed application is the property of Denton County and will not be returned. I understand Denton County may contact prior employers and other references. I understand that I must notify the Human Resources Department of any changes in my name, address, or phone number.

This application was submitted by Jason L Van Dyke on 12/1/10 2:54 PM

Signature_____

Date_____

Jason Van Dyke                                    Person ID: 8295344                          Received: 7/31/12 12:43 PM

## EMPLOYMENT APPLICATION

**DENTON COUNTY**
401 W. Hickory, Suite 516
Denton, Texas 76201
940-349-3080
https://www.dentoncounty.com/jobs

**Van Dyke, Jason L**
**12-129 APPELLATE ATTORNEY III**

**Received:** 7/31/12 12:43 PM
**For Official Use Only:**
QUAL:_____
DNQ:_____
☐ Experience
☐ Training
☐ Other:_____

### PERSONAL INFORMATION

| | |
|---|---|
| **POSITION TITLE:** APPELLATE ATTORNEY III | **EXAM ID#:** 12-129 |
| **NAME:** (Last, First, Middle) Van Dyke, Jason L | **SOCIAL SECURITY NUMBER:** N/A |
| **ADDRESS:** (Street, City, State, Zip Code) | **EMAIL ADDRESS:** |

| **HOME PHONE:** | **ALTERNATE PHONE:** | **NOTIFICATION PREFERENCE:** Email |
|---|---|---|
| **DRIVER'S LICENSE:** ■ Yes ☐ No | **DRIVER'S LICENSE:** State:█ Number:█ | **LEGAL RIGHT TO WORK IN THE UNITED STATES?** ■ Yes ☐ No |

### PREFERENCES

| | |
|---|---|
| **MINIMUM COMPENSATION:** $50,000.00 per year | **ARE YOU WILLING TO RELOCATE?** ■Yes ☐No ☐Maybe |

**WHAT TYPE OF JOB ARE YOU LOOKING FOR?**
Regular
**TYPES OF WORK YOU WILL ACCEPT:**
Full Time
**SHIFTS YOU WILL ACCEPT:**
Day, Evening, Night, On Call (as needed)
**OBJECTIVE:**
To obtain employment as an Assistant District Attorney in Denton County.

### EDUCATION

| **DATES:** From: 1/2003 To: 12/2006 | **SCHOOL NAME:** Stetson University College of Law | |
|---|---|---|
| **LOCATION:(City, State)** Gulfport , Florida | **DID YOU GRADUATE?** ■Yes ☐No | **DEGREE RECEIVED:** Doctorate |
| **MAJOR:** Law | **UNITS COMPLETED:** 89 - Semester | |

| **DATES:** From: 8/2001 To: 12/2003 | **SCHOOL NAME:** University of Dallas | |
|---|---|---|
| **LOCATION:(City, State)** Irving , Texas | **DID YOU GRADUATE?** ■Yes ☐No | **DEGREE RECEIVED:** Bachelor's |
| **MAJOR:** Politics | **UNITS COMPLETED:** 66 - Quarter | |

| **DATES:** From: 8/1998 To: 12/2000 | **SCHOOL NAME:** Michigan State University | |
|---|---|---|
| **LOCATION:(City, State)** East Lansing , Michigan | **DID YOU GRADUATE?** ☐Yes ■No | **DEGREE RECEIVED:** No Degree |
| **MAJOR:** Political Theory & Constitutional Democracy | **UNITS COMPLETED:** 72 - Semester | |

| **DATES:** From: 8/1997 To: 6/1998 | **SCHOOL NAME:** Lutheran High School Northwest | |
|---|---|---|
| **LOCATION:(City, State)** Rochester Hills , Michigan | **DID YOU GRADUATE?** ■Yes ☐No | **DEGREE RECEIVED:** High School Diploma |

### WORK EXPERIENCE

| **DATES:** From: 5/2011 To: Present | **EMPLOYER:** The Van Dyke Law Firm PLLC | **POSITION TITLE:** Attorney |
|---|---|---|
| **ADDRESS:** (Street, City, State, Zip Code) 16901 Dallas Parkway #250, Addison, Texas, 75001 | | **COMPANY URL:** www.vandykelawfirm.com |
| **PHONE NUMBER:** (972) 372-0200 | **SUPERVISOR:** Self Employed | **MAY WE CONTACT THIS EMPLOYER?** ■Yes ☐No |
| **HOURS PER WEEK:** 45 | **SALARY:** $3,000.00/month | **# OF EMPLOYEES SUPERVISED:** 0 |

**DUTIES:**
Lead trial counsel in criminal defense cases in Dallas, Collin, & Denton County. Court-appointed receivership work as well.

**REASON FOR LEAVING:**
N/A

| DATES:<br>From: 11/2009 To: 4/2011 | EMPLOYER:<br>Haller, Harlan & Taylor | POSITION TITLE:<br>General Counsel |
|---|---|---|
| ADDRESS: (Street, City, State, Zip Code)<br>5085 W. Park Blvd #150, Plano, Texas, 75093 | | COMPANY URL:<br>http://www.hhtcfs.com |
| (469) 298-1087 | Michael Haller - President | ☐Yes ■No |
| HOURS PER WEEK:<br>45 | SALARY:<br>$5,000.00/month | # OF EMPLOYEES SUPERVISED:<br>1 |

**DUTIES:**
Litigation of commercial debt cases within the State of Texas for customers of HHT. Also responsible for prosecuting the company's own litigation against other entities, defending the company from litigation, the enforcement of employment agreements, and general loss prevention.

**REASON FOR LEAVING:**
Company went out of business

| DATES:<br>From: 4/2007 To: 11/2009 | EMPLOYER:<br>Langbert Financial, Inc. | POSITION TITLE:<br>General Counsel |
|---|---|---|
| ADDRESS: (Street, City, State, Zip Code)<br>9400 N. Central Expressway #450, Dallas, Texas, 75231 | | COMPANY URL:<br>http://www.langbert.com |
| PHONE NUMBER:<br>(214) 891-9400 | SUPERVISOR:<br>Jon Alan Langbert - President | MAY WE CONTACT THIS EMPLOYER?<br>■Yes ☐No |
| HOURS PER WEEK:<br>40 | SALARY:<br>$2,500.00/month | # OF EMPLOYEES SUPERVISED:<br>0 |

**DUTIES:**
Prosecution of commercial debt litigation related to real estate factoring agreements, enforcement of security interests under the Uniform Commercial Code, and general fraud prevention. Also responsible for representing the company's interests in U.S. Bankruptcy Court in cases where a debtor filed for bankruptcy protection.

**REASON FOR LEAVING:**
Accepted new position at Haller, Harlan & Taylor.

| CERTIFICATES AND LICENSES | |
|---|---|
| **TYPE:**<br>Attorney & Counselor at Law | |
| LICENSE NUMBER:<br>24057426 | ISSUING AGENCY:<br>The Supreme Court of Texas |
| **TYPE:**<br>Attorney & Counselor at Law | |
| LICENSE NUMBER:<br>N/A | ISSUING AGENCY:<br>U.S. District Court for the Northern District of Texas |
| **TYPE:**<br>Attorny & Counselor at Law | |
| LICENSE NUMBER:<br>N/A | ISSUING AGENCY:<br>U.S. District Court for the Southern District of Texas |
| **TYPE:**<br>Attorney & Counselor at Law | |
| LICENSE NUMBER:<br>N/A | ISSUING AGENCY:<br>U.S. District Court for the Eastern District of Texas |

**Skills**

OFFICE SKILLS:
Typing:75
Data Entry:0

**OTHER SKILLS:**

**LANGUAGE(S):**

**ADDITIONAL INFORMATION**

**Clinical Experience**
Pinellas County Florida Prosecution Clinic - Fall 2006
**Honors & Awards**
Stetson University College of Law
Certificate of Concentration in Advocacy - 2006
Stetson University College of Law
William F. Blews Pro Bono Service Award - 2006
Eagle Scout - 1995
**Volunteer Experience**
Pinellas County Teen Court Advocate and Judge - 2003 - 2006
**Professional Associations**
Notary Public - State of Texas
Certified Private Process Server (Texas)

**REFERENCES**

| REFERENCE TYPE: Professional | NAME: Jon Langbert | POSITION: |
|---|---|---|
| ADDRESS: (Street, City, State, Zip Code) | | |
| EMAIL ADDRESS: | | PHONE NUMBER: |
| Professional | William Hennessey | |
| ADDRESS: (Street, City, State, Zip Code) | | |
| EMAIL ADDRESS: | | PHONE NUMBER: |
| REFERENCE TYPE: Professional | NAME: Mark Blenden | POSITION: |
| ADDRESS: (Street, City, State, Zip Code) | | |
| EMAIL ADDRESS: | | PHONE NUMBER: |
| REFERENCE TYPE: Professional | NAME: David Roth | POSITION: |
| ADDRESS: (Street, City, State, Zip Code) | | |
| EMAIL ADDRESS: | | PHONE NUMBER: |
| REFERENCE TYPE: Professional | NAME: Harrell Pallet | POSITION: |
| ADDRESS: (Street, City, State, Zip Code) | | |
| EMAIL ADDRESS: | | PHONE NUMBER: |
| REFERENCE TYPE: Personal | NAME: Alex Young | POSITION: |
| ADDRESS: (Street, City, State, Zip Code) | | |
| EMAIL ADDRESS: | | PHONE NUMBER: |
| REFERENCE TYPE: Personal | NAME: | POSITION: |
| ADDRESS: (Street, City, State, Zip Code) | | |

## Agency-Wide Questions

1. **Are you at least 18 years of age?**
   Yes

2. **Are you currently an employee with Denton County?**
   No

3. **If you answered "Yes" to question 2, which department do you currently work for? If not applicable, put N/A.**
   N/A

4. **Have you worked for Denton County previously?**
   No

5. **If you answered "Yes" to question 4, list the dates of service and the department in which you previously worked. If not applicable, put N/A.**
   N/A

6. **Are you related by marriage or a blood relationship to any Denton County employee?**
   No

7. **If you answered "Yes" to question 6, please list relatives. If not applicable, put N/A.**
   N/A

8. **Have you been fired or asked to resign from a job within the last five (5) years?**
   No

9. **If you answered "Yes" to question 8, please explain. If not applicable, put N/A.**
   N/A

10. **Have you been convicted of a crime in the past ten (10) years, excluding misdemeanors and summary offenses, which has not been anulled, expunged or sealed by the Court?**
    No

11. **If you answered "Yes" to question 10, please explain. If not applicable, put N/A.**
    N/A

12. **Are you currently employed?**
    Yes

13. **On what date would you be available for work?**
    9/1/12

14. **Have you ever been bonded?**
    No

15. **If you answered "Yes" to question 14, please provide dates and type of bond. If not applicable, put N/A.**
    N/A

16. **Are you bilingual?**
    No

17. **If you are bilingual, list what language(s). If not applicable, put N/A.**
    N/A

18. **Typing Test Score**

Jason Van Dyke                                  Person ID: 8295344                          Received: 7/31/12 12:43 PM

## Job Specific Supplemental Questions

1. **Failure to accept the acknowledgement statement below can result in your employment application being rejected for failure to meet the minimum qualifications as stated in the job posting. Your application for this employment opportunity will not be reconsidered if you fail to abide by the statements below. COMPLETED APPLICATION ACKNOWLEDGMENT : I hereby acknowledge that I must complete ALL sections of the employment application. I understand that failure to enter all relevant work experience in the work history section of the application will result in rejection of my employment application. I also understand I must provide at least THREE references in the "REFERENCES" section of the application. Furthermore, I acknowledge that Denton County does NOT accept resumes in lieu of completed applications. Please enter your initials and today's date as acceptance of this acknowledgement. If you do not accept this acknowledgement, please enter N/A.**

   JLV 7/31/12

2. **Please indicate the highest level of education obtained**

   Juris Doctorate

3. **I acknowledge that I must provide the Denton County Human Resources Department an OFFICIAL transcript confirming hours completed as indicated in the question above, should an employment opportunity be offered and accepted. Please enter your initials and today's date as acknowledgement. If you did not indicate completion of credit hours, please enter N/A.**

   JLV 7/31/12

4. **Do you possess a current and valid license to practice law in the State of Texas or pending results from Bar Exam?**

   Yes, I do possess a current and valid license to practice law in the State of Texas.

5. **I acknowledge that I must provide the Denton County Human Resources Department a Bar Card confirming my License to practice Law, should an employment opportunity be offered and accepted.**

   JLV 7/31/12

6. **Please select the years of full-time equivalent experience you have practicing law or working in a related field:** NOTE: YOU MUST COMPLETE THE WORK HISTORY SECTION OF THE EMPLOYMENT APPLICATION TO INCLUDE THE VERIFIABLE FULL-TIME EQUIVALENT YEARS OF EXPERIENCE AS INDICATED OR BE DISQUALIFIED.

   5 Years

7. **Have you ever been arrested or convicted of a violation of any criminal statute in any state, whether a misdemeanor or felony?**

   Yes

8. **Are you presently involved in any criminal proceedings, (i.e. required to appear in court and/or pay a fine, pay probationary fees, on probation, or deferred adjudication), for a felony or misdemeanor, excluding minor traffic violations?**

   No

9. **If you have answered yes to either of the previous two questions please provide the following information: List the type of arrest or conviction (felony or misdemeanor), the date of arrest or conviction, the type of arrest or conviction (describe the nature of the offense), and the disposition of the arrest or conviction (jail/prison, probation, reduced charge or dismissed) for each offense. If you responded no to both of the previous two questions please enter, N/A.**

   6/11/2007 - Disregard Traffic Control Device - Class C Traffic - Fine

   9/5/2009 - Drove Onto Controlled Access Hwy Where Prohibited - Class C Traffic - Fine

   10/15/2009 - No Seat Belt - Driver - Class C Traffic - Fine

10. **Do you believe you can successfully pass a State Criminal History background check?**

    Yes

11. **Should you be selected for an interview, you will receive a phone call with all the necessary information for scheduling and attending your interview. Please see the acknowledgement below. Failure to accept the acknowledgement statement below can delay the processing of your application. By acknowledging the statement you understand you are responsible for checking your phone messages and email address provided during online application registration, for information pertaining to potential interviews for this job posting. To ensure proper delivery of emails please add jobs@dentoncounty.com to your email safe list.** INTERVIEW ACKNOWLEDGMENT: I hereby acknowledge that all interviews for this vacancy, will be communicated via phone. **Please enter your initials and today's date as acceptance of this acknowledgement. If you do not accept this acknowledgement, please enter N/A.**

    JLV 7/31/12

The following terms were accepted by the applicant upon submitting the online application:

By clicking on the 'Accept' button, I hereby certify that every statement I have made in this application is true and complete to the best of my knowledge. I understand that any false or incomplete answer may be grounds for not employing me or for dismissing me after I begin work. I understand that I will have to produce documentation verifying identity and employment eligibility in the U.S. I understand that I may be required to verify any and all information given on this application. I understand that this completed application is the property of Denton County and will not be returned. I understand Denton County may contact prior employers and other references. I understand that I must notify the Human Resources Department of any changes in my name, address, or phone number.

Jason Van Dyke                          Person ID: 6295344                          Received: 7/31/12 12:43 PM

This application was submitted by Jason L Van Dyke on 7/31/12 12:43 PM

**Signature** _____

Date_____

Jason Van Dyke                              Person ID: 8295344                              Received: 8/26/12 1:31 PM

## EMPLOYMENT APPLICATION

**DENTON COUNTY**
401 W. Hickory, Suite 516
Denton, Texas 76201
940-349-3080
https://www.dentoncounty.com/jobs

**Van Dyke, Jason L**
12-150 **FAMILY LAW ATTORNEY II-B PART TIME**

**Received: 8/26/12 1:31 PM**
**For Official Use Only:**
QUAL:_____
DNQ:_____
☐ Experience
☐ Training
☐ Other:_____

### PERSONAL INFORMATION

| | |
|---|---|
| **POSITION TITLE:** FAMILY LAW ATTORNEY II-B PART TIME | **EXAM ID#:** 12-150 |
| **NAME:** (Last, First, Middle) Van Dyke, Jason L | **SOCIAL SECURITY NUMBER:** N/A |
| **ADDRESS:** (Street, City, State, Zip Code) | **EMAIL ADDRESS:** |

| | | |
|---|---|---|
| **HOME PHONE:** | **ALTERNATE PHONE:** | **NOTIFICATION PREFERENCE:** Email |
| **DRIVER'S LICENSE:** ☐ Yes ■ No | **DRIVER'S LICENSE:** State: Number: | **LEGAL RIGHT TO WORK IN THE UNITED STATES?** ■ Yes ☐ No |

### PREFERENCES

| | |
|---|---|
| **MINIMUM COMPENSATION:** $55,000.00 per year | **ARE YOU WILLING TO RELOCATE?** ■ Yes ☐ No ☐ Maybe |

**WHAT TYPE OF JOB ARE YOU LOOKING FOR?**
Regular
**TYPES OF WORK YOU WILL ACCEPT:**
Full Time, Part Time
**SHIFTS YOU WILL ACCEPT:**
Day, Evening, Night
**OBJECTIVE:**
To obtain employment with Denton County as an attorney (preferably in an area related to criminal law), or in the alternative, as a law enforcement officer.

### EDUCATION

| | | |
|---|---|---|
| **DATES:** From: 1/2004 To: 12/2006 | **SCHOOL NAME:** Stetson University College of Law | |
| **LOCATION:(City, State)** Gulfport , Florida | **DID YOU GRADUATE?** ■ Yes ☐ No | **DEGREE RECEIVED:** Professional |
| **MAJOR:** Law | | **UNITS COMPLETED:** 85 - Semester |
| **DATES:** From: 8/2001 To: 12/2003 | **SCHOOL NAME:** University of Dallas | |
| **LOCATION:(City, State)** Irving , Texas | **DID YOU GRADUATE?** ■ Yes ☐ No | **DEGREE RECEIVED:** Bachelor's |
| **MAJOR:** Politics | | **UNITS COMPLETED:** 120 - Semester |
| **DATES:** From: 8/1997 To: 6/1998 | **SCHOOL NAME:** Lutheran High School Northwest | |
| **LOCATION:(City, State)** Rochester , Michigan | **DID YOU GRADUATE?** ■ Yes ☐ No | **DEGREE RECEIVED:** High School Diploma |

### WORK EXPERIENCE

| | | |
|---|---|---|
| **DATES:** From: 5/2011 To: Present | **EMPLOYER:** The Van Dyke Law Firm P.L.L.C. | **POSITION TITLE:** President/CEO |
| **ADDRESS:** (Street, City, State, Zip Code) 16901 Dallas Parkway #250, Addison, Texas, 75001 | | **COMPANY URL:** |
| **PHONE NUMBER:** (972) 372-0200 | **SUPERVISOR:** Self - Self | **MAY WE CONTACT THIS EMPLOYER?** ■ Yes ☐ No |
| **HOURS PER WEEK:** 40 | **SALARY:** $3,500.00/month | **# OF EMPLOYEES SUPERVISED:** 0 |

**DUTIES:**
Owner and sole practicing attorney of a law firm with a focus on criminal defense and commercial debt collection matters. This includes the defense of indigent defendants/respondents in juvenile, misdemeanor, state jail felony, and third degree felony matters in Collin County.
**REASON FOR LEAVING:**
N/A

| | | |
|---|---|---|
| **DATES:** From: 11/2009 To: 4/2011 | **EMPLOYER:** HHT Limited Company | **POSITION TITLE:** General Counsel |

Jason Van Dyke                          Person ID: 8295344                         Received: 8/26/12 1:31 PM

| ADDRESS: (Street, City, State, Zip Code) 5085 W. Park Blvd #150, Plano, Texas, 75093 | | COMPANY URL: |
|---|---|---|
| PHONE NUMBER: | SUPERVISOR: Michael Haller - President/CEO | MAY WE CONTACT THIS EMPLOYER? ☐Yes ■No |
| HOURS PER WEEK: 45 | SALARY: $5,000.00/month | # OF EMPLOYEES SUPERVISED: 1 |

Responsible for representing Texas clients in debt collection actions, for defending the company against lawsuits related to debt collection contracts, and for both prosecuting and defending employment law matters involving the company and its employees. Also responsible for defending key company employees in criminal defense matters on an as-needed basis.

**REASON FOR LEAVING:**
Company went out of business.

| DATES: From: 4/2007  To: 11/2009 | EMPLOYER: Langbert Financial, Inc. | POSITION TITLE: General Counsel |
|---|---|---|
| ADDRESS: (Street, City, State, Zip Code) 9400 N. Central Expressway #450, Dallas, Texas, 75231 | | COMPANY URL: |
| PHONE NUMBER: (214) 891-9400 | SUPERVISOR: Jon Alan Langbert - President/CEO | MAY WE CONTACT THIS EMPLOYER? ■Yes ☐No |
| HOURS PER WEEK: 40 | SALARY: $3,000.00/month | # OF EMPLOYEES SUPERVISED: 1 |

**DUTIES:**
Litigated all lawsuits brought by the company against non-paying debtors. Also responsible for defending the company against counterclaims and for general loss prevention within the company.

**REASON FOR LEAVING:**
Accepted higher salary position at another company.

## CERTIFICATES AND LICENSES

| TYPE: Attorney & Counselor at Law | |
|---|---|
| LICENSE NUMBER: 24057426 | ISSUING AGENCY: Texas Supreme Court |
| TYPE: Attorney & Counselor at Law | |
| LICENSE NUMBER: None | ISSUING AGENCY: U.S. District Court for the Northern District of Texas |
| TYPE: Attorney & Counselor at Law | |
| LICENSE NUMBER: N.A | ISSUING AGENCY: U.S. District Court for the Southern District of Texas |
| Attorney & Counselor at Law | |
| LICENSE NUMBER: None | ISSUING AGENCY: U.S. District Court for the Eastern District of Texas |
| TYPE: Texas Concealed Handgun Instructor | |
| LICENSE NUMBER: 05017551 | ISSUING AGENCY: Texas Department of Public Safety |

## Skills

| OFFICE SKILLS: Typing:75 Data Entry:0 |
|---|
| OTHER SKILLS: |
| LANGUAGE(S): |

## ADDITIONAL INFORMATION

**Professional Memberships**
American Bar Association
Texas Criminal Defense Lawyers Association
Collin County Criminal Defense Lawyers Association
**Honors & Awards**
Eagle Scout - Boy Scouts of America - 1995

William F. Blews Pro Bono Service Award - Stetson University College of Law - 2006

Certificate of Concentration in Advocacy - Stetson University College of Law - 2006
**Volunteer Experience**
Pinellas County Teen Court, 2004 - 2006
**Clinical Experience**
Pinellas County (Florida) Prosecution Clinic (8/2006 - 11/2006)

## REFERENCES

| REFERENCE TYPE: Professional | NAME: Spencer Robuck | POSITION: |
|---|---|---|
| ADDRESS: (Street, City, State, Zip Code) | | |
| EMAIL ADDRESS: | | PHONE NUMBER: |

| REFERENCE TYPE: Personal | NAME: Stefan Schmid | POSITION: |
|---|---|---|
| ADDRESS: (Street, City, State, Zip Code) | | |
| EMAIL ADDRESS: | | PHONE NUMBER: |

| REFERENCE TYPE: Personal | NAME: Alex Young | POSITION: |
|---|---|---|
| ADDRESS: (Street, City, State, Zip Code) | | |
| EMAIL ADDRESS: | | PHONE NUMBER: |

| REFERENCE TYPE: Personal | NAME: Josh Conklin | POSITION: |
|---|---|---|
| ADDRESS: (Street, City, State, Zip Code) | | |
| EMAIL ADDRESS: | | PHONE NUMBER: |

| REFERENCE TYPE: Professional | NAME: David Roth | POSITION: |
|---|---|---|
| ADDRESS: (Street, City, State, Zip Code) | | |
| EMAIL ADDRESS: | | PHONE NUMBER: |

| REFERENCE TYPE: Professional | NAME: Harrell Pailet | POSITION: |
|---|---|---|
| ADDRESS: (Street, City, State, Zip Code) | | |
| EMAIL ADDRESS: | | PHONE NUMBER: |

| REFERENCE TYPE: Professional | NAME: William Hennessey | POSITION: |
|---|---|---|
| ADDRESS: (Street, City, State, Zip Code) | | |
| EMAIL ADDRESS: | | PHONE NUMBER: |

| REFERENCE TYPE: Professional | NAME: Jon Langbert | POSITION: |
|---|---|---|
| ADDRESS: (Street, City, State, Zip Code) | | |
| EMAIL ADDRESS: | | PHONE NUMBER: |

Jason Van Dyke                                    Person ID: 8295344                          Received: 8/28/12 1:31 PM

## Agency-Wide Questions

1. **Are you at least 18 years of age?**
   Yes

2. **Are you currently an employee with Denton County?**
   No

3. **If you answered "Yes" to question 2, which department do you currently work for? If not applicable, put N/A.**
   N/A

4. **Have you worked for Denton County previously?**
   No

5. **If you answered "Yes" to question 4, list the dates of service and the department in which you previously worked. If not applicable, put N/A.**
   N/A

6. **Are you related by marriage or a blood relationship to any Denton County employee?**
   No

7. **If you answered "Yes" to question 6, please list relatives. If not applicable, put N/A.**
   N/A

8. **Have you been fired or asked to resign from a job within the last five (5) years?**
   No

9. **If you answered "Yes" to question 8, please explain. If not applicable, put N/A.**
   N/A

10. **Have you been convicted of a crime in the past ten (10) years, excluding misdemeanors and summary offenses, which has not been anulled, expunged or sealed by the Court?**
    No

11. **If you answered "Yes" to question 10, please explain. If not applicable, put N/A.**
    N/A

12. **Are you currently employed?**
    Yes

13. **On what date would you be available for work?**
    10/1/2012

14. **Have you ever been bonded?**
    No

15. **If you answered "Yes" to question 14, please provide dates and type of bond. If not applicable, put N/A.**
    N/A

16. **Are you bilingual?**
    No

17. **If you are bilingual, list what language(s). If not applicable, put N/A.**
    N/A

18. **Typing Test Score**

Jason Van Dyke                          Person ID: 8295344                          Received: 8/26/12 1:31 PM

## Job Specific Supplemental Questions

1. **Failure to accept the acknowledgement statement below can result in your employment application being rejected for failure to meet the minimum qualifications as stated in the job posting. Your application for this employment opportunity will not be reconsidered if you fail to abide by the statements below. COMPLETED APPLICATION ACKNOWLEDGMENT : I hereby acknowledge that I must complete ALL sections of the employment application. I understand that failure to enter all relevant work experience in the work history section of the application will result in rejection of my employment application. I also understand I must provide at least THREE references in the "REFERENCES" section of the application. Furthermore, I acknowledge that Denton County does NOT accept resumes in lieu of completed applications. Please enter your initials and today's date as acceptance of this acknowledgement. If you do not accept this acknowledgement, please enter N/A.**

   JLV 8/26/2012

2. **Please indicate the highest level of education obtained**

   Juris Doctorate

3. **I acknowledge that I must provide the Denton County Human Resources Department a Bar Card confirming my License to practice Law, should an employment opportunity be offered and accepted.**

   JLV 8/26/2012

4. **Please select the years of full-time equivalent experience you have practicing law or working in a related field:** NOTE: YOU MUST COMPLETE THE WORK HISTORY SECTION OF THE EMPLOYMENT APPLICATION TO INCLUDE THE VERIFIABLE FULL-TIME EQUIVALENT YEARS OF EXPERIENCE AS INDICATED OR BE DISQUALIFIED.

   5 Years

5. **Do you possess a current and valid license to practice law in the State of Texas or pending results from Bar Exam?**

   Yes, I do possess a current and valid license to practice law in the State of Texas.

6. **Are you presently involved in any criminal proceedings, (i.e. required to appear in court and/or pay a fine, pay probationary fees, on probation, or deferred adjudication), for a felony or misdemeanor, excluding minor traffic violations?**

   No

7. **If you have answered yes to the previous question, please provide the following information: List the type of arrest or conviction (felony or misdemeanor), the date of arrest or conviction, the type of arrest or conviction (describe the nature of the offense), and the disposition of the arrest or conviction (jail/prison, probation, reduced charge or dismissed) for each offense. If you responded no to the previous question, please enter, N/A.**

   N/A

8. **Do you believe you can successfully pass a State Criminal History background check?**

   Yes

9. **Should you be selected for an interview, you will receive a phone call with all the necessary information for scheduling and attending your interview. Please see the acknowledgement below. Failure to accept the acknowledgement statement below can delay the processing of your application. By acknowledging the statement you understand you are responsible for checking your phone messages and email address provided during online application registration, for information pertaining to potential interviews for this job posting. To ensure proper delivery of emails please add jobs@dentoncounty.com to your email safe list.** INTERVIEW ACKNOWLEDGMENT: I hereby acknowledge that all interviews for this vacancy, will be communicated via phone. **Please enter your initials and today's date as acceptance of this acknowledgement. If you do not accept this acknowledgement, please enter N/A.**

   JLV 8/26/2012

The following terms were accepted by the applicant upon submitting the online application:

By clicking on the 'Accept' button, I hereby certify that every statement I have made in this application is true and complete to the best of my knowledge. I understand that any false or incomplete answer may be grounds for not employing me or for dismissing me after I begin work. I understand that I will have to produce documentation verifying identity and employment eligibility in the U.S. I understand that I may be required to verify any and all information given on this application. I understand that this completed application is the property of Denton County and will not be returned. I understand Denton County may contact prior employers and other references. I understand that I must notify the Human Resources Department of any changes in my name, address, or phone number.

This application was submitted by Jason L Van Dyke on 8/26/12 1:31 PM

Signature _____

Date _____

Jason Van Dyke                          Person ID: 8295344                          Received: 2/25/13 3:30 PM

## EMPLOYMENT APPLICATION

**DENTON COUNTY**
401 W. Hickory, Suite 516
Denton, Texas 76201
940-349-3080
https://www.dentoncounty.com/jobs

**Van Dyke, Jason L**
**13-068 MISDEMEANOR PROSECUTOR II - DISTRICT ATTORNEY**

**Received: 2/25/13 3:30 PM**
**For Official Use Only:**
QUAL:_____
DNQ:_____
□ Experience
□ Training
□ Other:_____

### PERSONAL INFORMATION

| | |
|---|---|
| **POSITION TITLE:** MISDEMEANOR PROSECUTOR II - DISTRICT ATTORNEY | **EXAM ID#:** 13-068 |
| **NAME:** (Last, First, Middle) Van Dyke, Jason L | **SOCIAL SECURITY NUMBER:** N/A |
| **ADDRESS:** (Street, City, State, Zip Code) | **EMAIL ADDRESS:** |
| **HOME PHONE:** | **ALTERNATE PHONE:** | **NOTIFICATION PREFERENCE:** Email |
| **DRIVER'S LICENSE:** ■ Yes □ No | **DRIVER'S LICENSE:** State: Number: | **LEGAL RIGHT TO WORK IN THE UNITED STATES?** ■ Yes □ No |

### PREFERENCES

| | |
|---|---|
| **MINIMUM COMPENSATION:** $50,000.00 per year | **ARE YOU WILLING TO RELOCATE?** □ Yes □ No ■ Maybe |

**WHAT TYPE OF JOB ARE YOU LOOKING FOR?**
Regular

**TYPES OF WORK YOU WILL ACCEPT:**
Full Time

**SHIFTS YOU WILL ACCEPT:**
Day,Evening,Night,Rotating,Weekends,On Call (as needed)

**OBJECTIVE:**
To obtain employment as an assistant district attorney in Denton County, Texas.

### EDUCATION

| | | |
|---|---|---|
| **DATES:** From: 1/2004 To: 12/2006 | **SCHOOL NAME:** Stetson University College of Law | |
| **LOCATION:(City, State)** Gulfport , Florida | **DID YOU GRADUATE?** ■ Yes □ No | **DEGREE RECEIVED:** Professional |
| **MAJOR:** Law | | **UNITS COMPLETED:** 94 - Semester |
| **DATES:** From: 8/2001 To: 12/2003 | **SCHOOL NAME:** University of Dallas | |
| **LOCATION:(City, State)** Irving , Texas | **DID YOU GRADUATE?** ■ Yes □ No | **DEGREE RECEIVED:** Bachelor's |
| **MAJOR:** Politics | | **UNITS COMPLETED:** 68 - Semester |
| **DATES:** From: 8/1998 To: 12/2000 | **SCHOOL NAME:** Michigan State University | |
| **LOCATION:(City, State)** East Lansing , Michigan | **DID YOU GRADUATE?** □ Yes ■ No | **DEGREE RECEIVED:** No Degree |
| **MAJOR:** Political Theory and Constitutional Democracy | | **UNITS COMPLETED:** 72 - Semester |
| **DATES:** From: 9/1997 To: 6/1998 | **SCHOOL NAME:** Lutheran High School Northwest | |
| **LOCATION:(City, State)** Rochester Hills , Michigan | **DID YOU GRADUATE?** ■ Yes □ No | **DEGREE RECEIVED:** High School Diploma |
| **DATES:** From: 8/1994 To: 6/1997 | **SCHOOL NAME:** Troy High School | |
| Troy , Michigan | □ Yes ■ No | No Degree |

### WORK EXPERIENCE

| | | |
|---|---|---|
| **DATES:** From: 5/2011 To: Present | **EMPLOYER:** The Van Dyke Law Firm PLLC | **POSITION TITLE:** Owner |
| **ADDRESS:** (Street, City, State, Zip Code) 16901 Dallas Parkway #250, Addison, Texas, 75001 | | **COMPANY URL:** http://www.vandykelawfirm.com |
| **PHONE NUMBER:** (972) 372-0200 | **SUPERVISOR:** None - N/A | **MAY WE CONTACT THIS EMPLOYER?** ■ Yes □ No |

Jason Van Dyke                                    Person ID: 8205344                              Received: 2/25/13 3:30 PM

| HOURS PER WEEK: | SALARY: | # OF EMPLOYEES SUPERVISED: |
|---|---|---|
| 55 | $4,500.00/month | 0 |

**DUTIES:**
Solo practitioner responsible for all functions of a law firm primarily in the business of commercial litigation, judgment enforcement, and criminal defense (including juvenile). Other practice areas include chapter 7 bankruptcy and uncontested divorces.

**REASON FOR LEAVING:**
N/A

| DATES: | EMPLOYER: | POSITION TITLE: |
|---|---|---|
| From: 11/2009  To: 4/2011 | HHT Limited Company | General Counsel |

| ADDRESS: (Street, City, State, Zip Code) | COMPANY URL: |
|---|---|
| 5085 W. Park Blvd., #150, Plano, Texas, 75093 | |

| PHONE NUMBER: | SUPERVISOR: | MAY WE CONTACT THIS EMPLOYER? |
|---|---|---|
| (972) 746-1572 | Michael Haller - President and CEO | ■Yes  ☐No |

| HOURS PER WEEK: | SALARY: | # OF EMPLOYEES SUPERVISED: |
|---|---|---|
| 40 | $5,000.00/month | 1 |

**DUTIES:**
Primarily responsible for litigating debt and contract cases on behalf of Texas-based clients and defending company against FDCPA and contract litigation. Also responsible for enforcement of employment agreements (including non-compete and non-solicitation clauses) and loss prevention.

**REASON FOR LEAVING:**
Company went out of business in April of 2011. Although employer is no longer in business, Michael Haller may be reached at 972-746-1572.

| DATES: | EMPLOYER: | POSITION TITLE: |
|---|---|---|
| From: 4/2007  To: 11/2009 | Langbert Financial, Inc. | General Counsel |

| ADDRESS: (Street, City, State, Zip Code) | COMPANY URL: |
|---|---|
| Dallas, Texas, 75231 | http://www.langbert.com |

| PHONE NUMBER: | SUPERVISOR: | MAY WE CONTACT THIS EMPLOYER? |
|---|---|---|
| (214) 566-9120 | Jon Alan Langbert - President and CEO | ■Yes  ☐No |

| HOURS PER WEEK: | SALARY: | # OF EMPLOYEES SUPERVISED: |
|---|---|---|
| 40 | $3,000.00/month | 1 |

**DUTIES:**
Responsible for general loss prevention, document review, and drafting of contracts for a real estate factoring company. Litigated over 300 commercial debt collection cases for a diverse array of clients and successfully collected over $500,000.00 in judgments and written off accounts.

Company was set to cease operations within several months and an offer of employment for $2000.00 more per month was received from HHT Limited Company.

| CERTIFICATES AND LICENSES |
|---|

**TYPE:**
Attorney and Counselor at Law

| LICENSE NUMBER: | ISSUING AGENCY: |
|---|---|
| 24057426 | The Supreme Court of Texas |

**TYPE:**
Attorney & Counselor at Law

| N/A | U.S. District Court for the Northern District of Texas |
|---|---|

**TYPE:**
Attorney & Counselor at Law

| LICENSE NUMBER: | ISSUING AGENCY: |
|---|---|
| | U.S. District Court for the Southern District of Texas |

**TYPE:**
Attorney & Counselor at Law

| LICENSE NUMBER: | ISSUING AGENCY: |
|---|---|
| | U.S. District Court for the Eastern District of Texas |

**TYPE:**
Concealed Handgun Instructor

| LICENSE NUMBER: | ISSUING AGENCY: |
|---|---|
| 05017551 | Texas Department of Public Safety |

| Skills |
|---|

**OFFICE SKILLS:**
Typing:70
Data Entry:0

**OTHER SKILLS:**

**LANGUAGE(S):**

| ADDITIONAL INFORMATION |
|---|

**Interests & Activities**
Brazilian Jiu-Jitsu (Blue Belt), Judo (Brown Belt), Hunting, and Competitive Target Shooting.
**Honors & Awards**
Eagle Scout
Boy Scouts of America, 1995
**Honors & Awards**
Certificate of Concentration in Advocacy
Stetson University College of Law
December 2006
**Honors & Awards**
William F. Blews Pro Bono Service Award
Stetson University College of Law - December 2006
**Clinical Experience**
Prosecution Clinic in Pinellas County, Florida (Aug 2006 - Nov 2006)

| REFERENCES | | |
|---|---|---|
| **REFERENCE TYPE:**<br>Personal | **NAME:**<br>Jon Langbert | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |
| **REFERENCE TYPE:**<br>Personal | **NAME:**<br>Christian Lehinger | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |
| **REFERENCE TYPE:**<br>Personal | **NAME:**<br>Edwin Coker | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |
| **REFERENCE TYPE:**<br>Personal | **NAME:**<br>Alex Young | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |
| **REFERENCE TYPE:**<br>Professional | **NAME:**<br>Kyle Bristow | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |
| **REFERENCE TYPE:**<br>Professional | **NAME:**<br>Harrell Pailet | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |
| **REFERENCE TYPE:**<br>Professional | **NAME:**<br>David Roth | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |
| **REFERENCE TYPE:**<br>Professional | **NAME:**<br>William Hennessey | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |

Jason Van Dyke                                    Person ID  9295344                              Received  8/25/13 3:30 PM

### Agency-Wide Questions

1. **Are you at least 18 years of age?**
   Yes

2. **Are you currently an employee with Denton County?**
   No

3. **If you answered "Yes" to question 2, which department do you currently work for? If not applicable, put N/A.**
   N/A

4. **Have you worked for Denton County previously?**
   No

5. **If you answered "Yes" to question 4, list the dates of service and the department in which you previously worked. If not applicable, put N/A.**
   N/A

6. **Are you related by marriage or a blood relationship to any Denton County employee?**
   No

7. **If you answered "Yes" to question 6, please list relatives. If not applicable, put N/A.**
   N/A

8. **Have you been fired or asked to resign from a job within the last five (5) years?**
   No

9. **If you answered "Yes" to question 8, please explain. If not applicable, put N/A.**
   N/A

10. **Have you been convicted of a crime in the past ten (10) years, excluding misdemeanors and summary offenses, which has not been anulled, expunged or sealed by the Court?**
    No

11. **If you answered "Yes" to question 10, please explain. If not applicable, put N/A.**
    N/A

12. **Are you currently employed?**
    Yes

13. **On what date would you be available for work?**
    45 days

14. **Have you ever been bonded?**
    No

15. **If you answered "Yes" to question 14, please provide dates and type of bond. If not applicable, put N/A.**
    N/A

16. **Are you bilingual?**
    No

17. **If you are bilingual, list what language(s). If not applicable, put N/A.**
    N/A

18. **Typing Test Score**

Jason Van Dyke                              Person ID: 8295344                              Received: 2/25/13 3:30 PM

### Job Specific Supplemental Questions

1. **Failure to accept the acknowledgment statement below can result in your employment application being rejected for failure to meet the minimum qualifications as stated in the job posting. Your application for this employment opportunity will not be reconsidered if you fail to abide by the statements below.** COMPLETED APPLICATION ACKNOWLEDGMENT: I hereby acknowledge that I must complete ALL sections of the employment application, to include the supplemental questions. I understand that failure to enter all relevant work experience in the work history section of the application will result in the rejection of my employment application. I understand that to knowingly make or cause to be made any false statement, omission, or misrepresentation of a material fact in any application, and/or its supplemental questions, shall be grounds for termination. I also understand that I must provide at least THREE references in the "REFERENCES" section of the application. Furthermore, I acknowledge that Denton County does NOT accept resumes in lieu of completed applications. Please enter your initials and today's date as acceptance of this acknowledgment. If you do not accept this acknowledgment, please understand that your application will be rejected.

    JLV 02/25/2013

2. **Please indicate the highest level of education obtained:**

    Juris Doctorate

3. **Do you possess a current and valid license to practice law in the State of Texas or pending results from Bar Exam?**

    Yes, I do possess a current and valid license to practice law in the State of Texas.

4. **I acknowledge that I must provide the Denton County Human Resources Department a Bar Card confirming my License to practice Law, should an employment opportunity be offered and accepted.**

    Bar Card No. is 24057426

5. **Please select the years of full-time equivalent experience you have practicing law or working in a related field:** NOTE: YOU MUST COMPLETE THE WORK HISTORY SECTION OF THE EMPLOYMENT APPLICATION TO INCLUDE THE VERIFIABLE FULL-TIME EQUIVALENT YEARS OF EXPERIENCE AS INDICATED OR BE DISQUALIFIED.

    6 Years

6. **Do you believe you can successfully pass a State Criminal History background check?**

    Yes

7. **Are you presently involved in any criminal proceedings, (i.e. required to appear in court and/or pay a fine, pay probationary fees, on probation, or deferred adjudication), for a felony or misdemeanor, excluding minor traffic violations?**

    No

8. **Have you ever been arrested or convicted of a violation of any criminal statute in any state, whether a misdemeanor or felony?**

    No

9. **If you have answered yes to either of the previous two questions please provide the following information: List the type of arrest or conviction (felony or misdemeanor), the date of arrest or conviction, the type of arrest or conviction (describe the nature of the offense), and the disposition of the arrest or conviction (jail/prison, probation, reduced charge or dismissed) for each offense. If you responded no to both of the previous two questions please enter, N/A.**

    N/A

10. **Should you be selected for an interview, you will receive a phone call or email with all the necessary information for scheduling and attending your interview. Please see the acknowledgment below. Failure to accept the acknowledgment statement below can delay the processing of your application. By acknowledging the statement you understand you are responsible for checking your phone messages and email address provided during online application registration, for information pertaining to potential interviews for this job posting. To ensure proper delivery of emails please add** jobs@dentoncounty.com **to your email safe list.** INTERVIEW ACKNOWLEDGMENT: I hereby acknowledge that all interviews for this vacancy, will be communicated via phone. **Please enter your initials and today's date as acceptance of this acknowledgement. If you do not accept this acknowledgment, please enter N/A.**

    JLV 02/25/2013

11. **I understand that no employment contract either express or implied is created should I be hired by Denton County. I understand that I will be required to pass a drug/alcohol and or physical examination prior to employment. I also understand that if I am a new employee, I will be required to complete a six (6) month probationary period. I give my consent to Denton County to conduct a background investigation to include: contacting any current and/or previous institutional employers, reference checks, criminal searches and verification of credentials.** Please enter your initials and today's date as acceptance of this acknowledgment. If you do not accept this acknowledgment, please understand that your application will be rejected.

    JLV 02/25/2013

---

The following terms were accepted by the applicant upon submitting the online application:

By clicking on the 'Accept' button, I hereby certify that every statement I have made in this application is true and complete to the best of my knowledge. I understand that any false or incomplete answer may be grounds for not employing me or for dismissing me after I begin work. I understand that I will have to produce documentation verifying identity and employment eligibility in the U.S. I understand that I may be required to verify any and all information given on this application. I understand that this completed application is the property of Denton County and will not be returned. I understand Denton County may contact prior employers and other references. I understand that I must notify the Human Resources Department of any changes in my name, address, or phone number.

This application was submitted by Jason L Van Dyke on 2/25/13 3:30 PM

Signature_____

Date_____

Jason Van Dyke                    Person ID: 28659958                    Received: 6/8/16 1:06 PM

## EMPLOYMENT APPLICATION

**DENTON COUNTY**
401 W. Hickory, Suite 516
Denton, Texas 76201
940-349-3080
https://www.dentoncounty.com/jobs

**Van Dyke, Jason L**
**16-087 MISDEMEANOR PROSECUTOR II** – CRIMINAL DISTRICT ATTORNEY

Received: 6/8/16 1:06 PM
For Official Use Only:
QUAL:_____
DNQ:_____
□ Experience
□ Training
□ Other:_____

## PERSONAL INFORMATION

| | |
|---|---|
| **POSITION TITLE:**<br>MISDEMEANOR PROSECUTOR II – CRIMINAL DISTRICT ATTORNEY | **EXAM ID#:**<br>16-087 |
| **NAME:** (Last, First, Middle)<br>Van Dyke, Jason L | **SOCIAL SECURITY NUMBER:**<br>N/A |
| **ADDRESS:** (Street, City, State, Zip Code) | **EMAIL ADDRESS:** |
| **HOME PHONE:** | **ALTERNATE PHONE:** | **NOTIFICATION PREFERENCE:**<br>Email |
| **DRIVER'S LICENSE:**<br>■ Yes □ No | **DRIVER'S LICENSE:**<br>State:████ Number:████ | **LEGAL RIGHT TO WORK IN THE UNITED STATES?**<br>■ Yes □ No |

## PREFERENCES

| | |
|---|---|
| **MINIMUM COMPENSATION:**<br>$60,000.00 per year | **ARE YOU WILLING TO RELOCATE?**<br>■Yes □No □Maybe |

**WHAT TYPE OF JOB ARE YOU LOOKING FOR?**
Regular

**TYPES OF WORK YOU WILL ACCEPT:**
Full Time

**SHIFTS YOU WILL ACCEPT:**
Day,Evening,Night

**OBJECTIVE:**
I am an accomplished attorney with a proven ability to successfully defend against misdemeanor and felony charges, collect commercial debts through litigation, enforce judgments, repair credit and settle debts on behalf of consumers. I desire a major change to his career path as either an assistant district attorney or a title company fee attorney. I have been licensed to practice law in Texas for over nine years and I am also licensed in Colorado, Georgia, and the District of Columbia.

## EDUCATION

| | | |
|---|---|---|
| **DATES:**<br>From: 1/2004 To: 12/2006 | **SCHOOL NAME:**<br>Stetson University College of Law | |
| **LOCATION:**(City, State)<br>Gulfport , Florida | **DID YOU GRADUATE?**<br>■Yes □No | **DEGREE RECEIVED:**<br>Professional |
| **MAJOR:**<br>Law | | **UNITS COMPLETED:**<br>88 - Semester |
| **DATES:**<br>From: 8/2001 To: 12/2003 | **SCHOOL NAME:**<br>University of Dallas | |
| **LOCATION:**(City, State)<br>Irving , Texas | **DID YOU GRADUATE?**<br>■Yes □No | **DEGREE RECEIVED:**<br>Bachelor's |
| **MAJOR:**<br>Politics | | **UNITS COMPLETED:**<br>64 - Semester |
| **DATES:**<br>From: 8/1998 To: 12/2000 | **SCHOOL NAME:**<br>Michigan State University | |
| **LOCATION:**(City, State)<br>East Lansing , Michigan | **DID YOU GRADUATE?**<br>□Yes ■No | **DEGREE RECEIVED:**<br>No Degree |
| **MAJOR:**<br>Political Theory & Constitutional Democracy | | **UNITS COMPLETED:**<br>65 - Semester |
| **DATES:**<br>From: 8/1997 To: 6/1998 | **SCHOOL NAME:**<br>Lutheran High School Northwest | |
| **LOCATION:**(City, State)<br>Rochester , Michigan | **DID YOU GRADUATE?**<br>■Yes □No | **DEGREE RECEIVED:**<br>High School Diploma |

## WORK EXPERIENCE

| | | |
|---|---|---|
| **DATES:**<br>From: 5/2011 To: Present | **EMPLOYER:**<br>The Van Dyke Law Firm P.L.L.C. | **POSITION TITLE:**<br>Owner |
| **ADDRESS:** (Street, City, State, Zip Code)<br>200 Chisholm Place, #250, Plano, Texas, 75075 | | **COMPANY URL:**<br>http://www.vandykelawfirm.com |
| **PHONE NUMBER:**<br>469-964-5346 | **SUPERVISOR:**<br>Self-Employed | **MAY WE CONTACT THIS EMPLOYER?**<br>■Yes □No |
| **HOURS PER WEEK:**<br>40 | **SALARY:**<br>$4,200.00/month | **# OF EMPLOYEES SUPERVISED:**<br>1 |

Jason Van Dyke                                          Person ID: 26009358                                          Received: 6/8/16 1:00 PM

**DUTIES:**
I am currently a solo practitioner responsible for all functions of a law firm primarily in the business of criminal defense (including juvenile), creditor/debtor law, consumer law, and credit repair. My firm has an "A+" rating with, and is accredited by, the Better Business Bureau. The firm has been recognized in the past for representing various individuals against revenge pornography websites and obtaining both money judgments and injunctive relief. Major clients include Tucker Albin & Associates, Inc., White Jacobs & Associates, Inc., AssessMD L.L.C., Essendant Co., Maverick Title of Texas L.L.C, and Tri-W Global, Inc. I am approved to accept court appointments for state jail felony and third degree felony cases in Collin County, Texas.

**REASON FOR LEAVING:**
N/A

| DATES:<br>From: 11/2009  To: 4/2011 | EMPLOYER:<br>Haller Harlan & Taylor | POSITION TITLE:<br>General Counsel |
|---|---|---|
| ADDRESS: (Street, City, State, Zip Code) | | COMPANY URL: |
| PHONE NUMBER:<br>None - Out of Business | SUPERVISOR:<br>Michael Haller – President | MAY WE CONTACT THIS EMPLOYER?<br>☐Yes  ■No |
| HOURS PER WEEK:<br>40 | SALARY:<br>$5,000.00/month | # OF EMPLOYEES SUPERVISED:<br>1 |

**DUTIES:**
I was primarily responsible for litigating debt and contract cases on behalf of Texas-based clients and defending the company, a major debt collection agency, against FDCPA and contract litigation. I was also responsible for enforcement of employment agreements (including non-compete and non-solicitation clauses) and loss prevention.

**REASON FOR LEAVING:**
The company went out of business in April of 2011 and I entered private practice several weeks later.

| DATES:<br>From: 4/2007  To: 11/2009 | EMPLOYER:<br>Langbert Financial Inc. | POSITION TITLE:<br>General Counsel |
|---|---|---|
| ADDRESS: (Street, City, State, Zip Code)<br>9400 N. Central Expressway, #450, Dallas, Texas, 75231 | | COMPANY URL:<br>http://www.langbert.com |
| PHONE NUMBER:<br>214-566-9120 | SUPERVISOR:<br>Jon Alan Langbert - President | MAY WE CONTACT THIS EMPLOYER?<br>■Yes  ☐No |
| HOURS PER WEEK:<br>40 | SALARY:<br>$3,000.00/month | # OF EMPLOYEES SUPERVISED:<br>1 |

**DUTIES:**
During the course of my employment I litigated over three hundred (300) commercial debt collection cases for the company and collected over $500,000.00 in written off accounts. I was also responsible for general loss prevention, the review and drafting of contracts, and the enforcement of security agreements.

**REASON FOR LEAVING:**
I left on good terms with the company and accepted employment with Haller, Harlan & Taylor as their general counsel.

## CERTIFICATES AND LICENSES

| TYPE:<br>Attorney & Counselor at Law | |
|---|---|
| LICENSE NUMBER:<br>24057426 | ISSUING AGENCY:<br>The Supreme Court of Texas |
| TYPE:<br>Attorney & Counselor at Law | |
| LICENSE NUMBER:<br>47445 | ISSUING AGENCY:<br>The Supreme Court of Colorado |
| TYPE:<br>Attorney & Counselor at Law | |
| LICENSE NUMBER:<br>1027245 | ISSUING AGENCY:<br>U.S. Court of Appeals for the District of Columbia (DC Bar) |
| TYPE:<br>Attorney & Counselor at Law | |
| LICENSE NUMBER:<br>851693 | ISSUING AGENCY:<br>State Bar of Georgia |

## Skills

**OFFICE SKILLS:**
Typing:80
Data Entry:0

**OTHER SKILLS:**

**LANGUAGE(S):**
English -  ■ Speak  ■ Read  ■ Write

## ADDITIONAL INFORMATION

**Miscellaneous**
I am licensed by the Texas Department of Public Safety as a license to carry instructor (previously as a concealed handgun instructor) and I have been so licensed for over five years. I have also been certified as a pistol instructor by the National Rifle Association for a period of six years.

**Honors & Awards**
Eagle Scout
Boy Scouts of America
Troop 1702 - April 1995

**Honors & Awards**
Upon graduation from Stetson University College of Law in December of 2006, I received a certificate of concentration in advocacy and the William F. Blews Pro-Bono service award.

**Clinical Experience**
I completed a prosecution clinic offered through my law school with the Office of the State Attorney in and for Pinellas County, Florida from late August of 2006 through November of 2006. The clinic consisted of me assisting attorneys in the prosecution of misdemeanor criminal cases.

| REFERENCES | | |
|---|---|---|
| **REFERENCE TYPE:** Personal | **NAME:** Tarjei Brokken | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |
| **REFERENCE TYPE:** Personal | **NAME:** Edward Harper | **POSITION:** SSgt. |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |
| **REFERENCE TYPE:** Personal | **NAME:** Joshua Conklin | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |
| **REFERENCE TYPE:** Professional | **NAME:** Alan Taggart | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |
| **REFERENCE TYPE:** Professional | **NAME:** William Hennessey | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |
| **REFERENCE TYPE:** Professional | **NAME:** Spencer Robuck | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |

Jason Van Dyke                                           Person ID: 28659956                                      Received: 6/9/16 1:08 PM

## Agency-Wide Questions

**1.**   **Are you at least 18 years of age?**

Yes

**2.**   **Are you currently an employee with Denton County?**

No

**3.**   **If you answered "Yes" to question 2, which department do you currently work for? If not applicable, put N/A.**

N/A

**4.**   **Have you worked for Denton County previously?**

No

**5.**   **If you answered "Yes" to question 4, list the dates of service and the department in which you previously worked. If not applicable, put N/A.**

N/A

**6.**   **Are you related by marriage or a blood relationship to any Denton County employee?**

No

**7.**   **If you answered "Yes" to question 6, please list relatives. If not applicable, put N/A.**

N/A

**8.**   **Have you been fired or asked to resign from a job within the last five (5) years?**

No

**9.**   **If you answered "Yes" to question 8, please explain. If not applicable, put N/A.**

N/A

**10.**   **Have you been convicted of a crime in the past ten (10) years, excluding misdemeanors and summary offenses, which has not been anulled, expunged or sealed by the Court?**

No

**11.**   **If you answered "Yes" to question 10, please explain. If not applicable, put N/A.**

N/A

**12.**   **Are you currently employed?**

Yes

**13.**   **On what date would you be available for work?**

I would likely be available by mid-to-late July. I would need a minimum of one month's notice to complete existing cases or arrange for those cases to be referred to another attorney.

**14.**   **Have you ever been bonded?**

No

**15.**   **If you answered "Yes" to question 14, please provide dates and type of bond. If not applicable, put N/A.**

N/A

**16.**   **Are you bilingual?**

No

**17.**   **If you are bilingual, list what language(s). If not applicable, put N/A.**

N/A

**18.**   **Typing Test Score**

Jason Van Dyke                           Person ID: 28659958                           Received: 6/8/16 1:06 PM

## Job Specific Supplemental Questions

1. Failure to accept the acknowledgement statement below can result in your employment application being rejected for failure to meet the minimum qualifications as stated in the job posting. Your application for this employment opportunity will not be reconsidered if you fail to abide by the statements below. COMPLETED APPLICATION ACKNOWLEDGEMENT: I hereby acknowledge that I must complete **ALL** sections of the employment application, to include the supplemental questions. I understand that failure to enter all relevant work experience in the work history section of the application will result in the rejection of my employment application. I understand that to knowingly make or cause to be made any false statement, omission, or misrepresentation of a material fact in any application, and/or its supplemental questions, shall be grounds for termination. I also understand that I must provide at least **THREE** references in the "REFERENCES" section of the application. Furthermore, I acknowledge that Denton County does **NOT** accept resumes in lieu of completed applications. Please enter your initials and today's date as acceptance of this acknowledgement. If you do not accept this acknowledgement, please understand that your application will be rejected.

   JLV 6-8-2016

2. **Please indicate the highest level of education obtained:**

   Juris Doctorate

3. **Do you possess a current and valid license to practice law in the State of Texas or pending results from the Bar Exam?**

   Yes, I do possess a current and valid license to practice law in the State of Texas.

4. **I acknowledge that I must provide the Denton County Human Resources Department a Bar Card confirming my License to practice Law, should an employment opportunity be offered and accepted.**

   Yes.

5. **Please select the years of full-time equivalent experience you have practicing law or working in a related field:** NOTE: YOU MUST COMPLETE THE WORK HISTORY SECTION OF THE EMPLOYMENT APPLICATION TO INCLUDE THE VERIFIABLE FULL-TIME EQUIVALENT YEARS OF EXPERIENCE AS INDICATED OR BE DISQUALIFIED.

   9 Years

6. **Do you believe you can successfully pass a State Criminal History background check?**

   Yes

7. **Are you presently involved in any criminal proceedings, (i.e. required to appear in court and/or pay a fine, pay probationary fees, on probation, or deferred adjudication), for a felony or misdemeanor, excluding minor traffic violations?**

   No

8. **Have you ever been arrested or convicted of a violation of any criminal statute in any state, whether a misdemeanor or felony?**

   No

9. **If you have answered yes, to either of the previous two questions, please provide the following information:** List the type of arrest and/or conviction (felony or misdemeanor), the date of arrest and/or conviction, the type of arrest and/or conviction (describe the nature of the offense), and the disposition of the arrest and/or conviction (jail/prison, probation, reduced charge or dismissed) for each offense. If you responded no, to **both** of the previous two questions, please enter, N/A.

   N/A

10. Should you be selected for an interview, you will receive a phone call or email with all the necessary information for scheduling and attending your interview. Please see the acknowledgement below. Failure to accept the acknowledgement statement below can delay the processing of your application. By acknowledging the statement you understand you are responsible for checking your phone messages and email address (provided during online application registration) for information pertaining to potential interviews for this job posting. To ensure proper delivery of emails please add jobs@dentoncounty.com **to your email safe list.** INTERVIEW ACKNOWLEDGEMENT: I hereby acknowledge that all interviews for this vacancy, will be communicated via phone or email. **Please enter your initials and today's date as acceptance of this acknowledgement. If you do not accept this acknowledgement, please enter N/A.**

    JLV 6-8-2016

11. I understand that no employment contract either expressed or implied is created should I be hired by Denton County. I understand that I will be required to pass a drug/alcohol and/or physical examination prior to employment. I also understand that if I am a new employee, I will be required to complete a six (6) month probationary period. I give my consent to Denton County to conduct a background investigation to include: contacting any current and/or previous institutional employers, reference checks, criminal searches and verification of credentials. Please enter your initials and today's date as acceptance of this acknowledgement. If you do not accept this acknowledgement, please understand that your application will be rejected.

    JLV 6-8-2016

The following terms were accepted by the applicant upon submitting the online application:

By clicking on the 'Accept' button, I hereby certify that every statement I have made in this application is true and complete to the best of my knowledge. I understand that any false or incomplete answer may be grounds for not employing me or for dismissing me after I begin work. I understand that I will have to produce documentation verifying identity and employment eligibility in the U.S. I understand that I may be required to verify any and all information given on this application. I understand that this completed application is the property of Denton County and will not be returned. I understand Denton County may contact prior employers and other references. I understand that I must notify the Human Resources Department of any changes in my name, address, or phone number.

Jason Van Dyke                          Person ID: 28659956                          Received: 6/8/16 1:06 PM

This application was submitted by Jason L Van Dyke on 6/8/16 1:06 PM

Signature_____

Date_____

Jason Van Dyke                          Person ID: 28659958                          Received: 11/7/16 11:30 AM

## EMPLOYMENT APPLICATION

**DENTON COUNTY**
401 W. Hickory, Suite 516
Denton, Texas 76201
940-349-3080
https://www.dentoncounty.com/jobs

Van Dyke, Jason L
**16-198 MISDEMEANOR PROSECUTOR II - DISTRICT ATTORNEY**

Received: 11/7/16 11:30 AM
For Official Use Only:
QUAL:_____
DNQ:_____
□ Experience
□ Training
□ Other:_____

### PERSONAL INFORMATION

| | |
|---|---|
| **POSITION TITLE:** MISDEMEANOR PROSECUTOR II - DISTRICT ATTORNEY | **EXAM ID#:** 16-198 |
| **NAME:** (Last, First, Middle) Van Dyke, Jason L | **SOCIAL SECURITY NUMBER:** N/A |
| **ADDRESS:** (Street, City, State, Zip Code) ▓▓▓ | **EMAIL ADDRESS:** |

| **HOME PHONE:** ▓▓▓ | **ALTERNATE PHONE:** | **NOTIFICATION PREFERENCE:** Email |
|---|---|---|
| **DRIVER'S LICENSE:** ■ Yes □ No | **DRIVER'S LICENSE:** State: ▓ Number: ▓ | **LEGAL RIGHT TO WORK IN THE UNITED STATES?** ■ Yes □ No |

### PREFERENCES

| | |
|---|---|
| **MINIMUM COMPENSATION:** $60,000.00 per year | **ARE YOU WILLING TO RELOCATE?** ■ Yes □ No □ Maybe |

**WHAT TYPE OF JOB ARE YOU LOOKING FOR?**
Regular

**TYPES OF WORK YOU WILL ACCEPT:**
Full Time

**SHIFTS YOU WILL ACCEPT:**
Day,Evening,Night

**OBJECTIVE:**
I am an accomplished attorney with a proven ability to successfully defend against misdemeanor and felony charges, collect commercial debts through litigation, enforce judgments, repair credit and settle debts on behalf of consumers. I desire a major change to his career path as either an assistant district attorney or a title company fee attorney. I have been licensed to practice law in Texas for over nine years and I am also licensed in Colorado, Georgia, and the District of Columbia.

### EDUCATION

| | | |
|---|---|---|
| **DATES:** From: 1/2004 To: 12/2006 | **SCHOOL NAME:** Stetson University College of Law | |
| **LOCATION:** (City, State) Gulfport , Florida | **DID YOU GRADUATE?** ■ Yes □ No | **DEGREE RECEIVED:** Professional |
| **MAJOR:** Law | | **UNITS COMPLETED:** 88 - Semester |
| **DATES:** From: 8/2001 To: 12/2003 | **SCHOOL NAME:** University of Dallas | |
| **LOCATION:** (City, State) Irving , Texas | **DID YOU GRADUATE?** ■ Yes □ No | **DEGREE RECEIVED:** Bachelor's |
| **MAJOR:** Politics | | **UNITS COMPLETED:** 64 - Semester |
| **DATES:** From: 8/1998 To: 12/2000 | **SCHOOL NAME:** Michigan State University | |
| **LOCATION:** (City, State) East Lansing , Michigan | **DID YOU GRADUATE?** □ Yes ■ No | **DEGREE RECEIVED:** No Degree |
| **MAJOR:** Political Theory & Constitutional Democracy | | **UNITS COMPLETED:** 65 - Semester |
| **DATES:** From: 8/1997 To: 6/1998 | **SCHOOL NAME:** Lutheran High School Northwest | |
| **LOCATION:** (City, State) Rochester , Michigan | **DID YOU GRADUATE?** ■ Yes □ No | **DEGREE RECEIVED:** High School Diploma |

### WORK EXPERIENCE

| | | |
|---|---|---|
| **DATES:** From: 5/2011 To: Present | **EMPLOYER:** The Van Dyke Law Firm P.L.L.C. | **POSITION TITLE:** Owner |
| **ADDRESS:** (Street, City, State, Zip Code) 200 Chisholm Place, #250, Plano, Texas, 75075 | | **COMPANY URL:** http://www.vandykelawfirm.com |
| **PHONE NUMBER:** 469-964-5346 | **SUPERVISOR:** Self-Employed | **MAY WE CONTACT THIS EMPLOYER?** ■ Yes □ No |
| **HOURS PER WEEK:** 40 | **SALARY:** $4,200.00/month | **# OF EMPLOYEES SUPERVISED:** 1 |

Jason Van Dyke                          Person ID: 28659958                          Received: 11/7/16 11:20 AM

**DUTIES:**
I am currently a solo practitioner responsible for all functions of a law firm primarily in the business of criminal defense (including juvenile), creditor/debtor law, consumer law, and credit repair. My firm has an "A+" rating with, and is accredited by, the Better Business Bureau. The firm has been recognized in the past for representing various individuals against revenge pornography websites and obtaining both money judgments and injunctive relief. Major clients include Tucker Albin & Associates, Inc., White Jacobs & Associates, Inc., AssessMD L.L.C., Essendant Co., Maverick Title of Texas L.L.C, and Tri-W Global, Inc. I am approved to accept court appointments for state jail felony and third degree felony cases in Collin County, Texas.

**REASON FOR LEAVING:**
N/A

| DATES:<br>From: 11/2009  To: 4/2011 | EMPLOYER:<br>Haller Harlan & Taylor | POSITION TITLE:<br>General Counsel |
|---|---|---|
| ADDRESS: (Street, City, State, Zip Code) | | COMPANY URL: |
| PHONE NUMBER:<br>None - Out of Business | SUPERVISOR:<br>Michael Haller - President | MAY WE CONTACT THIS EMPLOYER?<br>☐Yes  ■No |
| HOURS PER WEEK:<br>40 | SALARY:<br>$5,000.00/month | # OF EMPLOYEES SUPERVISED:<br>1 |

**DUTIES:**
I was primarily responsible for litigating debt and contract cases on behalf of Texas-based clients and defending the company, a major debt collection agency, against FDCPA and contract litigation. I was also responsible for enforcement of employment agreements (including non-compete and non-solicitation clauses) and loss prevention.

**REASON FOR LEAVING:**
The company went out of business in April of 2011 and I entered private practice several weeks later.

| DATES:<br>From: 4/2007  To: 11/2009 | EMPLOYER:<br>Langbert Financial Inc. | POSITION TITLE:<br>General Counsel |
|---|---|---|
| ADDRESS: (Street, City, State, Zip Code)<br>9400 N. Central Expressway, #450, Dallas, Texas, 75231 | | COMPANY URL:<br>http://www.langbert.com |
| PHONE NUMBER:<br>214-566-9120 | SUPERVISOR:<br>Jon Alan Langbert - President | MAY WE CONTACT THIS EMPLOYER?<br>■Yes  ☐No |
| HOURS PER WEEK:<br>40 | SALARY:<br>$3,000.00/month | # OF EMPLOYEES SUPERVISED:<br>1 |

**DUTIES:**
During the course of my employment I litigated over three hundred (300) commercial debt collection cases for the company and collected over $500,000.00 in written off accounts. I was also responsible for general loss prevention, the review and drafting of contracts, and the enforcement of security agreements.

**REASON FOR LEAVING:**
I left on good terms with the company and accepted employment with Haller, Harlan & Taylor as their general counsel.

| CERTIFICATES AND LICENSES | |
|---|---|
| TYPE:<br>Attorney & Counselor at Law | |
| LICENSE NUMBER:<br>24057426 | ISSUING AGENCY:<br>The Supreme Court of Texas |
| TYPE:<br>Attorney & Counselor at Law | |
| LICENSE NUMBER:<br>47445 | ISSUING AGENCY:<br>The Supreme Court of Colorado |
| TYPE:<br>Attorney & Counselor at Law | |
| LICENSE NUMBER:<br>1027245 | ISSUING AGENCY:<br>U.S. Court of Appeals for the District of Columbia (DC Bar) |
| TYPE:<br>Attorney & Counselor at Law | |
| LICENSE NUMBER:<br>851693 | ISSUING AGENCY:<br>State Bar of Georgia |

| Skills |
|---|
| **OFFICE SKILLS:**<br>Typing:80<br>Data Entry:0 |
| **OTHER SKILLS:** |
| **LANGUAGE(S):**<br>English -  ■ Speak  ■ Read  ■ Write |

| ADDITIONAL INFORMATION |
|---|

**Miscellaneous**
I am licensed by the Texas Department of Public Safety as a license to carry instructor (previously as a concealed handgun instructor) and I have been so licensed for over five years. I have also been certified as a pistol instructor by the National Rifle Association for a period of six years.

**Honors & Awards**
Eagle Scout
Boy Scouts of America
Troop 1702 - April 1995

**Honors & Awards**
Upon graduation from Stetson University College of Law in December of 2006, I received a certificate of concentration in advocacy and the William F. Blews Pro-Bono service award.

**Clinical Experience**
I completed a prosecution clinic offered through my law school with the Office of the State Attorney in and for Pinellas County, Florida from late August of 2006 through November of 2006. The clinic consisted of me assisting attorneys in the prosecution of misdemeanor criminal cases.

| REFERENCES | | |
|---|---|---|
| **REFERENCE TYPE:** Personal | **NAME:** Tarjei Brokken | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |
| **REFERENCE TYPE:** Personal | **NAME:** Edward Harper | **POSITION:** SSgt. |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |
| **REFERENCE TYPE:** Personal | **NAME:** Joshua Conklin | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |
| **REFERENCE TYPE:** Professional | **NAME:** Alan Taggart | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |
| **REFERENCE TYPE:** Professional | **NAME:** William Hennessey | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |
| **REFERENCE TYPE:** Professional | **NAME:** Spencer Robuck | **POSITION:** |
| **ADDRESS:** (Street, City, State, Zip Code) | | |
| **EMAIL ADDRESS:** | | **PHONE NUMBER:** |

Jason Van Dyke                                    Person ID: 28659958                              Received: 11/7/16 11:39 AM

## Agency-Wide Questions

1.  **Are you at least 18 years of age?**
    Yes

2.  **Are you currently an employee with Denton County?**
    No

3.  **If you answered "Yes" to question 2, which department do you currently work for? If not applicable, put N/A.**
    N/A

4.  **Have you worked for Denton County previously?**
    No

5.  **If you answered "Yes" to question 4, list the dates of service and the department in which you previously worked. If not applicable, put N/A.**
    N/A

6.  **Are you related by marriage or a blood relationship to any Denton County employee?**
    No

7.  **If you answered "Yes" to question 6, please list relatives. If not applicable, put N/A.**
    N/A

8.  **Have you been fired or asked to resign from a job within the last five (5) years?**
    No

9.  **If you answered "Yes" to question 8, please explain. If not applicable, put N/A.**
    N/A

10. **Have you been convicted of a crime in the past ten (10) years, excluding misdemeanors and summary offenses, which has not been anulled, expunged or sealed by the Court?**
    No

11. **If you answered "Yes" to question 10, please explain. If not applicable, put N/A.**
    N/A

12. **Are you currently employed?**
    Yes

13. **On what date would you be available for work?**
    I would likely be available to begin work starting in January. The only restrictions that I would have are pre-paid travel from 1/18/17 – 1/20/17 for a wedding. I would also need ample notice so that I can settle or arrange for other attorneys to take over my existing caseload of approximately 40 cases. Of those 40 cases, I expect at least 23 to be resolved by the end of 2016 in any case. The remainder would require me to assist clients in finding new counsel and to process refunds.

14. **Have you ever been bonded?**
    No

15. **If you answered "Yes" to question 14, please provide dates and type of bond. If not applicable, put N/A.**
    N/A

16. **Are you bilingual?**
    No

17. **If you are bilingual, list what language(s). If not applicable, put N/A.**
    N/A

18. **Typing Test Score**

Jason Van Dyke                              Person ID: 28859998                        Received: 11/7/16 11:39 AM

## Job Specific Supplemental Questions

1.  **Failure to accept the acknowledgement statement below can result in your employment application being rejected for failure to meet the minimum qualifications as stated in the job posting. Your application for this employment opportunity will not be reconsidered if you fail to abide by the statements below.** COMPLETED APPLICATION ACKNOWLEDGEMENT: **I hereby acknowledge that I must complete ALL sections of the employment application, to include the supplemental questions. I understand that failure to enter all relevant work experience in the work history section of the application will result in the rejection of my employment application.** I understand that to knowingly make or cause to be made any false statement, omission, or misrepresentation of a material fact in any application, and/or its supplemental questions, shall be grounds for termination. **I also understand that I must provide at least THREE references in the "REFERENCES" section of the application. Furthermore, I acknowledge that Denton County does NOT accept resumes in lieu of completed applications.** Please enter your initials and today's date as acceptance of this acknowledgement. If you do not accept this acknowledgement, please understand that your application will be rejected.

    JLV 11/7/2016

2.  **Please indicate the highest level of education obtained:**

    Juris Doctorate

3.  **Do you possess a current and valid license to practice law in the State of Texas or pending results from the Bar Exam?**

    Yes, I do possess a current and valid license to practice law in the State of Texas.

4.  **I acknowledge that I must provide the Denton County Human Resources Department a Bar Card confirming my License to practice Law, should an employment opportunity be offered and accepted.**

    Yes. I have a current bar card in my possession.

5.  **Please select the years of full-time equivalent experience you have practicing law or working in a related field:** NOTE: YOU MUST COMPLETE THE WORK HISTORY SECTION OF THE EMPLOYMENT APPLICATION TO INCLUDE THE VERIFIABLE FULL-TIME EQUIVALENT YEARS OF EXPERIENCE AS INDICATED OR BE DISQUALIFIED.

    9 Years

6.  **Do you believe you can successfully pass a State Criminal History background check?**

    Yes

7.  **Are you presently involved in any criminal proceedings, (i.e. required to appear in court and/or pay a fine, pay probationary fees, on probation, or deferred adjudication), for a felony or misdemeanor, excluding minor traffic violations?**

    No

8.  **Have you ever been arrested or convicted of a violation of any criminal statute in any state, whether a misdemeanor or felony?**

    No

9.  **If you have answered yes, to either of the previous two questions, please provide the following information: List the type of arrest and/or conviction (felony or misdemeanor), the date of arrest and/or conviction, the type of arrest and/or conviction (describe the nature of the offense), and the disposition of the arrest and/or conviction (jail/prison, probation, reduced charge or dismissed) for each offense. If you responded no, to both of the previous two questions, please enter, N/A.**

    N/A

10. **Should you be selected for an interview, you will receive a phone call or email with all the necessary information for scheduling and attending your interview. Please see the acknowledgement below. Failure to accept the acknowledgement statement below can delay the processing of your application. By acknowledging the statement you understand you are responsible for checking your phone messages and email address (provided during online application registration) for information pertaining to potential interviews for this job posting. To ensure proper delivery of emails please add jobs@dentoncounty.com to your email safe list.** INTERVIEW ACKNOWLEDGEMENT: I hereby acknowledge that all interviews for this vacancy, will be communicated via phone or email. **Please enter your initials and today's date** as acceptance of this acknowledgement. If you do not accept this acknowledgement, please enter **N/A.**

    JLV 11/7/2016

11. **I understand that no employment contract either expressed or implied is created should I be hired by Denton County. I understand that I will be required to pass a drug/alcohol and/or physical examination prior to employment. I also understand that if I am a new employee, I will be required to complete a six (6) month probationary period. I give my consent to Denton County to conduct a background investigation to include: contacting any current and/or previous institutional employers, reference checks, criminal searches and verification of credentials.** Please enter your initials and today's date as acceptance of this acknowledgement. If you do not accept this acknowledgement, please understand that your application will be rejected.

    JLV 11/7/2016

The following terms were accepted by the applicant upon submitting the online application:

By clicking on the 'Accept' button, I hereby certify that every statement I have made in this application is true and complete to the best of my knowledge. I understand that any false or incomplete answer may be grounds for not employing me or for dismissing me after I begin work. I understand that I will have to produce documentation verifying identity and employment eligibility in the U.S. I understand that I may be required to verify any and all information given on this application. I understand that this completed application is the property of Denton County and will not be returned. I understand Denton County may contact prior employers and other references. I understand that I must notify the Human Resources Department of any changes in my name, address, or phone number.

Jason Van Dyke                          Person ID: 28659658                          Received: 11/7/16 11:30 AM

This application was submitted by Jason L Van Dyke on 11/7/16 11:30 AM

Signature_____

**Date**_____

Jason Van Dyke                                   Person ID: 28659958                          Received: 6/8/17 1:28 PM

## EMPLOYMENT APPLICATION

**DENTON COUNTY**
401 W. Hickory, Suite 516
Denton, Texas 76201
940-349-3080
https://www.dentoncounty.com/jobs

**Van Dyke, Jason L**
**17-103 MISDEMEANOR PROSECUTOR II - DISTRICT ATTORNEY**

**Received: 6/8/17 1:28 PM**
**For Official Use Only:**
QUAL:_____
DNQ:_____
□ Experience
□ Training
□ Other:_____

### PERSONAL INFORMATION

| | |
|---|---|
| **POSITION TITLE:** MISDEMEANOR PROSECUTOR II - DISTRICT ATTORNEY | **EXAM ID#:** 17-103 |
| **NAME: (Last, First, Middle)** Van Dyke, Jason L | **SOCIAL SECURITY NUMBER:** N/A |
| **ADDRESS: (Street, City, State, Zip Code)** | **EMAIL ADDRESS:** |

| **HOME PHONE:** | **ALTERNATE PHONE:** | **NOTIFICATION PREFERENCE:** Email |
|---|---|---|
| **DRIVER'S LICENSE:** ■ Yes □ No | **DRIVER'S LICENSE:** State:   Number: | **LEGAL RIGHT TO WORK IN THE UNITED STATES?** ■ Yes □ No |

### PREFERENCES

| | |
|---|---|
| **MINIMUM COMPENSATION:** $55,000.00 per year | **ARE YOU WILLING TO RELOCATE?** ■Yes □No □Maybe |

**WHAT TYPE OF JOB ARE YOU LOOKING FOR?**
Regular

**TYPES OF WORK YOU WILL ACCEPT:**
Full Time

**SHIFTS YOU WILL ACCEPT:**
Day,Evening,Night,Rotating,Weekends,On Call (as needed)

**OBJECTIVE:**
Accomplished attorney with strong background in criminal defense, commercial debt collection, post-judgment receiverships, and consumer credit repair. Proven ability to successfully defend against misdemeanor and felony charges, collect commercial debts through litigation, enforce judgments, repair credit and settle debts on behalf of consumers.

### EDUCATION

| **DATES:** From: 1/2004 To: 12/2006 | **SCHOOL NAME:** Stetson University College of Law | |
|---|---|---|
| **LOCATION:(City, State)** Gulfport , Florida | **DID YOU GRADUATE?** ■Yes □No | **DEGREE RECEIVED:** Professional |
| **MAJOR:** Law | | **UNITS COMPLETED:** 88 - Semester |
| From: 8/2001 To: 12/2003 | University of Dallas | |
| **LOCATION:(City, State)** Irving , Texas | **DID YOU GRADUATE?** ■Yes □No | **DEGREE RECEIVED:** Bachelor's |
| **MAJOR:** Politics | | **UNITS COMPLETED:** 64 - Semester |
| **DATES:** From: 8/1998 To: 12/2000 | **SCHOOL NAME:** Michigan State University | |
| **LOCATION:(City, State)** East Lansing , Michigan | **DID YOU GRADUATE?** □Yes ■No | **DEGREE RECEIVED:** No Degree |
| **MAJOR:** Political Theory & Constitutional Democracy | | **UNITS COMPLETED:** 65 - Semester |
| **DATES:** From: 8/1997 To: 6/1998 | **SCHOOL NAME:** Lutheran High School Northwest | |
| **LOCATION:(City, State)** Rochester , Michigan | **DID YOU GRADUATE?** ■Yes □No | **DEGREE RECEIVED:** High School Diploma |

### WORK EXPERIENCE

| **DATES:** From: 3/2017 To: Present | **EMPLOYER:** Karlseng, LeBlanc & Rich L.L.C. | **POSITION TITLE:** Associate Attorney |
|---|---|---|
| **ADDRESS: (Street, City, State, Zip Code)** 5412 W. Plano Parkway, #101, Plano, Texas, 75093 | | **COMPANY URL:** www.texastitle.com |
| **PHONE NUMBER:** 972-733-3800 | **SUPERVISOR:** Claude Rich - Partner | **MAY WE CONTACT THIS EMPLOYER?** ■Yes □No |
| **HOURS PER WEEK:** 40 | **SALARY:** $5,000.00/month | **# OF EMPLOYEES SUPERVISED:** 0 |

Denton County                    17-103 MISDEMEANOR PROSECUTOR II - DISTRICT ATTORNEY                    1/6

Jason Van Dyke                    Person ID: 20959958                    Received 08/17 1:28 PM

**DUTIES:**
I am working as in house counsel for a title company. My work primarily consists of mitigation of title insurance claims and related litigation. I also litigate some debt collection matters on behalf of the company.

**REASON FOR LEAVING:**
N/A

| **DATES:** From: 5/2011  To: 3/2017 | **EMPLOYER:** The Van Dyke Law Firm P.L.L.C. | **POSITION TITLE:** Owner |
|---|---|---|
| **ADDRESS:** (Street, City, State, Zip Code) 200 Chisholm Place, #250, Plano, Texas, 75075 | | **COMPANY URL:** http://www.vandykelawfirm.com |
| **PHONE NUMBER:** 469-964-5346 | **SUPERVISOR:** Self-Employed | **MAY WE CONTACT THIS EMPLOYER?** ■Yes □No |
| **HOURS PER WEEK:** 40 | **SALARY:** $4,200.00/month | **# OF EMPLOYEES SUPERVISED:** 1 |

**DUTIES:**
I was a solo practitioner responsible for all functions of a law firm primarily in the business of criminal defense (including juvenile), creditor/debtor law, consumer law, and credit repair. The firm has been recognized in the past for representing various individuals against revenge pornography websites and obtaining both money judgments and injunctive relief. Major clients include Tucker Albin & Associates, Inc., White Jacobs & Associates, Inc., AssessMD L.L.C., Essendant Co., Maverick Title of Texas L.L.C., and Tri-W Global, Inc.

**REASON FOR LEAVING:**
The firm went out of business due to lack of funds to continue operations.

| **DATES:** From: 11/2009  To: 4/2011 | **EMPLOYER:** Haller Harlan & Taylor | **POSITION TITLE:** General Counsel |
|---|---|---|
| **ADDRESS:** (Street, City, State, Zip Code) _ _ _ _ _ | | **COMPANY URL:** |
| **PHONE NUMBER:** None - Out of Business | **SUPERVISOR:** Michael Haller - President | **MAY WE CONTACT THIS EMPLOYER?** □Yes ■No |
| **HOURS PER WEEK:** 40 | **SALARY:** $5,000.00/month | **# OF EMPLOYEES SUPERVISED:** 1 |

**DUTIES:**
I was primarily responsible for litigating debt and contract cases on behalf of Texas-based clients and defending the company, a major debt collection agency, against FDCPA and contract
litigation. I was also responsible for enforcement of employment agreements (including non-compete and non-solicitation clauses) and loss prevention.

**REASON FOR LEAVING:**
The company went out of business in April of 2011 and I entered private practice several weeks later.

| **DATES:** From: 4/2007  To: 11/2009 | **EMPLOYER:** Langbert Financial Inc. | **POSITION TITLE:** General Counsel |
|---|---|---|
| **ADDRESS:** (Street, City, State, Zip Code) 9400 N. Central Expressway, #450, Dallas, Texas, 75231 | | **COMPANY URL:** http://www.langbert.com |
| **PHONE NUMBER:** 214-566-9120 | **SUPERVISOR:** Jon Alan Langbert - President | **MAY WE CONTACT THIS EMPLOYER?** ■Yes □No |
| **HOURS PER WEEK:** 40 | **SALARY:** $3,000.00/month | **# OF EMPLOYEES SUPERVISED:** 1 |

**DUTIES:**
During the course of my employment I litigated over three hundred (300) commercial debt collection cases for the company and collected over $500,000.00 in written off accounts. I was also responsible for general loss prevention, the review and drafting of contracts, and the enforcement of security agreements.

**REASON FOR LEAVING:**
I left on good terms with the company and accepted employment with Haller, Harlan & Taylor as their general counsel.

## CERTIFICATES AND LICENSES

| **TYPE:** Attorney & Counselor at Law | |
|---|---|
| **LICENSE NUMBER:** 24057426 | **ISSUING AGENCY:** The Supreme Court of Texas |
| **TYPE:** Attorney & Counselor at Law | |
| **LICENSE NUMBER:** 47445 | **ISSUING AGENCY:** The Supreme Court of Colorado |
| **TYPE:** Attorney & Counselor at Law | |
| **LICENSE NUMBER:** 1027245 | **ISSUING AGENCY:** U.S. Court of Appeals for the District of Columbia (DC Bar) |
| **TYPE:** Attorney & Counselor at Law | |
| **LICENSE NUMBER:** 851693 | **ISSUING AGENCY:** State Bar of Georgia |

## Skills

**OFFICE SKILLS:**
Typing:80
Data Entry:0

Denton County          17-103 MISDEMEANOR PROSECUTOR II - DISTRICT ATTORNEY          2/6

Jason Van Dyke                          Person ID: 28659958                          Received: 8/8/17 1:28 PM

| OTHER SKILLS: |
| --- |

**LANGUAGE(S):**
English - ■ Speak  ■ Read  ■ Write

## ADDITIONAL INFORMATION

**Clinical Experience**

late August of 2006 through November of 2006. The clinic consisted of me assisting attorneys in the prosecution of misdemeanor criminal cases.

**Honors & Awards**
Upon graduation from Stetson University College of Law in December of 2006, I received a certificate of concentration in advocacy and the William F. Blews Pro-Bono service award.

**Honors & Awards**
Eagle Scout
Boy Scouts of America
Troop 1702 - April 1995

**Miscellaneous**
I am licensed by the Texas Department of Public Safety as a license to carry instructor (previously as a concealed handgun instructor) and I have been so licensed for over five years. I have also been certified as a pistol instructor by the National Rifle Association for a period of six years.

## REFERENCES

| REFERENCE TYPE: Professional | NAME: Spencer Robuck | POSITION: |
| --- | --- | --- |
| ADDRESS: (Street, City, State, Zip Code) | | |
| EMAIL ADDRESS: | | PHONE NUMBER: |
| REFERENCE TYPE: Professional | NAME: William Hennessey | POSITION: |
| ADDRESS: (Street, City, State, Zip Code) | | |
| EMAIL ADDRESS: | | PHONE NUMBER: |
| REFERENCE TYPE: Professional | NAME: Alan Taggart | POSITION: |
| ADDRESS: (Street, City, State, Zip Code) | | |
| EMAIL ADDRESS: | | PHONE NUMBER: |
| Personal | Joshua Conklin | |
| ADDRESS: (Street, City, State, Zip Code) | | |
| EMAIL ADDRESS: | | PHONE NUMBER: |
| REFERENCE TYPE: Personal | NAME: Cory Kiel | POSITION: |
| ADDRESS: (Street, City, State, Zip Code) | | |
| EMAIL ADDRESS: | | PHONE NUMBER: |
| REFERENCE TYPE: Personal | NAME: Tarjei Brokken | POSITION: |
| ADDRESS: (Street, City, State, Zip Code) | | |
| EMAIL ADDRESS: | | PHONE NUMBER: |

Jason Van Dyke                                      Person ID: 28859358                                      Received: 6/8/17 1:28 PM

1.  **Are you at least 18 years of age?**
    Yes

2.  **Are you currently an employee with Denton County?**
    No

3.  **If you answered "Yes" to question 2, which department do you currently work for? If not applicable, put N/A.**
    N/A

4.  **Have you worked for Denton County previously?**
    No

5.  **If you answered "Yes" to question 4, list the dates of service and the department in which you previously worked. If not applicable, put N/A.**
    N/A

6.  **Are you related by marriage or a blood relationship to any Denton County employee?**
    No

7.  **If you answered "Yes" to question 6, please list relatives. If not applicable, put N/A.**
    N/A

8.  **Have you been fired or asked to resign from a job within the last five (5) years?**
    No

9.  **If you answered "Yes" to question 8, please explain. If not applicable, put N/A.**
    N/A

10. **Have you been convicted of a crime in the past ten (10) years, excluding misdemeanors and summary offenses, which has not been anulled, expunged or sealed by the Court?**
    No

11. **If you answered "Yes" to question 10, please explain. If not applicable, put N/A.**
    N/A

12. **Are you currently employed?**
    Yes

13. **On what date would you be available for work?**
    I would be required to give at least two weeks notice to my present employer.

14. **Have you ever been bonded?**
    No

15. **If you answered "Yes" to question 14, please provide dates and type of bond. If not applicable, put N/A.**
    N/A

16. **Are you bilingual?**
    No

17. **If you are bilingual, list what language(s). If not applicable, put N/A.**
    N/A

18. **Typing Test Score**

Jason Van Dyke                                      Person ID: 28650958                                      Received: 6/8/17 1:28 PM

### Job Specific Supplemental Questions

1.  Failure to accept the acknowledgement statement below can result in your employment application being rejected for failure to meet the minimum qualifications as stated in the job posting. Your application for this employment opportunity will not be reconsidered if you fail to abide by the statements below. COMPLETED APPLICATION ACKNOWLEDGEMENT: I hereby acknowledge that I must complete ALL sections of the employment application, to include the supplemental questions. I understand that failure to enter all relevant work experience in the work history section of the application will result in the rejection of my employment application. I understand that to knowingly make or cause to be made any false statement, omission, or misrepresentation of a material fact in any application, and/or its supplemental questions, shall be grounds for termination. I also understand that I must provide at least THREE references in the "REFERENCES" section of the application. Furthermore, I acknowledge that Denton County does NOT accept resumes in lieu of completed applications. Please enter your initials and today's date as acceptance of this acknowledgement. If you do not accept this acknowledgement, please understand that your application will be rejected.

    JLV 6-8-17

2.  **Please indicate the highest level of education obtained:**

    Juris Doctorate

3.  **Do you possess a current and valid license to practice law in the State of Texas or pending results from the Bar Exam?**

    Yes, I do possess a current and valid license to practice law in the State of Texas.

4.  **I acknowledge that I must provide the Denton County Human Resources Department a Bar Card confirming my License to practice Law, should an employment opportunity be offered and accepted.**

    Yes. JLV 6-8-17

5.  **Please select the years of full-time equivalent experience you have practicing law or working in a related field:** NOTE: YOU MUST COMPLETE THE WORK HISTORY SECTION OF THE EMPLOYMENT APPLICATION TO INCLUDE THE VERIFIABLE FULL-TIME EQUIVALENT YEARS OF EXPERIENCE AS INDICATED OR BE DISQUALIFIED.

    10 Years

6.  **Do you believe you can successfully pass a State Criminal History background check?**

    Yes

7.  **Are you presently involved in any criminal proceedings, (i.e. required to appear in court and/or pay a fine, pay probationary fees, on probation, or deferred adjudication), for a felony or misdemeanor, excluding minor traffic violations?**

    No

8.  **Have you ever been arrested or convicted of a violation of any criminal statute in any state, whether a misdemeanor or felony?**

    Yes

9.  **If you have answered yes, to either of the previous two questions, please provide the following information: List the type of arrest and/or conviction (felony or misdemeanor), the date of arrest and/or conviction, the type of arrest and/or conviction (describe the nature of the offense), and the disposition of the arrest and/or conviction (jail/prison, probation, reduced charge or dismissed) for each offense. If you responded no, to both of the previous two questions, please enter, N/A.**

    I was arrested on several misdemeanor charges in the State of Michigan on or around 11-17-2000. All such charges have been dismissed/expunged, but I am disclosing them here because they are public knowledge. I deny, and continue to deny, committing any of the offenses that I was accused of.

10. Should you be selected for an interview, you will receive a phone call or email with all the necessary information for scheduling and attending your interview. Please see the acknowledgement below. Failure to accept the acknowledgement statement below can delay the processing of your application. By acknowledging the statement you understand that you are responsible for checking your phone messages and email address (provided during online application registration) for information pertaining to potential interviews for this job posting. To ensure proper delivery of emails please add jobs@dentoncounty.com to your email safe list. INTERVIEW ACKNOWLEDGEMENT: I hereby acknowledge that all interviews for this vacancy, will be communicated via phone or email. **Please enter your initials and today's date as acceptance of this acknowledgement. If you do not accept this acknowledgement, please enter N/A.**

    JLV 6-8-2017

11. I understand that no employment contract either expressed or implied is created should I be hired by Denton County. I understand that I will be required to pass a drug/alcohol and/or physical examination prior to employment. I also understand that if I am a new employee, I will be required to complete a six (6) month probationary period. I give my consent to Denton County to conduct a background investigation to include: contacting any current and/or previous institutional employers, reference checks, criminal searches and verification of credentials. Please enter your initials and today's date as acceptance of this acknowledgement. If you do not accept this acknowledgement, please understand that your application will be rejected.

    JLV 6-8-17

The following terms were accepted by the applicant upon submitting the online application:

By clicking on the 'Accept' button, I hereby certify that every statement I have made in this application is true and complete to the best of my knowledge. I understand that any false or incomplete answer may be grounds for not employing me or for dismissing me after I begin work. I understand that I will have to produce documentation verifying identity and employment eligibility in the U.S. I understand that I may be required to verify any and all information given on this application. I understand that this completed application is the property of Denton County and will not be returned. I understand Denton County may contact prior employers and other references. I understand that I must notify the Human Resources Department of any changes in my name, address, or phone number.

Jason Van Dyke                         Person ID: 28659958                              Received: 6/8/17 1:28 PM

This application was submitted by Jason L Van Dyke on 6/8/17 1:28 PM

**Signature** _____

**Date** _____