Thomas Retzlaff
PO Box 46424
Phoenix, AZ 85063-6424
P: (210) 317-9800
Email: retzlaff@texas.net

Defendant, Pro se

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| Jason Lee Van Dyke,<br><br>          Plaintiff,<br><br>vs.<br><br>Thomas Christopher Retzlaff a/k/a Dean Anderson,<br><br>          Defendant. | Case No.:  2:18-cv-04003-SMB<br><br>**DEFENDANT'S NOTICE OF OUTSTANDING MOTIONS** |

As per the Court's January 3, 2018, order (ECF # 42), Retzlaff submits this list of outstanding motions.

1. Defendant's anti-SLAPP motion (ECF 13, 19, and 47), which was filed on November 23, 2018. This is ripe for resolution and, in fact, the deadline for the court to rule on this is January 22, 2019. (See ECF 43 – ==EMERGENCY== Notice of Impending Deadline).

2. Plaintiff's motion for court-ordered dismissal (ECF 31 & 37), which was filed on December 10, 2018. Retzlaff filed a response (ECF 38) and this matter is ripe for resolution.

DEFENDANT'S NOTICE OF OUTSTANDING MOTIONS - 1

Retzlaff would point out to the Court that on December 26, 2018, plaintiff Van Dyke filed his "Notice of Nonparticipation" (ECF 41) notifying this Court that he "refuses to further participate in this case" and no longer wishes to be bothered by you people or your notifications about this case.

Retzlaff would point out that Van Dyke is an attorney licensed in four different states and has been a member of the State Bar of Texas for about 12 years.  So he darn well knows the effect of his filing and what the legal ramifications are.  Thus, Retzlaff would request that the Court take Van Dyke at his word and to consider all of his pleadings, objections, and responses as being withdrawn and not to consider same.

On a side note, Retzlaff would like to update the Court on some recent developments.  As you know, Van Dyke has been a fugitive from justice for the past three weeks.  Retzlaff wishes to announce that he was captured and taken into custody by the Denton County, Texas, Sheriff's Office on January 8, 2019, and a $50,000 bond has been assessed by a magistrate.  See attached **Exhibit 1**.

FURTHERMORE, Retzlaff can now confirm that the FBI's Counterterrorism Division is involved in a joint investigation with the Department of Homeland Security and local law enforcement and that Retzlaff has been assisting them for a certain period of time.  Today, January 11, 2019, Jason Lee Van Dyke was charged with the felony offenses of obstruction of justice and retaliation against a witness.

DEFENDANT'S NOTICE OF OUTSTANDING MOTIONS - 2

As outlined in Retzlaff's counterclaim against Van Dyke (ECF# 30), Retzlaff accused Van Dyke of threatening to murder him and his family, and that Van Dyke has been working with James A. McGibney of San Jose, CA, Philip R. Klein of Nederland, TX, and John Morgan of Beaumont, TX.  Retzlaff (his daughter Brittany Retzlaff, and other family members) have been the victims of targeted internet harassment, death threats, and Swatting attempts by Van Dyke and these individuals associated with Van Dyke.  In Van Dyke's Answer (ECF 33), he has admitted to working with McGibney and Morgan, as well as the founder of the *Proud Boys* white supremacist group, Gavin McInnes of Larchmont, NY.

Further arrests are expected.  More documents will be filed for the Court to take judicial notice of.

In any event, Retzlaff would ask that the Court please take up the anti-SLAPP motion ASAP because of the upcoming statutory deadline.  I have no idea how this government shut down will affect your operations or not, but I would please ask that you rule on this right away so I don't end up having to file an appeal with the 9th Circuit on account of the time running out and me having no choice.

DEFENDANT'S NOTICE OF OUTSTANDING MOTIONS - 3

Respectfully submitted,

Dated: January 11, 2019          By:_____
                                     Thomas Retzlaff
                                     Defendant, In Pro Per

DEFENDANT'S NOTICE OF OUTSTANDING MOTIONS - 4

# CERTIFICATE OF SERVICE

I certify that on January 11, 2019, a copy of this document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for plaintiff Jason Lee Van Dyke:

Jason L. Van Dyke, pro se, Email: jason@vandykelawfirm.com.

I certify that Jason L. Van Dyke is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

By:_____
Thomas Retzlaff
Defendant, In Pro Per

DEFENDANT'S NOTICE OF OUTSTANDING MOTIONS - 5