CR-2018-07544-E

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN COUNTY CRIMINAL |
| | § | |
| VS. | § | COURT NUMBER 5 |
| | § | |
| JASON VANDYKE | § | DENTON COUNTY, TEXAS |

*FILED AT THE BENCH IN OPEN COURT THIS THE JAN 10 2019 JUDGE COBY WADDILL CRIMINAL COURT NO. FIVE*

## ORDER ON MOTION TO SET BOND

After hearing on the Motion to Set Bond, on this the 11th day of January, 2019, the Defendant's bond is hereby set at $50,000 cash/surety, all previously Ordered terms and conditions of bond remain in effect, and the Court hereby Orders the following additional conditions:

1. Defendant is ordered to commit no new offense.
2. Defendant is ordered to surrender all firearms under his control.
3. A Deputy Sheriff shall accompany the defendant, upon his release, to the defendant's home to search the home for any firearms, and shall remove all firearms from the home. The firearms shall be safeguarded by the Sheriff's Office until further order by this Court.
4. Defendant is ordered to possess no firearms.
5. Defendant is ordered to surrender his passport.
6. Defendant shall not communicate by any means with Tom Retzlaff, Kristin Brady, or Deb Armintor in a threatening or harassing manner.
7. Defendant shall not leave Denton County, or the contiguous counties, without first having the express written permission of this Court.
8. Immediately after posting bond, Defendant shall have an electronic monitoring GPS placed on his person. Defendant shall abide by all rules and requirements required under any participation agreement including not missing any communication times set out by the participant agreement. Defendant shall pay all costs associated with the device and shall not tamper with, remove or obstruct the monitoring device.

Signed and entered on ___**JAN 1 1 2019**___.

_____
JUDGE PRESIDING