Thomas Retzlaff
PO Box 46424
Phoenix, AZ 85063-6424
P: (210) 317-9800
Email: retzlaff@texas.net

Defendant, Pro se

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

Jason Lee Van Dyke,

        Plaintiff,

vs.

Thomas Christopher Retzlaff a/k/a Dean
Anderson,

        Defendant.

Case No.:  2:18-cv-04003-SMB

**MOTION FOR JUDICIAL NOTICE OF FELONY ARREST OF PLAINTIFF VAN DYKE FOR OBSTRUCTION OF JUSTICE & RETALIATION AGAINST A WITNESS**

        Defendant Thomas Retzlaff requests that the Court take Judicial Notice of the arrest of plaintiff Jason Van Dyke for the felony criminal offenses of obstruction of justice & retaliation against a witness, as well as a recent State Bar disciplinary judgment, as provided by Federal Rule of Evidence 201.

DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 1

## A. INTRODUCTION

1.     Plaintiff is licensed attorney Jason Lee Van Dyke, representing himself *pro se*; defendant is Thomas Christopher Retzlaff, "a/k/a Dean Anderson."[1]

2.     Van Dyke has filed a defamation lawsuit against Retzlaff seeking $100 million in damages claiming that Retzlaff defamed him by getting Van Dyke fired from the Victoria County (Tex.) District Attorney's Office and by filing a grievance against Van Dyke with the State Bar of Texas (for which a disbarment trial is set for February 22, 2019).  Van Dyke is also seeking relief against Retzlaff in the form of an injunction seeking to prohibit Retzlaff from calling Van Dyke a Nazi and a white supremacist – despite the fact that Jason Lee Van Dyke is the leader of the *Proud Boys*, which is an FBI declared extremist organization with ties to white nationalists.

## B.  ARGUMENT & AUTHORITIES

3.     The Court may take judicial notice of a fact that is not subject to reasonable dispute because it (1) is generally known within the court's territorial jurisdiction, or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b); see *Bias v. Moynihan*, 508 F.3d 1212, 1225 (9th Cir. 2007) (proceedings in other courts).

---

[1]     Retzlaff is NOT "Dean Anderson" or an "aka" for Dean Anderson.  Anderson is a totally different person whom Van Dyke has been unable to serve process on.

DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 2

4.      As a result of an ongoing joint investigation by the Dallas FBI / Department of Homeland Security counter-terrorism division, as well as local law enforcement authorities in Denton County, Texas, Van Dyke was arrested on January 10, 2019, for the felony offenses of Obstruction Of Justice and Retaliation Against A Witness, in violation of Texas Penal Code § 36.06.  These are offenses punishable by 2 – 10 years in state prison.  See attached **Exhibit 1** – Copy of Van Dyke arrest warrant.[2]

5.      As the Court will recall, Van Dyke has made repeated threats to murder Retzlaff and his family / daughter Brittany.  See, e.g., ECF 12 – Notice of Death Threats From Opposing Counsel.

6.      On the night of January 14, 2019, members of an FBI / local law enforcement task force executed a search warrant of Van Dyke's residence in Cross Roads, Texas, while he was still in jail, as well as search warrants on Van Dyke's multiple email providers, social media accounts, and Internet Service Providers. Among items seized and/or copied by the government are all of Van Dyke's electronic devices and records, to include all of the emails and documents pertaining to Van Dyke's membership and leadership role in the white supremacist group the *Proud*

---

[2]      This is irrespective as to pending federal charges for violations of Title 18 U.S. Code § 875 – Interstate Threats, as well as Van Dyke's involvement and leadership role in a domestic terrorist group and his responsibility for directing numerous acts of political violence all across the country.

DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 3

*Boys*.  This specifically includes all documents and communications relating to *Proud Boys* founder Gavin McInnes, who is presently being investigated by both the FBI, Dept of Homeland Security, and the NY Police Department's Counterterrorism Bureau.  Additional items seized include documents and communications pertaining to James A. McGibney, Philip R. Klein, and John S. Morgan – individuals who have been involved in Swatting attempts, cyber-stalking, and threats of murder against Retzlaff and his family.  See ECF 30 at pg 13 – Retzlaff's Counterclaim.

6.      As a result of Van Dyke's conduct in threatening to harm yet another individual whom Van Dyke has sued (Dr. Ryan Daniel, a Dallas area dentist), the State Bar of Texas disciplined Van Dyke and placed him on suspension.  See attached **Exhibit 2** – Agreed Judgment Suspending Law License.

7.      Retzlaff asks the Court to take Judicial Notice of these documents, please.

Respectfully submitted,

Dated: January 16, 2019          By:_____
                                                        Thomas Retzlaff
                                                        Defendant, In Pro Per

DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 4

# CERTIFICATE OF SERVICE

I certify that on January 16, 2019, a copy of this document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for plaintiff Jason Lee Van Dyke:

Jason L. Van Dyke, pro se, Email: jason@vandykelawfirm.com.

I certify that Jason L. Van Dyke is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

By:_____
Thomas Retzlaff
Defendant, In Pro Per

DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 5