WARRANT OF ARREST
THE STATE OF TEXAS
CO1901101



To any Peace Officer of the State of Texas, Greetings:

**You are hereby commanded to arrest**

Jason Lee Vandyke (W/M 04/03/1980)

if to be found in your County and bring him before me, a Magistrate of Denton County, Texas, at my office in said County, immediately, then and there to answer the State of Texas for the Felony Offense against the laws of said State, to-wit:

**Obstruction or Retaliation (P.C. 36.06)**

of which offense he is accused by the written Complaint under oath or affirmation of Officer Brian Howard of The Oak Point Police Department, filed before me.

Herein fail not, but of this writ make due return, showing how you have executed the same.

Witness my official signature this 10th day of January, 2019.

**Honorable Bruce McFarling**
362nd Judicial District Court Judge
Denton County, Texas


OFFICER'S RETURN

Came to hand the 10 day of January, 2019, at o'clock 4:06 PM, and executed on the 10 day of January, 2019, at 4:06 o'clock PM, by arresting the within named Individual at Denton County Jail, in Denton County, Texas, and placing them in jail at Denton County Jail

By Peace Officer J. Yates #266

Denton County, Texas