Thomas Retzlaff
PO Box 46424
Phoenix, AZ 85063-6424
P: (210) 317-9800
Email: retzlaff@texas.net

Defendant, Pro se

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| Jason Lee Van Dyke,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Thomas Christopher Retzlaff a/k/a Dean Anderson,<br><br>　　　　Defendant. | Case No.: 2:18-cv-04003-SMB<br><br>**MOTION FOR JUDICIAL NOTICE OF TEXAS COURT RECORDS PERTAINING TO PLAINTIFF VAN DYKE'S FELONY PROSECUTION FOR OBSTRUCTION OF JUSTICE & RETALIATION AGAINST A WITNESS** |

Defendant Thomas Retzlaff requests that the Court take Judicial Notice of the attached certified Texas state court records pertaining to the prosecution of plaintiff Jason Van Dyke for the felony criminal offenses of obstruction of justice & retaliation against a witness, as provided by Federal Rule of Evidence 201. Retzlaff is the victim of these crimes, which is why they are relevant for this Court.

DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 1

**A. INTRODUCTION**

1. Plaintiff is licensed attorney Jason Lee Van Dyke, representing himself *pro se*; defendant is Thomas Christopher Retzlaff, "a/k/a Dean Anderson."[1]

2. Van Dyke has filed a defamation lawsuit against Retzlaff seeking $100 million in damages claiming that Retzlaff defamed him by getting Van Dyke fired from the Victoria County (Tex.) District Attorney's Office and by filing a grievance against Van Dyke with the State Bar of Texas (for which a disbarment trial is set for February 22, 2019). Van Dyke is also seeking relief against Retzlaff in the form of an injunction seeking to prohibit Retzlaff from calling Van Dyke a Nazi and a white supremacist – despite the fact that Jason Lee Van Dyke is the leader of the *Proud Boys*, which is an FBI declared extremist organization with ties to white nationalists.

**B. ARGUMENT & AUTHORITIES**

3. The Court may take judicial notice of a fact that is not subject to reasonable dispute because it (1) is generally known within the court's territorial jurisdiction, or (2) can be accurately and readily determined from sources whose

---

[1] Retzlaff is NOT "Dean Anderson" or an "aka" for Dean Anderson. Anderson is a totally different person whom Van Dyke has been unable to serve process on.

DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 2

accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); see *Bias v. Moynihan*, 508 F.3d 1212, 1225 (9th Cir. 2007) (proceedings in other courts).

4. As a result of an ongoing joint investigation by the Dallas FBI / Department of Homeland Security counter-terrorism division, as well as local law enforcement authorities in Denton County, Texas, Van Dyke was arrested on January 11, 2019, for the felony offenses of *Obstruction Of Justice and Retaliation Against A Witness*, in violation of Texas Penal Code § 36.06. These are offenses punishable by between 2 – 10 years in state prison. See attached **Exhibit 1** – Certified Copy of Van Dyke's felony probable cause affidavit & arrest warrant.[2]

5. As the Court will recall, Van Dyke has made repeated threats to murder Retzlaff and his family / daughter Brittany. See, e.g., ECF 12 – *Notice of Death Threats From Opposing Counsel*.

6. On December 12, 2018, Van Dyke contacted Retzlaff and said that he was going to murder him as a result of Retzlaff being a witness against Van Dyke in a

---

[2] This is irrespective as to pending federal charges for violations of Title 18 U.S. Code § 875 – Interstate Threats. ADDITIONALLY, Retzlaff has learned that Van Dyke, Gavin McInnes, and other *Proud Boys* members are under federal investigation for violations of 18 U.S. Code Sections 2101 (Riots), and 371 (Conspiracy), due to Van Dyke's and McInnes' involvement and leadership roles in a domestic terrorist group and their responsibility for directing numerous acts of political violence all across the country.

DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 3

disbarment proceeding involving the State Bar of Texas.[3]  See attached **Exhibits 2 and 3**.

7. In these emails, Van Dyke "cc'd" the following individuals:

a) Kristin Brady (the State Bar attorney prosecuting Van Dyke);

b) Linda Acevedo (Chief Disciplinary Counsel for the State Bar of Texas);

c) John Council (Senior Reporter for Texas Lawyer magazine, which is a publication owned by American Lawyer Media);

d) William Sommer (reporter for The Daily Beast); and,

e) Walker Wicevich (Special Agent with the Federal Bureau of Investigation in Phoenix).[4]

---

[3]  As a result of Retzlaff's complaint, disbarment proceedings have been initiated in a proceeding styled *Texas Comm'n for Lawyer Discipline v. Jason Lee Van Dyke*, Case No. 201707583, pending before the District 14 Grievance Committee – Evidentiary Panel 14-2, in Denton County, Texas.  This matter is set for trial on February 22, 2019.

[4]  The reason why Van Dyke "cc'd" all of these individuals is unknown.  It should be noted, however, that Van Dyke has made several attempts at getting Retzlaff "swatted".  Specifically, Van Dyke, along with James McGibney of San Jose, CA, Philip Klein of Nederland, TX, and John Morgan of Beaumont, TX, have made a series of false reports to the FBI and many other law enforcement agencies in an effort to get Retzlaff wrongfully charged with crimes.  This has been going on for several years.  The purpose of this is because all of these individuals have filed a series of SLAPP litigation against Retzlaff, which has been orchestrated and filed by Van Dyke and Morgan, (who are both attorneys), on behalf of their clients Klein and McGibney.  Getting Retzlaff and his family "swatted" is a part of their litigation strategy and is designed to give them an unfair advantage over Retzlaff in this high stakes, cross-country multimillion-dollar litigation.

DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 4

8.    And when court action does not work, Van Dyke gets violent. To make matters worse, Van Dyke has allied himself with James McGibney, a San Jose, CA, revenge pornographer who openly brags in press interviews to being a member of the illegal hacking groups *Anonymous* and *The Rustle League*. See *Vigilanteville: James McGibney and his online army* – Al Jazeera Online magazine (http://america.aljazeera.com/articles/2014/10/7/james-mcgibney-bullyville.html)

9.    In fact, no less than THREE associates of James McGibney are presently doing hard time for computer hacking and cyberstalking type crimes. **Matthew Keys** (Case # 2:13-cr-00082 in the E.D. of Calif), **Deric Lostutter** (Case # 5:2016-cr-00062 in the E.D. of Ky), and **Justin Liverman** (Case # 1:16-cr-00313 in the E.D. of Va)![5] And one associate, **Christopher Doyon** (aka *Commander X*) is still on the run from the FBI today (Case # 5:11-cr-00683 in the N.D. of Calif)!!

10.    Retzlaff asks the Court to take Judicial Notice of these documents, please.

---

[5] Liverman was the individual who hacked into the email accounts for then-CIA chief John Brennan and James R. Clapper Jr., former director of national intelligence at the time. https://www.washingtonpost.com/local/public-safety/hacker-who-harassed-leaders-from-cia-dni-and-fbi-will-spend-five-years-in-prison/2017/09/08/2ac249ce-9405-11e7-8754-d478688d23b4_story.html?noredirect=on&utm_term=.16623e75b0c1

DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 5

11. On a side note, it is just disgusting and bizarre how Van Dyke has been able to file these BS lawsuits claiming he is a victim of $100 million worth of damages for defamation and "threats" when the only person committing any actual, real life crimes here is Van Dyke, and his group of Neo-Nazis, revenge pornographers, computer hackers, and cyber-stalkers!

Respectfully submitted,

Dated: January 18, 2019   By:_____
                                        Thomas Retzlaff
                                        Defendant, In Pro Per

DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 6

# CERTIFICATE OF SERVICE

I certify that on January 18, 2019, a copy of this document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for plaintiff Jason Lee Van Dyke:

Jason L. Van Dyke, pro se, Email: jason@vandykelawfirm.com.

I certify that Jason L. Van Dyke is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

By:_____
Thomas Retzlaff
Defendant, In Pro Per

DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 7