**WARRANT OF ARREST**
**THE STATE OF TEXAS**
CO1901101-A

FILED
AT _10:00_ O'CLOCK _A_ M

JAN 1 1 2019

DISTRICT CLERK
Denton County, Texas

BY: _____ DEPUTY

2019 JAN 11 AM 10: 17   RECEIVED

**To any Peace Officer of the State of Texas, Greetings:**

**You are hereby commanded to arrest**

Jason Lee Vandyke (W/M 04/03/1980)

if to be found in your County and bring him before me, a Magistrate of Denton County, Texas, at my office in said County, immediately, then and there to answer the State of Texas for the Felony Offense against the laws of said State, to-wit:

**Obstruction or Retaliation (P.C. 36.06)**

of which offense he is accused by the written Complaint under oath or affirmation of Director Michael Shackleford of Oak Point Department of Public Safety, filed before me.

Herein fail not, but of this writ make due return, showing how you have executed the same.

Witness my official signature, this 11th day of January, 2019.

_[signature]_

**Honorable Bruce McFarling**
362nd Judicial District Court Judge
Denton County, Texas

CERTIFIED A TRUE AND CORRECT COPY
OF THE RECORD ON FILE IN MY OFFICE

DAVID TRANTHAM
DENTON COUNTY DISTRICT CLERK

01/11/19  By: _____ Deputy Clerk
Date

Michael McNeil
Deputy Clerk

**OFFICER'S RETURN**

Came to hand the _11_ day of _January_, 2019, at o'clock _1030_ P.M., and executed on the _11_ day of _January_, 2019, at _1030_ o'clock . P.M., by arresting the within named Individual at _Denton County_, in Denton County, Texas, and placing them in jail at _Denton County_.

By Peace Officer _[signature]_ #512L

Denton County, Texas

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS

Before me, the undersigned authority, on this day personally appeared the undersigned affiant who, after being duly sworn on oath deposes and says that **VanDyke, Jason Lee (W/M 04/03/1980),** hereinafter styled defendant, on or about the 12 day of December, 2018, and before the making and filing of this complaint, within the County of Denton of the State of Texas, did then and there commit the felony offense of Obstruction or Retaliation (P.C. 36.06).

Affiant is **Michael Shackleford** who is a certified peace officer of the State of Texas employed by the Oak Point Department of Public Safety. Affiant's probable cause for the above belief is based upon the following facts and sources of said facts:

On January 10, 2019, Director Shackleford reviewed a sworn Affidavit provided by Tom Retzlaff. The Affidavit contained two supporting emails.

The DEFENDANT is an attorney licensed to practice law in the State of Texas. Tom Retzlaff filed a grievance against the DEFENDANT with the State Bar of Texas in December 2017. Accordingly Tom Retzlaff is a witness or prospective witness in a case scheduled to go before the Texas State Bar regarding the DEFENDANT's law license. Ms. Kristin Brady is Assistant Disciplinary Counsel to the State Bar assigned to the proceeding against the DEFENDANT.

Tom Retzlaff received two threatening emails from the DEFENDANT on December 12, 2018. The two email attachments according to Tom Retzlaff were true and correct copies sent from the DEFENDANT to him.

The first email sent Wednesday, December 12, 2018 at 8:00:21 AM showed the DEFENDANT writing Tom Retzlaff, "I promise you this motherfucker: If my law career dies, you die with it". The second email sent Wednesday, December 12, 2018 at 8:01:42 AM showed the DEFENDANT writing Tom Retzlaff "Go fuck yourself and what's left of your miserable life. You have destroyed my life, and for that



offense, you will pay with your own. That's not a threat. That's a PROMISE motherfucker".

Wherefore, premises considered, the Affiant respectfully requests that a warrant be issued for the arrest of **VanDyke, Jason Lee (W/M 04/03/1980)** to answer for the Felony offense of Obstruction or Retaliation (P.C. 36.06) in accordance with the laws of the State of Texas;

AGAINST THE PEACE AND DIGNITY OF THE STATE OF TEXAS.

_____
AFFIANT

SWORN TO AND SUBSCRIBED BEFORE me on this the 11th day of January, 2019.

_____
**Honorable Bruce McFarling**
362nd Judicial District Court Judge
Denton County, Texas

MAGISTRATES DETERMINATION OF PROBABLE CAUSE

On this the 11th day of January, 2019, the undersigned Magistrate hereby acknowledges that said Magistrate has examined the above affidavit and has determined that probable cause exists for the issuance of an arrest warrant for the individual accused of the offense set out therein.

_____
**Honorable Bruce McFarling**
362nd Judicial District Court Judge
Denton County, Texas

CERTIFIED A TRUE AND CORRECT COPY
OF THE RECORD ON FILE IN MY OFFICE
DAVID TRANTHAM
DENTON COUNTY DISTRICT CLERK
01/11/19   By_____
Date                Deputy Clerk

Michael McNeil
Deputy Clerk

VanDyke PC Retaliation 01.11.2019