Jason Lee Van Dyke
108 Durango Drive
Crossroads, TX 76227
P - (469) 964-5347
F - (972) 421-1830
E – jasonleevandyke@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | | |
|---|---|---|
| JASON LEE VAN DYKE | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case No. CV-18-4003-PHX-JJT |
| | § | |
| THOMAS CHRISTOPHER RETZLAFF | § | |
|     Defendant. | § | |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S LATEST GROUNDLESS MOTIONS

Plaintiff, Jason Lee Van Dyke, files this response and objection to Defendant's latest groundless motions. See ECF 49 and 50.

1. Defendant's requests for judicial notice are inappropriate under Rule 201 of the Federal Rules of Evidence because Defendant does not request judicial notice of evidence that is relevant to the facts of this case under Rule 401 of the Federal Rules of Evidence.

2. Defendant's sole purpose in the filing of these motions is to inflame the jury and prejudice it against Plaintiff with irrelevant information.  As with Defendant's other filings, Plaintiff further alleges that these motions were filed solely for the purpose of harassing the Plaintiff (which Defendant has accomplished in an

ongoing manner for at least two years). Defendant has stalked Plaintiff in an ongoing manner, yet nobody seems to be willing to enter the appropriate orders to compel Defendant to leave Plaintiff the hell alone.

3. Plaintiff declines to waste his time and this Court's time by responding further.

    Respectfully submitted,

/s/ Jason Lee Van Dyke
Jason L. Van Dyke
108 Durango Drive
Crossroads, TX 76227
P – (469) 687-9526
F – (972) 421-1830
Email: jasonleevandyke@gmail.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on Thomas Christopher Retzlaff by electronic filing on January 20, 2019.

/s/ Jason Lee Van Dyke
JASON L.VAN DYKE