Jason Lee Van Dyke
108 Durango Drive
Crossroads, TX 76227
P - (469) 687-9526
F - (972) 421-1830
E – jasonleevandyke@gmail.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| JASON LEE VAN DYKE §<br>    Plaintiff, §<br>§<br>v. §   Case No. CV-18-4003-PHX-JJT<br>§<br>THOMAS CHRISTOPHER RETZLAFF §<br>    Defendant. § | |

## NOTICE OF CHANGE OF E-MAIL ADDRESS

Plaintiff, Jason Lee Van Dyke, hereby notifies this Court of a change in his e-mail address to jasonleevandyke@gmail.com as his prior e-mail address has been permanently disabled due to ongoing harassment and stalking behavior by Defendant. Plaintiff has also changed his telephone number, is providing his office number only to this Court, and declines to provide his cellular phone number.

                                                     Respectfully submitted,

                                                      /s/ Jason Lee Van Dyke
                                                      Jason L. Van Dyke
                                                      108 Durango Drive
                                                      Crossroads, TX 76227
                                                      P – (469) 687-9526
                                                      F – (972) 421-1830
                                                      Email:  jasonleevandyke@gmail.com

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on Thomas Christopher Retzlaff, by electronic filing on January 22, 2019.

/s/ Jason Lee Van Dyke
JASON L. VAN DYKE