Thomas Retzlaff
PO Box 46424
Phoenix, AZ 85063-6424
P: (210) 317-9800
Email: retzlaff@texas.net

Defendant, Pro se

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| Jason Lee Van Dyke,<br><br>        Plaintiff,<br><br>vs.<br><br>Thomas Christopher Retzlaff a/k/a Dean Anderson,<br><br>        Defendant. | Case No.: 2:18-cv-04003-SMB<br><br>**MOTION FOR JUDICIAL NOTICE OF TEXAS COURT RECORDS PERTAINING TO PLAINTIFF VAN DYKE'S ROLE IN THE DISAPPEARANCE / MURDER OF A WITNESS** |

Defendant Thomas Retzlaff requests that the Court take Judicial Notice of the attached certified Texas state court records pertaining to the prosecution of plaintiff Jason Van Dyke, as provided by Federal Rule of Evidence 201.

DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 1

## A. INTRODUCTION

1. Plaintiff is licensed attorney Jason Lee Van Dyke, representing himself *pro se*; defendant is Thomas Christopher Retzlaff, "a/k/a Dean Anderson."[1]

2. Van Dyke has filed a defamation lawsuit against Retzlaff seeking $100 million in damages claiming that Retzlaff defamed him by getting Van Dyke fired from the Victoria County (Tex.) District Attorney's Office and by filing a grievance against Van Dyke with the State Bar of Texas (for which a disbarment trial is set for February 22, 2019). Van Dyke is also seeking relief against Retzlaff in the form of an injunction seeking to prohibit Retzlaff from calling Van Dyke a Nazi and a white supremacist – despite the fact that Jason Lee Van Dyke is the leader of the *Proud Boys*, which is an FBI declared extremist organization with ties to white nationalists.

## B. ARGUMENT & AUTHORITIES

3. The Court may take judicial notice of a fact that is not subject to reasonable dispute because it (1) is generally known within the court's territorial jurisdiction, or (2) can be accurately and readily determined from sources whose

---

[1] Retzlaff is NOT "Dean Anderson" or an "aka" for Dean Anderson. Anderson is a totally different person whom Van Dyke has been unable to serve process on.

DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 2

accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); see *Bias v. Moynihan*, 508 F.3d 1212, 1225 (9th Cir. 2007) (proceedings in other courts).

4. Van Dyke is being prosecuted for the misdemeanor offense of filing a false police report for his role in an insurance fraud scheme involving several missing guns. The main witness against him, Isaac Marquardt, has since disappeared under mysterious circumstances and the Denton County District Attorney's Office strongly suspects foul play here. Either Van Dyke or one of more of his *Proud Boys* gang members murdered Mr. Marquardt or otherwise helped conceal his whereabouts from family and law enforcement.

5. Trial was scheduled to begin on January 29, 2019.

6. As the Court will recall, as a result of an ongoing joint investigation by the Dallas FBI / Department of Homeland Security counter-terrorism division, as well as local law enforcement authorities in Denton County, Texas, Van Dyke was arrested on January 11, 2019, for the felony offenses of *Obstruction Of Justice and Retaliation Against A Witness*, in violation of Texas Penal Code § 36.06.

7. As the Court will recall, Van Dyke has made repeated threats to murder Retzlaff and his family / daughter Brittany. See, e.g., ECF 12 – *Notice of Death Threats From Opposing Counsel*.

DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 3

8. On January 28, 2019, the Denton County Court at Law #5 conducted an evidentiary hearing and moments ago issued an order finding Van Dyke responsible for the disappearance of this witness. See attached **Exhibits 1 - 3**.

Respectfully submitted,

Dated: January 28, 2019         By:_____
                                Thomas Retzlaff
                                Defendant, In Pro Per

DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 4

## CERTIFICATE OF SERVICE

I certify that on January 28, 2019, a copy of this document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for plaintiff Jason Lee Van Dyke:

Jason L. Van Dyke, pro se, Email: jason@vandykelawfirm.com.

I certify that Jason L. Van Dyke is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

By:_____
Thomas Retzlaff
Defendant, In Pro Per

DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 5