CR-2018-07544-E

| STATE OF TEXAS | § | IN THE COUNTY |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL COURT NO. 5 |
| | § | |
| JASON VANDYKE | § | DENTON COUNTY, TEXAS |

ORDER

On the  28th  day of     January        , 20 19 , came on to be heard the above and foregoing Motion Requesting Forfeiture by Wrongdoing, and the Court, after hearing evidence and argument of counsel, is of the opinion that the same should be GRANTED/~~DENIED~~.

IT IS THERFORE ORDERED, ADJUDGED AND DECREED by the Court that the above and foregoing Motion Requesting Forfeiture by Wrong Doing is hereby GRANTED/~~DENIED~~.

IF IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that the Defendant has forfeited by wrongdoing his right to confront Isaac Marquardt or to object to the admissibility of evidence of statements made by Isaac Marquardt based on Mr. Marquardt's unavailability as a witness in this case.

Signed this the  28th  day of      January       , 20 19 .

_____
Presiding Judge

RECEIVED
Meagan Bronder, Deputy
1/25/2019
Denton County, County Clerk