Thomas Retzlaff
PO Box 46424
Phoenix, AZ 85063-6424
P: (210) 317-9800
Email: retzlaff@texas.net

Defendant, Pro se

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF ARIZONA
# PHOENIX DIVISION

| | |
|---|---|
| Jason Lee Van Dyke,<br><br>    Plaintiff,<br><br>vs.<br><br>Thomas Christopher Retzlaff a/k/a Dean Anderson,<br><br>    Defendant. | Case No.: 2:18-cv-04003-SMB<br><br>**NOTICE OF STATE BAR SUSPENSION OF PLAINTIFFS' ATTORNEY JASON LEE VAN DYKE** |

1. Opposing counsel / plaintiff is attorney Jason Lee Van Dyke. Starting March 1, 2019, and continuing for at least one year, Van Dyke has been suspended from the practice of law by the Texas State Bar for making threats to murder defendant Thomas Retzlaff and his family. Specifically:

> [Van Dyke] shall be prohibited from practicing law in Texas; holding himself out as an attorney at law; performing any legal services for others; accepting any fee directly or indirectly for legal services; appearing as counsel or in any representative capacity in any proceeding in any Texas or Federal court or before any administrative body; or holding himself out to others or using his name, in any

DEFENDANT'S NOTICE OF STATE BAR SUSPENSION - 1

manner, in conjunction with the words "attorney at law," "attorney," "counselor at law," or "lawyer."

2. As the Court will recall, on January 11, 2019, Van Dyke was arrested for the felony offenses of Obstruction of Justice and Retaliation Against a Witness in Denton County, Texas, by a joint FBI domestic terrorism / local police task force. Van Dyke has made repeated threats to murder Retzlaff as a result of the cases pending before these federal courts in Arizona and Texas (in which Van Dyke is suing Retzlaff for $100 million for defamation) and for complaints Retzlaff filed with the State Bars of Texas, Georgia, and Colorado against Van Dyke.

3. Van Dyke is the attorney and leader of the violent white supremacist group the *Proud Boys* – a group the FBI has designated as a "extremist group" with ties to white nationalism. Van Dyke and his group have been responsible for numerous acts of political and racial violence all across the country.

4. Attached is an Order from the Texas State Bar suspending Van Dyke from the practice of law and prohibiting him from holding himself out as a lawyer. Van Dyke pleaded GUILTY to State Bar disciplinary charges of making murder threats against Retzlaff on February 22, 2019. On or before March 1, 2019, this judgment required Van Dyke to inform all opposing counsel and all judges of this suspension and why he was disciplined. Since Van Dyke has failed to fulfill this obligation,

DEFENDANT'S NOTICE OF STATE BAR SUSPENSION - 2

Retzlaff is now taking it upon himself to personally inform each and every judge, and each and every opposing party, of this suspension in each and every court all across this country – state or federal, big or small.

5. Also attached is a December 2018 State Bar disciplinary order from a different case in which Van Dyke pleaded GUILTY to threatening yet another individual who was an opposing party in a different lawsuit. In that case, ==Van Dyke threatened to present criminal charges against an opposing party solely to gain an advantage in connection with the civil matter.==

6. This is something that Van Dyke has repeatedly done against Retzlaff and his family in conjunction with his litigation partners (1) James A. McGibney of San Jose, CA; (2) Philip R. Klein of Nederland, TX; and (3) John S. Morgan of Beaumont, TX.[1] **Specifically, evidence shows that for the past several years Van Dyke (and his group) have had repeated communications with Phoenix-based FBI Special Agent Walker Wicevich (and others) reporting false accusations of criminal conduct against Retzlaff, his family, and lawyers.** This was a series of lies to

---

[1] Van Dyke, McGibney, Morgan, and Klein have made repeated false allegations to various local and federal law enforcement authorities over the past several years all in an effort to gain an advantage over Retzlaff and his attorneys in this ongoing civil litigation. Each of these individuals have filed individual legal actions against Retzlaff claiming "millions of dollars" in damages. Each of them has lost their respective lawsuits and, instead, have been forced to pay Retzlaff and his attorneys damages.

accomplish a specific goal, which was to frame Retzlaff, to get him convicted of a felony, and to discredit him in these civil cases and state bar grievances.[2] These lawsuits filed by Van Dyke (and his group) are nothing more than stunt litigation. Increasingly, people seem to sue people for the publicity over the litigation, and the legal outcomes are secondary to the outcome of thrilling your base and whipping them up with the fact that you are taking on the enemy. For the past 5 years Van Dyke, McGibney, and Klein have issued a string of "press releases" and crowd-sourced fund-raising efforts as a means of financial gain, self-aggrandizement and international publicity.

7. In any event, Van Dyke is suspended from practicing law and the Court and public ought to know it.

Respectfully submitted,

Dated: April 14, 2019   By:_____
                            Thomas Retzlaff
                            Defendant, In Pro Per

---

[2] At one point, James McGibney (who claims membership in the illegal hacking groups *Anonymous* and *The Rustle League*), publicly stated in a series of Tweets on November 7, 2015, that he was going to hack into the computer servers of the Hanszen Laporte law firm and place child porn on their emails and devices! This was just one of the reasons why Judge Cosby, in the Ft Worth litigation, ordered sanctions of $1 million against McGibney. See, e.g., https://www.cbsnews.com/news/viruses-frame-pc-owners-for-child-porn/

DEFENDANT'S NOTICE OF STATE BAR SUSPENSION - 4

# CERTIFICATE OF SERVICE

I certify that on April 14, 2019, a copy of this document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for plaintiff Jason Lee Van Dyke:

Jason L. Van Dyke, pro se, Email: jason@vandykelawfirm.com.

I certify that Jason L. Van Dyke is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

By:_____
Thomas Retzlaff
Defendant, In Pro Per