Jason Lee Van Dyke
PO Box 2618
Decatur, TX 76234
P - (469) 964-5347
E - jason@vandykelawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | | |
|---|---|---|
| JASON LEE VAN DYKE<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | Case No. CV-18-4003-PHX-JJT |
| | § | |
| THOMAS CHRISTOPHER RETZLAFF<br>    Defendant. | §<br>§<br>§ | |

**<u>PLAINTIFF'S MOTION TO STRIKE AND FOR SANCTIONS</u>**

Plaintiff, Jason Lee Van Dyke, files this motion to strike all pleadings and papers in this cause filed by Defendant for an improper purpose, and furthermore, moves for sanctions against Defendant for his continued harassment of Plaintiff, abuse of the electronic filing procedures of this Court, and violations of the local rules of practice before this Court.

### A.    FACTS

1.    This lawsuit was wrongfully removed by Defendant to this Court on November 8, 2018.  ECF 1.

2.    Defendant almost immediately filed documents in this cause which served no legitimate purpose and this Court previously granted motion by Plaintiff to strike such filings on December 4, 2018.  ECF 22.

3. Since Plaintiff's first motion to strike was granted, Defendant filed multiple other pleadings and papers in this case which serve, or which served, no purpose other than to embarrass, harass, and offend Plaintiff:

    ECF 40 – Notice of Arrest Warrant for Plaintiff Jason Van Dyke

    ECF 45 – Motion for Judicial Notice Concerning Bail Jumping Conviction

    ECF 48 – Defendant's Notice of Outstanding Motions

    ECF 49 – Motion for Judicial Notice of Felony Arrest

    ECF 50 – Motion for Judicial Notice of Texas Court Records

    ECF 55 – Motion for Judicial Notice Re: Murder of a Witness

    ECF 57 – Notice of State Bar Suspension

### B.  ARGUMENT AND GROUNDS

4. Pursuant to Local Rule of Civil Procedure 7.2(m)(1) a motion to strike may be filed . . . if it seeks to strike any part of a filing or submission on the ground that it is prohibited (or not authorized) by a statute, rule, or court order.

5. Even after the remand of this case to the superior courts of Maricopa County, Arizona, Defendant has persisted in using the e-filing system of this Court as a "dumping ground" for information concerning Plaintiff with the clear intent of continuing to harass, embarrass, or offend him. This is not only a violation of the local rules of practice before this Court, but it constitutes a criminal act in violation of 18 U.S.C. § 2261A.

6. This Court should strike all of Defendant's filings referenced in paragraph three above as a violation of the Local Rule 7.2(m)(1).

## ( Sanctions )

7. This Court has the inherent power to sanction a party for litigation misconduct such as violations of the local rules or abuse of a court's electronic filing system.

8. In this case, Defendant has repeatedly violated the local rules and abused the electronic filing systems of this Court by using the Court's case file as a means through which to "dump" information concerning Plaintiff and as a conduit through which to continue his felonious stalking of Plaintiff (which has lasted for more than two years).

9. As this case has been remanded to state court, there is no reason for Defendant – or anyone else – to continue filing pleadings or papers in this case. Accordingly, as an appropriate sanction, Plaintiff prays that this Court enter an order immediately suspending the electronic filing account of Defendant. Plaintiff also requests that no further filings be permitted in this cause without leave from this Court.

10. These sanctions are just, appropriate, and will prevent Defendant from further abusing the legal system in this cause.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that this Court enter an order striking all of the scandalous materials referenced in paragraph three above, that this Court order the Clerk to immediately suspend Defendant's electronic filing account, and that this Court further order that no further pleadings, papers, notices, or other documents may be filed in this closed case (by either party) without first obtaining leave from the Court.

    Respectfully submitted,

/s/ Jason Lee Van Dyke
Jason L. Van Dyke
PO Box 2618
Decatur, TX 76234
P – (469) 964-5346
Email:  jasonleevandyke@gmail.com

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on Thomas Christopher Retzlaff, Defendant, at PO Box 46424, Phoenix, AZ 85063 through the electronic filing system on April 15, 2019.

/s/ Jason Lee Van Dyke
JASON L.VAN DYKE