# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Lee Van Dyke, | No. CV-18-04003-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Thomas Christopher Retzlaff, | |
| Defendant. | |

On this day came to be considered Plaintiff's Motion to Strike and for Sanctions (Doc. 58) filed on April 15, 2019. No Response to the Motion to Strike has been filed. This Court notes that this case was remanded to state court and closed on January 22, 2019. After considering all of the pleadings and papers on file in this case, the Court finds that there is no legitimate reason for any further filings in this cause. Accordingly, the Court **grants** the Motion.

**IT IS ORDERED** that the following documents are hereby stricken from the record in this cause: Doc. 55 and Doc. 57.

**IT IS FURTHER ORDERED** that neither party shall file any additional pleadings or papers in this cause without first obtaining leave from this Court. Any parties in non-compliance may be sanctioned.

Dated this 9th day of May, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge